DMB:JPL/MSA
F.#2011R00783

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 08 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

AGRON HASBAJRAMI,

       Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 11-623
(T. 18, U.S.C.,
§§ 2339A(a), 2 and 3551
et seq.)

THE GRAND JURY CHARGES:

### PROVISION OF MATERIAL SUPPORT TO TERRORISTS

On or about and between June 1, 2010 and September 6, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant AGRON HASBAJRAMI, together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including currency, monetary instruments, weapons and personnel, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to

effect an object of the conspiracy, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 08 2011 ★

BROOKLYN OFFICE

**INFORMATION SHEET**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

623

1. Title of Case:   United States v. Agron Hasbajrami

2. Related Docket Number(s): _____
   None ( )

3. Arrest Date:   September 8, 2011

4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   (XX)
                                More than 6 weeks   (  )

7. County in which crime was allegedly committed: Brooklyn (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  (X) Yes  ( ) No

9. Have arrest warrants been ordered?  (X) Yes  ( ) No

10. Is there a capital count included in the indictment?  ( ) Yes   (XX) No

                                    LORETTA E. LYNCH
                                    UNITED STATES ATTORNEY

                            By:     *[signature]*
                                    Matthew S. Amatruda
                                    Assistant U.S. Attorney
                                    (718) 254-6191

Dated: September 8, 2011