DMB:SDD
F.#2011R00783

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AGRON HASBAJRAMI,

        Defendant.

- - - - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

11-CR-623 (JG)

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney SETH DUCHARME, it is hereby ORDERED that the indictment in the above-captioned case be unsealed forthwith.

Dated:    Brooklyn, New York
           September 9, 2011

S/Roanne Mann

HONORABLE ~~LOIS BLOOM~~ ROANNE MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK