# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE LOIS BLOOM**          DATE :   9/9/11

DOCKET NUMBER:  **11 CR 623 (JG)**          LOG # : 345-357

DEFENDANT'S NAME :    **AGRON HASBAJRAMI**

✓ Present  ___ Not Present          ✓ Custody  ___ Bail

DEFENSE COUNSEL :     **NANCY ENNIS**

___ Federal Defender    ✓ CJA          ___ Retained

A.U.S.A  **SETH DUCHARME**          DEPUTY CLERK :  **K. DILORENZO**

INTERPRETER : Dominic Marini  (Language) ~~English~~ Albanian

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____ Stop _____

✓ Order of Speedy Trial entered.   Code Type_____  Start 9|9|11___ Stop 9|29|11___

✓ Defendant's first appearance.  ✓ Defendant arraigned on the  indictment.

✓ Attorney Appointment of ____ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 9|29|11 @ 11am before Judge Gleason

OTHERS : _____

_____

_____