DMB:SDD
F.#2011R00783

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          N O T I C E

    - against -

AGRON HASBAJRAMI,                  11 CR 623 (JG)

        Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

        The United States, through its Attorney, Loretta E. Lynch, United States Attorney for the Eastern District of New York, hereby provides notice to defendant AGRON HASBAJRAMI and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical searches conducted pursuant

to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:   September 13, 2011
         Brooklyn, New York

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                         By:    /s/
                              Matthew A. Amatruda
                              Seth D. DuCharme
                              Assistant United States Attorneys
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201