

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MSA/SDD
F.#2011R783

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 29, 2011

**Via FedEx and ECF**

Nancy Lee Ennis, Esq.
Quitano & Ennis
381 Park Avenue South
Suite 701
New York, NY 10016

      Re:  United States v. Agron Hasbajrami,
             Criminal Docket No. 11-623 (JG)

Dear Ms. Ennis:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter another copy set of the discovery turned over to you today in court in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

**1.**    **Statements of the Defendants**

      Enclosed please find copies of:

      FBI Property Receipt, Bates-numbered 0001;

      Advice of Rights forms, Bates-numbered 0002 to 0004;

      Consent to Search form, Bates-numbered 0005;

      Speedy Arraignment waiver forms, Bates-numbered 0006 to 0014;

      USMS Form 129/312 arrest processing information, Bates-numbered 0015 to 0022;

>USMS intake photos, Bates-numbered 0023 to 0025; and

>fingerprint cards, Bates-numbered 0026 to 0027.

**2.   Prior Criminal History**

Enclosed please find a copy of the defendant's criminal history report, Bates-numbered 0028 to 0033.

**3.   Documents and Tangible Objects**

Enclosed please find a copy of the defendant's Albanian passport, Bates-numbered 0034 to 0040. The government is in possession of a number of items seized from the defendant pursuant to court authorized searches, including a computer. The government will provide a list of these items to you shortly. You may make arrangements with us to schedule a mutually convenient time to inspect these items, including the defendant's computer.

**4.   Expert Witnesses**

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with the expert's credentials and a summary of the expert's opinion.

**6.   Brady Materials**

The government is aware of and will comply with its obligation to produce exculpatory material or information under Brady v. Maryland, 373 U.S. 83 (1963).

The government will furnish the defense before trial with information or material regarding payments, promises of immunity, leniency, or preferential treatment, if any, made to prospective witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959). The government will furnish before trial information or material regarding any prior convictions of any co-conspirator, accomplice or informant who may testify at trial for the government.

The government will also furnish before trial materials discoverable pursuant to Title 18, United States Code, Section 3500.

**The Defendants' Required Disclosures**

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendants allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendants' possession, custody or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendants' possession, custody, or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendants disclose prior statements of witnesses who will be called by the defendants to testify. See Fed. R. Crim. P. 26.2. In order to avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

If you have any further questions or requests, please do not hesitate to contact me. The government will supplement this letter as appropriate.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

By:    /s/
        Matthew Amatruda
        Seth D. DuCharme
        Assistant United States Attorneys
        (718) 254-7012/6021

Enclosures
cc: Clerk of Court (JG) (w/o enclosures)