Criminal Calendar — Arraignment & Status Conf.

Before: Judge John Gleeson, U.S.D.J.

Date: 9/29/11                    Time: 11:00 Am – 11:30 Am.

DOCKET NUMBER: 11CR623    CASE NAME: USA v. Hasbajrami

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Nancy L. Ennis
Matthew Amatruda and ___ Legal Aid ✓ CJA ___ Retained

AUSA: Seth DuCharme.           Deputy Clerk: Ilene Lee

INTERPRETER: Dominique Marini (Language) Albanian

COURT REPORTER: Victoria Butler.

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.  ✓ Defendant arraigned on the indictment. (Waives a public hearing.)

___ Defendant informed of rights.

✓ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 9/29/11  Stop 11/21/11.

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are beginning discovery and negotiations.
- The next Status Conference is set for November 21, 2011 at 11:00 Am.