<u>Criminal Calendar</u> — Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 11/21/2011  Time: 11:30 Am – 12:00 Pm

DOCKET NUMBER: 11CR 623   CASE NAME: USA v. Hasbajrami

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Nancy Lee Ennis
___ Legal Aid ✓ CJA ___ Retained

AUSA: Seth D. DuChamme   Deputy Clerk: Ilene Lee

INTERPRETER: Dominique Marini   (Language) Albanian

COURT REPORTER: Allan Sherman

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT Start 11/21/11 Stop 1/25/2012

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are still in negotiations and discovery.
- The next Status Conference is set for January 25, 2012 at 10:30 Am