12/27/11

Dear Judge John Gleeson

11(CR623(JG))

I would like for the court to appoint me other lawyers because my current lawyers have misrepresented me. During these past 4 months they have done nothing for me. They never came to hear my side of the story. They have only visited me twice in extremely short visits. They have also delayed my contact with my family by taking 3 months to contact them, which has caused me distress and anxiety. I request an Albanian interpreter from Albania since I have a hard time understanding Albanian interpreters from Kosovo or Macedonia. Thank you for your help in this matter.

Sincerely
Agron Hasbajrami

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 30 2011 ★
BROOKLYN OFFICE