Criminal Calendar — Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 1/12/2012                                   Time: 10:00 Am – 10:45 Am

DOCKET NUMBER: 11CR 623   CASE NAME: USA v. Agron Hasbajrami

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Peter Quijano
___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Matthew Amatruda       Deputy Clerk: Ilene Lee

INTERPRETER: Dominique Marini (Language) Albanian

COURT REPORTER: Marsha Diamond

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop_____

___ Status conference set for_____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:
- Pursuant to issues raised by the defendant in his 12/27/2011 letter to the Court about the dialect of the interpreter and his request for a new counsel, the Court shall seek a new interpreter that can speak the Tosk dialect from Tirana, Albania.
- The decision of granting the defendant a new attorney is reserved by the Court.
- The next Status Conference remains set for Jan. 25, 2012 at 10:30 Am.