<u>Criminal Calendar</u> – Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 1/27/2012                    Time: 12:00pm – 12:30pm

DOCKET NUMBER: 11CR623  CASE NAME: USA v. Hasbajrami

DEFENDANT'S NAME: Agron Hasbajrami

____✓ Present ____ Not Present ____✓ In Custody ____ Bail

DEFENSE COUNSEL: Steve Zissou

____ Legal Aid ____✓ CJA ____ Retained

AUSA: Seth D. DuCharme                    Deputy Clerk: Ilene Lee

INTERPRETER: Drinart Dema  (Language) Albanian (Tosk)

COURT REPORTER: Fred Guerino

__✓ Case called for:

____ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Status Conference:

__✓ Order of Speedy Trial entered. Code Type XT Start 1/27/12 Stop 3/7/12.

___ Status conference set for_____ @ _____ Before: Judge_____

___ Pretrial conference set for _____ @ _____ Before: Judge_____

____ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

_____ Defendant failed to appear, bench warrant issued.

<u>OTHERS:</u>

- The new interpreter needs additional time to go over the superseding indictment.
- The arraignment is adjourned to Feb. 2, 2012 at 11:00 Am.
- In light of certain CIPA clearance and motions, the next Status Conference is set for March 7, 2012 at 11:00 Am.