

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F.#2011R00783

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

January 27, 2012

**Via Hand and ECF**

Steve Zissou, Esq.
Steve Zissou & Associates
42-40 Bell Blvd.
Suite 302
Bayside, NY 11361

        Re:  United States v. Agron Hasbajrami,
             Criminal Docket No. 11-623 (JG)

Dear Mr. Zissou:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery materials, provided under the terms of the Protective Order Pertaining to Unclassified Discovery Materials entered by the Court on November 16, 2011 (the "Order"), and the January 27, 2012 stipulation between the parties regarding draft summary translations of foreign language documents.  Pursuant to ¶ 3 of the Order, the enclosed documents are SENSITIVE DISCOVERY MATERIALS and must be handled accordingly.

    Enclosed please find copies of the defendant's email communications, along with draft summary foreign language translations, Bates-stamped 371 to 427.

If you have any questions or requests, please do not hesitate to contact us. The government will supplement this letter as appropriate.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/
    Matthew Amatruda
    Seth D. DuCharme
    Assistant United States Attorneys
    (718) 254-7012/6021

Enclosures
cc: Clerk of Court (JG) (w/o enclosures)