FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 26 2012 ★
BROOKLYN OFFICE

DMB:MSA/SDD
F.#2011R00783

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AGRON HASBAJRAMI,

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 11-623 (S-1)(JG)
(T. 18, U.S.C.,
§§ 2339A(a), 2 and 3551
et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Provision and Attempted Provision of
Material Support to Terrorists)

On or about and between February 23, 2011 and February 25, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant AGRON HASBAJRAMI, together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments and weapons, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to effect an object of the

conspiracy, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

## COUNT TWO
(Attempt to Provide Material Support to Terrorists)

On or about and between April 1, 2011 and September 6, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant AGRON HASBAJRAMI, together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments, weapons and personnel, knowing and intending that they were to be used in preparation for, and in carrying out, one or more of the following violations of Title 18, United States Code: (a) a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to effect an object of the conspiracy, in violation of Title 18, United States Code, Section 956(a); and (b) a conspiracy involving one or more conspirators outside the United States to kill one or more nationals of the United States, to wit: United States military personnel stationed

2

outside the United States, which killings would have constituted murder as defined in Title 18, United States Code, Section 1111(a), where one or more of the conspirators committed an overt act to effect the object of the conspiracy, in violation of Title 18, United States Code, Section 2332(b).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

### COUNT THREE
(Provision and Attempted Provision of
Material Support to Terrorists)

On or about April 6, 2011, within the Eastern District of New York and elsewhere, the defendant AGRON HASBAJRAMI, together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments and weapons, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to

effect an object of the conspiracy, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

### COUNT FOUR
(Provision and Attempted Provision of
Material Support to Terrorists)

On or about April 29, 2011, within the Eastern District of New York and elsewhere, the defendant AGRON HASBAJRAMI, together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments and weapons, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to

4

effect an object of the conspiracy, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

5

F#2011R00783

JUN 85

No. CR-11-623 (S-1)(JG)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

AGRON HASBAJRAMI,

Defendant.

## SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 2339A (a), 2 and 3551 et seq.)

A true bill.

_____
Figaro
*Foreman*

Filed in open court this day,

of _____ A.D. 20 ____

_____
*Clerk*

Bail, $ _____

_____
SETH DUCHARME, AUSA (718) 254-6021

MOR

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S
US DISTRICT C...

★ JAN 2...

BROOKLYN OFFICE

1. Title of Case: <u>United States v. AGRON HASBAJRAMI</u>

2. Related Magistrate Docket Number(s)_____
   None ( )

3. Arrest Date: _____

4. Nature of offense(s): ☐ Felony
                        ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:  Less than 6 weeks  ( X )
                               More than 6 weeks  (   )

7. County in which crime was allegedly committed: _____(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?     ( ) Yes  (X) No

9. Have arrest warrants been ordered?            ( ) Yes  (X) No

10. Is a capital count included in the indictment?  ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____ /s/ SDD
    SETH DUCHARME, AUSA
    (718) 254-6021

Rev. 10/01/03