Criminal Calendar — **Arraignment**

Before: Judge John Gleeson, U.S.D.J.

Date: __2/1/2012__   Time: __11:00 AM – 11:20 AM__

DOCKET NUMBER: __11 CR 623__   CASE NAME: __USA v. Hasbajrami__

DEFENDANT'S NAME: __✓__ __Agron Hasbajrami__
  __✓__ Present  ___ Not Present  __✓__ In Custody  ___ Bail

DEFENSE COUNSEL: __Steve Zissou__
__Matthew Amatruda and__ ___ Legal Aid  __✓__ CJA  ___ Retained

AUSA: __Seth D. DuCharme__   Deputy Clerk: __Ilene Lee__

INTERPRETER: __Drinart Dema__   (Language) __Albanian (Tosk)__

COURT REPORTER: __Tony Mancuso__

__✓__ Case called for:

___ Arraignment:

___ Defendant's first appearance.  __✓__ Defendant arrained on the ~~indictment~~ **superseding (S-1) indictment.**
(Waives a public hearing)

___ Defendant informed of rights.

__✓__ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

__✓__ Order of Speedy Trial entered. Code Type __XT__ Start __2/1/12__ Stop __3/7/12__.

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- Steps are beginning in order to CIPA clear the interpreter.
- Parties are still in discovery and negotiations.
- The next Status Conference is set for March 7, 2012 at 11:00 AM