<u>Criminal Calendar</u> — Arraignment

Before: Judge John Gleeson, U.S.D.J.

Date: 2/1/2012                        Time: 11:00 AM – 11:20 AM

DOCKET NUMBER: 11 CR 623   CASE NAME: USA v. Hasbajrami

DEFENDANT'S NAME: Agron Hasbajrami
    ✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Steve Zissou
Matthew Amatruda and ___ Legal Aid ✓ CJA ___ Retained

AUSA: Seth D. DuCharme            Deputy Clerk: Ilene Lee

INTERPRETER: Drinart Dema     (Language) Albanian (Tosk)

COURT REPORTER: Tony Mancuso

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.  ✓ Defendant arraigned on the ~~indictment~~ superseding (S-1) indictment. (Waives a public hearing)

___ Defendant informed of rights.

✓ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT Start 2/1/12 Stop 3/7/12.

___ Status conference set for _____ @ _____ Before: Judge

___ Pretrial conference set for _____ @ _____ Before: Judge

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- Steps are beginning in order to CIPA clear the interpreter.
- Parties are still in discovery and negotiations.
- The next Status Conference is set for March 7, 2012 at 11:00 AM