```
DMB:MSA/SDD
F.#2011R000783
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -                     Cr. No. 11-623 (S-1)(JG)

AGRON HASBAJRAMI,

       Defendant.

- - - - - - - - - - - - - - - - x

## SCHEDULING ORDER

UPON the application of the Government:

1. WHEREAS, on March 13, 2012, the Court set jury selection for September 4, 2012 in the above-captioned case;

2. WHEREAS, the Court further ordered that all motions and submissions are due to the Court by August 6, 2012;

3. WHEREAS, the government's discovery review is ongoing;

4. WHEREAS, the government filed a Notice of Intent to Use Foreign Intelligence Surveillance Act ("FISA") Information on September 13, 2011;

5. IT IS HEREBY ORDERED that:

(i) on or before May 22, 2012, the government shall file its contemplated motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"); should it become necessary, the government will file any additional CIPA Section 4 motions as soon as practicable;

(ii) on or before May 22, 2012, the defendant shall file any motions to suppress evidence at trial, including any motion relating to the legal basis for the collection of FISA information;

(iii) on or before June 5, 2012, if the defendant reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding, the defendant shall file a submission pursuant to CIPA Section 5, including a brief description of any such classified information;

(iv) on or before June 19, 2012, the government shall file its response to the defendant's CIPA Section 5 submission, pursuant to the procedures set forth in CIPA Section 6 relating to the use, relevance, or admissibility of classified information by the Government or the defendant at trial;

(v) in addition, on or before July 15, 2012, the government will file a response to the defendant's motions with respect to suppression of evidence at trial, including any motion relating to the legal basis for the collection of FISA information; and

(vi) on or before August 6, 2012, to the extent that any material evidentiary issue has not been addressed in previous submissions, the parties shall file simultaneous submissions

relating to the admissibility or proposed use of information at trial.

6. IT IS FURTHER ORDERED that submissions incorporating "sensitive discovery materials" shall be made in accordance with the terms of the Protective Order Pertaining to Unclassified Information, which is to be submitted to the Court.

7. IT IS FURTHER ORDERED that submissions pertaining to classified information shall be made in coordination with the Classified Information Security Officer, and in accordance with the terms of the Protective Order Regarding Classified Information.

Dated:    Brooklyn, New York
          March __, 2012

                                        SO ORDERED:

                                        _____
                                        HONORABLE JOHN GLEESON
                                        United States District Judge
                                        Eastern District of New York