Criminal Calendar – *Status Conference.*

Before: Judge John Gleeson, U.S.D.J.

Date: __3|13|2012__                              Time: __3:30pm – 4:00pm__

DOCKET NUMBER: __11 CR 623__   CASE NAME: __USA v. Hasbajrami__

DEFENDANT'S NAME: ✓ __Agron Hasbajrami__
        ✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: __Steve Zissou__
*Seth D. DuCharme* and ___ Legal Aid ✓ CJA ___ Retained
AUSA: __Matthew S. Amatruda__        Deputy Clerk: __Ilene Lee__

INTERPRETER: __Drinart Dema__   (Language) __Albanian (Tosk)__

COURT REPORTER: __Allan Sherman__

✓ Case called for:

____ Arraignment:

____ Defendant's first appearance. ____ Defendant arraigned on the indictment.

____ Defendant informed of rights.

____ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

_____ Status Conference:

✓ Order of Speedy Trial entered. Code Type **XT** Start __3|13|12__ Stop __3|30|12__

____ Status conference set for _____ @ _____ Before: Judge _____

__ Pretrial conference set for _____ @ _____ Before: Judge _____

____ Bail Hearing:

____ Defendant was released on _____ PRB with / without some conditions.

____ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

_____ Defendant failed to appear, bench warrant issued.

OTHERS:
– Discussions held regarding the parties' proposed motions and trial schedules.
– The Court directs the government to have all CIPA filings made by 5|22|12.
– Another Status Conference is set for March 30, 2012 at 11:30am.
– Jury Selection and Trial is set for July 16, 2012 at 9:30am.