

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F.#2011R00783

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 27, 2012

**Via Hand and ECF**

Steve Zissou, Esq.
Steve Zissou & Associates
42-40 Bell Blvd.
Suite 302
Bayside, NY 11361

   Re: United States v. Agron Hasbajrami,
     Criminal Docket No. 11-623 (S1)(JG)

Dear Mr. Zissou:

  Pursuant to the terms of the Protective Order Regarding Classified Information (the "Order"), entered by the Court on March 23, 2012, and the Memorandum of Understanding (the "MOU") that you executed and provided to us, the government hereby provides you with the enclosed classified information (the "Classified Disclosure") in connection with the above-referenced case.  The Classified Disclosure must be handled in strict compliance with the terms of the Order and the MOU.

If you have any questions or requests, please do not hesitate to contact us.  The government will supplement this letter as appropriate.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/
Matthew Amatruda
Seth D. DuCharme
Assistant United States Attorneys
(718) 254-7012/6021

cc: Clerk of Court (JG)(w/o enclosures)