UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                      NOTICE OF APPEARANCE

AGRON HASBAJRAMI,                    11 Cr. 623 (S-1) (JG)

                Defendant.
---------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as co-counsel in this case for

    Agron Hasbajrami.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          April 2, 2012

                                                    MICHAEL K. BACHRACH, ESQ.
                                                   (Fed.#: MKB-4798)
                                                   276 Fifth Avenue, Suite 501
                                                   New York, N.Y. 10001
                                                   Tel. (212) 929-0592
                                                    Fax. (866) 328-1630
                                                   michael@mbachlaw.com