## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 4/12/12     Time: 11:30 AM — 12:00 PM

DOCKET NUMBER: 11 CR 623

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Steve Zissou and Michael Bachrach.
___ Legal Aid ✓ CJA ___ Retained

AUSA: Matthew S. Amatruda and Seth D. DuCharme.     Deputy Clerk: Ilene Lee
Probation/Pretrial Officer:

INTERPRETER: Drinart Dema     (Language) Albanian (Tosk)
COURT REPORTER: Marie Foley

✓ Case called.

Defendant:  ✓ sworn    ___ arraigned    ✓ informed of rights
✓ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) TWO of the Superseding Indictment (S-1)
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ of the ___.
✓ Court finds factual basis for the plea.
___ Sentencing set for ___ @ ___.

___ Deft continued on $___ Bond.     ✓ Deft continued in Custody.

___ Bail set in the amount of $___ and deft released.

___ Case adjourned until ___ for ___.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge ___ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

- The sentencing date is set for September 14, 2012 at 2:00 PM.
- In light of this plea, the trial date scheduled for July 16, 2012 is canceled.
- The parties are to file a joint or separate submission regarding 6B1.2 by Sept. 7, 2012.