

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DSS:SDD
F.#2011R00783

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

June 18, 2012

**<u>Via Email and ECF</u>**

Steve Zissou, Esq.
Steve Zissou & Associates
42-40 Bell Blvd.
Suite 302
Bayside, NY 11361

   Re:  United States v. Agron Hasbajrami,
      <u>Criminal Docket No. 11-623 (S1)(JG)</u>

Dear Mr. Zissou:

  To the extent that it may be useful to you in preparing for sentencing in the above-referenced case, enclosed please find a redacted transcript of the interview of a foreign witness, which is provided to you under the terms of the Protective Order Pertaining to Unclassified Discovery Materials dated November 16, 2011 (the "Order").  Pursuant to ¶ 3 of the Order, the government hereby designates the enclosed document as SENSITIVE DISCOVERY MATERIALS.  Please do not hesitate to contact me if you have any questions or concerns.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

        By:  /s/
           Matthew Amatruda
           Seth D. DuCharme
           Assistant United States Attorneys
           (718) 254-7012/6021

Enclosure
cc:  Clerk of Court (JG) (w/o enclosure)