LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
-------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *           http://www.mbachlaw.com
* admitted in N.Y. and D.C.          michael@mbachlaw.com

December 19, 2012

By ECF

The Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

         ***Re: United States v. Agron Hasbajrami,***
         ***11 Cr. 623 (JG)***

Dear Judge Gleeson:

    We represent Defendant Agron Hasbajrami in the above-referenced matter and write to respectfully request a brief adjournment of the defendant's sentencing hearing, which is presently scheduled for this Friday, December 21, 2012, due to the unavailability of a Tosk language interpreter.

    As Your Honor may recall, at a previous court appearance prior to our appointment the Court utilized a traditional Albanian language interpreter to assist the defendant. Unfortunately, that interpreter speaks a different dialect of Albanian than the one the defendant speaks and the subtle differences in the language caused the defendant difficulties in communicating with the Court. As such, the Court has since relied upon a Tosk language interpreter, the dialect that the defendant speaks, and this has cured the problem.

    Unfortunately, we have been informed that the Tosk language interpreter, Drinart Dema, is unavailable to assist with the proceedings this Friday. When informed of his unavailability, Mr. Hasbajrami advised us that he would prefer to wait until Mr. Dema could be present for his sentencing hearing.

    Accordingly, we respectfully request that the defendant's sentencing hearing be briefly adjourned to a date and time convenient to the Court when Mr. Dema is also available to attend.

The Hon. John Gleeson
December 19, 2012
Page 2 of 2

                                              Respectfully submitted,

                                              /S/

                                              Michael K. Bachrach
                                              Steve Zissou
                                              *Attorneys for Defendant Agron Hasbajrami*

    MKB/mb
    cc:     AUSA Seth DuCharme (by ECF)