LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                              http://www.mbachlaw.com
* admitted in N.Y. and D.C.                                                        michael@mbachlaw.com

January 7, 2013

<u>By ECF</u>

The Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                             ***Re: United States v. Agron Hasbajrami,***
                                             ***11 Cr. 623 (JG)***

Dear Judge Gleeson:

       We represent Defendant Agron Hasbajrami in the above-referenced matter and submit the attached documents for Your Honor's consideration in determining Mr. Hasbajrami's sentence.

       Specifically, we attach two letters that we had previously received from Mr. Hasbajrami's family along with an English translation of the letters and one of the supporting documents.  The English translations were only received by the undersigned earlier this evening, otherwise they would have been provided to the Court sooner.[1]

       We respectfully request that Your Honor consider these two letters, pursuant to 18 U.S.C. § 3553(a), when determining Mr. Hasbajrami's sentence.

                                                          Respectfully submitted,

                                                          Michael K. Bachrach
                                                          Steve Zissou

                                                          *Attorneys for Defendant Agron Hasbajrami*

Attachments
cc:    AUSA Seth DuCharme (by ECF)

---

[1] English translations of certain of the supporting documents are not attached because they are either self-explanatory, are mere certifications, or contain formatting problems that we could not resolve.