application/x-abiword

AbiWord

Honored  Mr. attorney of my nephew Agron Hasbajrami

I am the maternal uncle of your client Agron Hasbajrami and i am writing you this letter.  My name is Rasim Selman Hoxha, employed by the higher control of the Albanian government.

I am writing shortly to you as to not spend your time. I will attempt to elaborate on Agron's character. Agron was born in a family filled with culture and education. His parents are educated and compose an exemplary family in our society in every city that they had lived. They have raised two children exemplary in their behavior and studies. fate wanted that Agron's sister, Alida and Agron to receive their education in Turkey, where they also received lesson on the Islam religion. Even though Agron was well educated he was highly influenced and he began to be a complier of the Islam religion, which maybe without understanding might have exceeded the extent of the compliance of the religion, and might have made him a suspicious subject.

    Mr. Attorney  i guarantee you that my nephew Agron Hasbajrami cannot be a person that represents danger to the society. Since his childhood until today he has never fought in his life with any person. He has not bickered and it is unthinkable that he will act with physical violence. During his whole life he has been an exemplary for all of his peers of a cultural behavior and education. He has been such during high school, during college and during the period that he was in New York. Agron is polite, he is humanitarian and he does anything possible to help people in need wherever they are. He is sensible, sensitive and caring, qualities that are possessed by a humanitarian individual who thinks about helping others in need and do only good.

    I guarantee you that the things i am writing are true and i am not writing them for the fact that he is my nephew.

    You can verify what i have written by obtaining information from the schools that he has graduated and for the time that he has lived in New York you can verify by asking his colleagues where he has worked as well as his friends with whom he has lived there.

Honored  Mr. attorney i Agron's uncle have full faith in you that you will defend Agron as if he were your nephew. I hope that you will understand Agron and Agron's family members worry, who are very far from Agron and under these circumstances do not have any opportunity to help him.

I hope that under these circumstances you will be Agron's attorney and at the same time in a way also his family.

Honored  Mr. attorney, adhering to the American justice, justice which the Albanian people have continuously honored and respected and from which the Albanian people have gained, i very much prey that you will defend my nephew Agron by doing the maximum so that he could come out and live free in the society since he is not a danger to the society but in the contrary he is a humanitarian and thinks about how to help society and to create better living opportunities for people so that they do not suffer.

Honored  Mr. attorney, attached along with this letter i am sending you some of my family's documents.

Honored  Mr. attorney, asking for your forgiveness if i have spend much of your valuable time, i beg you to defend Agron as if he were YOUR nephew.

Very respectfully

Agron's uncle

Rasim Hoxha

THE REPUBLIC OF ALBANIA

MUNICIPAL UNIT NR 3

CHAIRMAN

_____
_____

" Bardhyl' St                                              tel & fax: 2 37 41 94

Nr

EXTRA
 Prot                                                   Tirana on 07. 02. 2012

Moral- Social- Assessment

The citizen Rasim Hoxha, is an inhabitant of the municipal unit Nr 3 Tirana. Registered in the main registrar of citizens of "Bardhyl" street 5/94. His family is characterized by having good relations and good behavior with the community where they live and by not having any problems with them. During the whole time while living in this community, Rasim himself was and still is driven to cooperate with the administration of municipal unit Nr 3 in the resolution of different problems of the community. This Moral - Social- Assessment is issued by the request of the interested, Rasim Hoxha.

     CHAIRMAN

Ilir  KOKONA

(Seal : THE REPUBLIC OF ALBANIA)
( MUNICIPALITY OF TIRANA-)
(MUNICIPAL UNIT NR 3)

                                                                    TIRANA,
07/06/2012


Honored Mr. Attorney

First, we as parents of your client Agron Hasbajrami, wish you and your family health and lots of success in your career as an attorney.

Based on our inquiries we were informed regarding your job that you have performed filled with passion professionalism and human feeling to defend our son Agron and for this we express huge respect and gratitude towards you.

Thinking of helping you with your job to defend our son, we shall present to you shortly our family composition, our son's upbringing, his inclinations and behavior  until he left the family, our family's relations within the society, at work, with the law, and safety, our favorable regard for the USA, to inform you regarding the environment where he was born, educated and our son, Agron Hasbajrami was raised.

