### I nderuar Z. Avokat i nipit tim Agron Hasbajrami.

Unë që po ju shkruaj këtë letër jam daja i klientit Tuaj Agron Hasbajrami.
Quhem Rasim Selman Hoxha, punonjës i Kontrollit të Lartë të Shtetit Shqiptarë.
Po Ju shkruaj shkurt për të mos Ju harxhuar kohën Tuaj.
Do të mundohem të trajtoj karakterin e Agronit. Agroni ka lindur në një familje me kulturë dhe edukatë. Prindërit e tij janë të arsimuar dhe përbëjnë një familje model në shoqërinë tonë në çdo qytet ku kanë jetuar. Ato rritën dy fëmijë model në sjellje dhe në mësime. Fati e deshi që si motra e Agronit, Alida dhe Agroni të arsimohen në Turqi, ku morrën edhe mësime mbi fenë islame. Agroni ndonse i arsimuar u ndikua shumë dhe filloi të jetë një zbatues i fesë islame, që ndoshta pa e kuptuar mund ta ketë tejkaluar masën në zbatimin e fesë dhe që mund ta ketë bërë subjekt të dyshuar.

*Z. Avokat Ju garantoj se nipi im Agron Hasbajrami nuk mund të jetë njeri që paraqet rezik për shoqërinë. Ai nuk është zënë asnjëherë në jetën e tij me asnjë person që në fëmijërinë e tij e deri më sot. Ai nuk ka bërë fjalë, e as mendohet që të veprojë me dhunë fizike. Në gjithë kohën e jetës së tij ai ka qenë model i jë sjellje të kulturuar dhe me edukatë për të gjithë moshatarët e tij. I tillë ka qenë në shkollën e mesme, në shkollën e lartë dhe gjatë periudhës që ka qenë në New York. Agroni është i sjellshëm, është humanitar dhe bën çështë e mundur që të ndihmojë njerzit në nevojë kudo që ato të jenë. Ai është sensibël, i ndjeshëm dhe i dhimbshëm, karakteristika që i ka një njeri humanitar i cili mendon të ndihmojë njerzit në nevojë dhe të bëjë vetëm mirësi.
Ju garantoj se këto që Ju shkruajta janë të vërteta dhe nuk jua kam shkruajtur për faktin pse ai është nipi im.
Ju mund ti verefikoni këto që Ju shkruajta duke marrë informacione në shkollat që ai ka kryer si dhe për kohën e qëndrimit në New York mund ta verefikoni duke pyetur kolegët ku ka punuar si dhe shokët me të cilët ai ka jetuar atje.*

I nderuar zotni Avokat, unë daja i Agronit kam besim të plotë tek Ju se do ta mbroni Agronin sikur ai të ishte nipi i Juaj. Unë shpresoj se Ju do ta kuptoni shqetësimin e Agronit dhe të familjarëve të Agronit, të cilët ndodhen

shumë larg Agronit e në këto rrethana nuk kanë asnjë mundësi për ta ndihmuar atë.

Në këto kushte unë shpresoj se Ju do të jeni avokati i Agronit dhe në të njejtën kohë e në një fare mënyre edhe familjari i Agronit.

I nderuar zotni Avokat duke u mbështetur në drejtësinë Amerikane, drejtësi të cilën populli shqiptar e ka nderuar dhe respektuar vazhdimisht dhe nga e cila gjithmonë populli shqiptar ka për fituar, Ju lutem shumë mbrojeni nipin tim Agron duke bërë maksimumin që ai të dalë të jetojë i lirë në shoqëri, mbasi ai nuk përbën rezik për shoqërinë por përkundrazi ai është humanitar dhe mendon se si ta ndihmojë shoqërinë dhe tu krijojë njerëzve mundësi jetese më të mirë e të mos vuajnë.

I nderuar zotni Avokat bashkë me këtë letër po ju dërgoj edhe disa dokumenta të familjes time.

I nderuar Avokat duke Ju kërkuar ndjesë nëse Ju kam harxhuar kohën Tuaj të çmuar Ju lutem shumë mbrojeni Agronin sikur të ishte nipi i JUAJ.

Me shumë respet

Daja i Agronit

Rasim HOXHA

**REPUBLIKA E SHQIPERISE**
**NJËSIA BASHKIAKE NR 3**
**K R Y E T A R I**

Rr. "Bardhyl"    tel & fax: 2 37 41 94

Nr EXTRA Prot    Tiranë më 02 . 07 . 2012.

