TIRANE, 06/07/2012

# I Nderuar Z. Avokat

Së pari, ne së prindër të klientit tuaj Agron Hasbajrami, ju urojmë miqësisht shëndet të plotë Juë dhe familjes tuaj dhe suksese në veprimtarinë tuaj së Avokat.

Nga interesimi që kemi bërë, jemi informuar për punën plot pasion, profesionalizëm, e ndjenje njerzore që Ju po bëni për mbrotjen e djalit tonë Agronit dhe për këtë shprehim respekt e mirnjohje të madhe për ju.

Me mendimin per t'ju ndihmuar ne punën tuaj në mbrotje të djalit tonë, po ju paraqesim shkurtimisht përbërjen tonë familjare, formimin e djalit tonë, prirjet dhe sjelljet e tij ne fëmijëri dhe deri sa u largu nga familja, raportet e familjes tonë ne shoqeri, ne pune, me rendin e sigurinë, simpatinë tonë për Sh.B.A., per te ju informuar për ambjentin ku u lind, edukua, dhe u rrit djali ynë Agron Hasbajrami.

Familja jonë është një familje e thjeshte shqiptare dhe përbëhet nga:

Ahmet Hasbajrami (babi i Agronit)
Meriban Hasbajrami (mamaja e Agronit)
Alida Hasbajrami (motra e Agronit)
dhe Agron Hasbajrami

Ne te dy si prindër jemi kujdesur që gjithe jetën tonë t'ja përkushtojmë fëmijëve tanë, për te bërë të mundur që ato te bëhen te aftë per te përballuar jetën me punë e nder.

Të gjithë në familjen e Agronit, jemi të arsimuar. Unë, babai, kam mbaruar arsimin e lartë dhe jam diplomuar Inxhinier, aktualisht punoj në Bashkinë e Tiranës nga viti 2001. Ndërsa mamaja ka mbaruar arsimin e mesëm për mësuese, dhe aktualisht punon edukatore me fëmijë në sektorin privat. Vajza: Alkida ka mbaruar studimet e larta dhe master për mjeke Gjinekologe në Stamboll-Turqi dhe tani punon pranë spitalit amerikan në Prishtinë-Kosovë.

Familja jonë ka mardhenie të mira në shoqëri e në punë. Familja jonë është e mirëpritur dhe e respektuar në shoqëri, tek gjithë njerëzit që na njohin, dhe asnjë nga ne, nuk ka patur probleme me rendin dhe sigurinë.

Djali ynë: Agroni ka lindur me 17 Shkurt 1984 në qytetin e Peshkopisë, Qarku Dibër. Arsimin e detyrueshëm e ka kryer në Peshkopi dhe Lezhë. Shkollën e mesme e ka kryer në vitet 1998-2002 në Medresen: Hafiz Ali Korça në qytetin e Kavajës, me rezultate shumë të mira.

Arsyeja që ne e dërguam djalin tonë në këtë shkollë ishte, siguria që ishte kjo për jetën dhe trajtimin me kushte të mira, sepse si rezultat i ngjarjeve të vitit 1997 në Shqipëri, jeta e njerëzve nuk ishte e sigurtë. Në këtë shkollë, përveç lëndëve shkencore dhe sociale, Agroni mori dhe njohuri fetare, lidhur me fenë islame. Ky qe kontakti i parë me fenë. Në moshë delikate, larg familjes, ai përballet për herë të parë me informacion mbi fenë islame.

Ne, prinderit e tij ishim të gëzuar e të lumturuar, që djali ynë kishte rezultate të mira në mësime dhe sjellje korrekte ne shoqëri dhe stafin pedagogjik, konsiderata dhe vlerësime, të here pas hershme të shprehura nga stafi i shkollës.

Pasi mbaroi shkollën e mesme, Agroni konkuroi për studime të larta ne dy profile: shkenca sociale ne Itali dhe Arkitekture ne Stamboll-Turqi, dhe u shpall fitues ne të dy degët që konkuroi.