Our family is a simply Albanian family and is composed of:

> Ahmet Hasbajrami (Agron's father)
> Meriban Hasbajrami (Agron's mother)
> Alida Hasbajrami (Agron's sister)
> and Agron Hasbajrami

We both as parents have discretely dedicated our whole lives to our children to make it possible for them to become capable to live their lives with honor and work hard.

Both of us, Agron's parents, are educated. I, the father have finished higher education and was graduated as an engineer. Presently i work for Tirana's municipality from the year 2001. Where as the mother graduated high school and presently works as a nursery governess with children in the private sector.

Our daughter, Alida has finished higher education and masters in gynecology in In stambul, Turkey and is now employed by the American hospital in Prishtina, Kosovo.

Our family has good relations with the society and at work. Our family is welcomed and respected in society by all the people that know us and none of us has ever had any problems with the law enforcement or safety.

Our son, Agron Hasbajrmai was born on February 17, 1984 in the city of peshkopi, district of Diber. His has done his elementary education in Peshkopi and Lezhe. He graduated high school with very high grades and attended from the years 1998-2002 in Madras-ah, Hafiz Ali Korca in the city of Kavaje. The reason that we send our son to that school was the safety that it had for one's life and the treatment in good conditions, because as the result of the occurrences in the year of 1997 in Albania people's lives were not safe anymore. Besides scientific and social subjects in this school Agron gained religious knowledge in relation to the Islam religion. This was his first contact with religion. At a delicate age, away from family, he was facing for the first time information regarding the Islam religion. We, as his parents were happy and content that our son was receiving high grades in his studies and had good relations with friends and the pedagogical staff and was continuously highly considered and valued by the school staff. After he graduated high school Agron competed for higher education in two fields: Social sciences in Italy and architecture in In stambul Turkey and he was announced as a winner of both fields for which he competed.

Being that Agron's sister (Alida) was studying to become a doctor in Turkey, we as parents suggested to Agron to begin his education for architecture in Turkey, as it was a preferred field and as they would be together with his sister in  In stambul Turkey.

Agron finished his studies for architecture at the university "Mimar Sinan" in In stambul where he had attended from the year 2002-2007 and had received good grades. During this time he was also following the religious Islam rituals, was reading the Quran, was praying for peace in the world and the poor. Agron was a boy that had no bad habits such as smoking or alcohol and these habits he wanted to fight also amongst his friends and the people that he knew.

Agron manifested love and respect towards us as parents and his sister. Also Agron manifested good behavior and love towards everyone in society. When he would see poor people, disabled people, or people in need Agron would get teary eyes and he would try however he could to help them. Agron was loved and welcomed not only in the family but also at work, society, and wherever he happened to be. Such behavior gave us as parents joy.

Agron had a dream since his youth. He dreamed to go to the USA such a wish had occurred to him for a free life in your country and for a safer future for that country (USA). This wish and dream of his became reality on 03.22.2008 through the winning of the American lottery, Agron was situated in New York (Brooklyn). A month after arriving he started working in a studio of projects as an architect. During our communications that we had with our son he expressed that he was content with his job, the people around him, the rules and way of life in the USA. He also expressed his yearning and love for us as

parents and his sister. Hence he tried to do the maximum to obtain legal documentation so that we could go to the USA, which became possible as we came on 03/08/2008 in the USA. We stayed 1(one) month in the USA even though our visa was valid for 1(one) year because we are employed and could not stay longer.

Based on the family and social environment where our son Agron was born and raised, his very good behavior in the family and society, his personality, an intelligent guy, well behaved, accurate ,without habits, opponent of violence, sensitive towards people in need and other positive qualities of his, his big desire to live the American dream, we are shocked by the accusation that bears over him and are of the belief that our son would not have knowingly and consciously done any acts that would threaten security in the USA.

Honored Mr. Attorney

We as parents, situated very far, not having the ability to follow from close the procedures and the trial of our only son, have faith and hope that you with your professionalism will defend him professionally, but not only that, with your work filled with passion and human care, you will fill our empty spaces during this process.

    With respect and high consideration from Agron's parents

    Ahmet Hasbajrami (signature)

    Meriban Hasbajrami (signature)

I Drinart Dema Duly swear that i am competent in the Albanian and English language and that the above translation is true and accurate to the best of my abilities.