### Vleresim Moralo - Shoqeror

Shtetasi Rasim HOXHA eshte banor ne Njesine Bashkiake nr. 3 Tirane i regjistruar ne Regjistrin Themeltar te shtetasve rruga "Bardhyl" 5/94. Familja e tij karakterizohet per marredhenie korrekte e miresjellje me komunitetin ku banon duke mos patur probleme me ta. Gjate gjithe kohes se banimit ne kete komunitet, vete Rasimi ka qene dhe eshte i prirur te bashkepunoje me administraten e Njesise Bashkiake nr. 3 ne zgjidhjen e problemeve te ndryshme te komunitetit.

Kete Vleresim Moralo–Shoqeror e leshojme me kerkese te te interesuarit Rasim Hoxha

**K R Y E T A R I**

Ilir KOKONA




Mbajtësi i kësaj karte është anëtar i stafit të
**KONTROLLIT TË LARTË TË SHTETIT**
I gjithë personeli civil dhe ushtarak është i lutur
ti lejojë hyrje të lirë në territorin kombëtar
dhe ti ofrojë privilegjet e nevojshme
për kryerjen e detyres së tij.



**KONTROLLI I LARTE I SHTETIT**

Rasim Hoxha
Kontrollor

KARTE Nr. 47
LESHUAR ME: 01.01.2011
E VLEFSHME DERI: 01.01.2013

KRYETARI:
ROBERT ÇEKU



**REPUBLIKA E SHQIPËRISË**
**BANKA E SHQIPËRISË**
DEPARTAMENTI I BURIMEVE NJERËZORE

Data: 19.06.2012

## VËRTETIM

Me anë të të cilit vërtetojmë se **Zj. Aferdita Hoxha** është e punësuar pranë Bankës së Shqipërisë dhe aktualisht është në pozicionin e punës "Specialiste me arsim të mesëm" në Departamentin e Emisionit.

Paga mujore bruto për zj. Hoxha është 64.625 (gjashtëdhjetë e katër mijë e gjashtëqind e njëzetë e pesë) lekë.

E lëshojmë këtë vërtetim me kërkesën e vetë punonjëses.

Roden PAJAJ
DREJTOR

Sheshi "Avni Rustemi", nr. 24, Tiranë, Tel.: + 355 4 2419301/2/3; + 355 4 2419401/2/3, Faks: + 355 4 2419408
e-mail: public@bankofalbania.org – www.bankofalbania.org

  

002417812

# REPUBLIKA E SHQIPËRISË
BASHKIA / NJËSIA BASHKIAKE / KOMUNA   Tirane 375

Zyra e Gjendjes Civile   Njësia Bashkiake nr.3

Datë: 19.06.2012

## ÇERTIFIKATË FAMILJARE

Në bazë të Regjistrit Kombëtar të Gjendjes Civile të vitit 2010 vërtetohen të dhënat e mëposhtme:

| Nr. | Emri e mbiemri | Emri i babait | Emri i nënës | Gjinia | Lidhja me K. Familjarin | Datëlindja | Gjendja Civile | Vendlindja | Shtetësia | Numri personal |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Rasim HOXHA | Selman | Zira | M | KRYEFA. | 02-05-1947 | I/e martuar | Tomin, Diber | Shqipëri | E70502035F |
| 2. | Afërdita HOXHA | Adem | Davë | F | BASHKË. | 10-10-1954 | I/e martuar | Qafmurrë, Diber | Shqipëri | F46010175G |
| 3. | Endrit HOXHA | Rasim | Afërdita | M | I BIRI | 08-04-1985 | Beqar/e | Lezhe | Shqipëri | I50408025F |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Kjo çertifikatë lëshohet për         dokument

Nëpunësi i Gjendjes Civile

RUDINA HAXHILLARI

(Emri, mbiemri, nënshkrimi, vula)

Faqe 1 nga 1

**REPUBLIKA E SHQIPËRISË**
**BASHKIA E TIRANËS**
**NJËSIA BASHKIAKE Nr.3**

Nr. Serie № 000981
Tiranë, më 19/06/2012

## VERTETIM

Vërtetojmë se në bazë të dokumentit të indentifikimit Z. *Rasim Hoxha* është banor i Njësisë Bashkiake Nr.3 , ne adresën Rr. *Bardhyl*
E lëshojmë këtë vërtetim për efekt dokumenti _____

Kryetar i Njësisë
Ilir Kokona