Meqense motra e Agronit (Alvida) ishte për studime për mjekesi ne Turqi, ne si prinder i sugjeruam që dhe Agroni te ndiqte studimet per Arkitekture ne Turqi, si një dege e preferuar dhe do ishin bashke me motren ne Stamboll-Turqi.

Agroni kreu studimet e larta per arkitekture ne Universitetin "Mimar Sinan", ne Stamboll ne vitet 2002-2007, me rezultate te mira.

Gjate kesaj kohe ai ndiqte dhe ritet fetare islame, lexonte kuranin, lutej per paqe ne bote per te varferit. Agroni ishte nje djale pa vese te keqija: as duhani, as alkoli. dhe keto vese perpiqej qe ti luftonte dhe tek shoket dhe njerezit qe njihte.

Ndaj ne si prinder dhe motres se tij, Agroni manifestonte, dashuri e respekt, dhe ndaj shoqerise. Agroni manifestonte sjellje te mira dhe i dashur me te gjithe. Kur shihkonte njerez te varfer, te shtypur, apo ne nevoje Agronit i mbusheshin me lot dhe perpiqej me sa mundej ti ndihmonte. Agroni ishte i dashur dhe i mirpritur jo vetem ne familje, por dhe ne pune, shoqeri, e kudo ndodhej. sjellje keto qe ne si prinder na lumturonin.

Agroni kishte nje ënderr qe ne rininë e tij, ai ëndronte qe te shkonte ne Sh.B.A. deshirë qe ishte krijue tek ai per jeten e lire ne vendin tuaj, per te ardhmen e sigurte ne ket vend (Sh.B.A.

-4-

Kjo dëshirë e tij u realizua me 22.03.2008, nëpërmjet fitimit të llotarisë Amerikane, Agroni u vendos ne New York (Brooklin). Një muaj pas mbrritjes, ai filloi punë ne një studio projektesh, si arkitekt. Gjatë komunikimeve që ne kishim me te, djali dukej i kënaqur me punën, me njerëzit që e rrethonin, me rregullin dhe jetesën ne Sh.B.A. gjithashtu ai shprehte mall dhe dashuri për ne së prindër dhe motrën e tij. Për ket ai beri përpjekje maksimale për te na siguruar dokumentacionin ligjor për te shkuar në Sh.B.A. gjë e cila u mundësua me arthjen tonë me datë 08/03/2008 në Sh.B.A. Ne qëndruam 1 (një) muaj ne Sh.B.A. dhe pse vizën e kishim për 6 (gjashtë) vet, pasi jemi ne punë dhe nuk mund të qëndronim më gjatë.

Nisur nga ambjenti familjar dhe shoqëror, ku u lind dhe u rrit djali ynë Agroni, sjellijet e tij shumë të mira ne familje e shoqëri, personaliteti i tij, djalë inteligjent, i sjellshëm, korrekt, paqësor dhe kundërshtar i dhunës, sentimental ndaj njerëzve në "nevojë" dhe te tjera cilësi pozitive të tij, dëshira e madhe per te jetuar "ëndrrën amerikane", ne jemi te shokuar nga akuza që rëndon mbi të, dhe kemi mendimin që djali ynë me vetdije e koshiencë nuk duhet të ketë kryer vepra që cënojnë sigurinë ne Sh.B.A.

<u>I nderuar Z. Avokat</u>

Ne së prindër, te ndodhur shumë larg, e ne pamundësi që te ndjekim precedimin e gjykimin e djalit tonë te vetëm nga afër, kemi besim e shpresë se Ju me profesionalizmin tuaj, do ti bëni mbrojtje profesionale, por jo vetëm kaq, por me punën tuaj plot pasion e dashuri njerzore do të plotësoni boshllëkun tonë ne kete proces.

Me respekt e konsideratë të lartë, nga prindërit e Agronit

Ahmet Hasbajrami
Meriban Hasbajrami