## Criminal Calendar: Sentencing

Before: Judge John Gleeson, U.S.D.J.

Date: 1/8/2013   Time: 2:00pm – 3:30pm
DOCKET NUMBER: 11CR623

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Steve Zissou and Michael K. Bachrach
___ Legal Aid ___ CJA ✓ Retained

AUSA: Seth D. DuCharme and Matthew S. Amatruda   Deputy Clerk: Ilene Lee

Probation Officer: Frank Marcigliano

INTERPRETER: Drinart Dema   (Language) Albanian (Tosk)

COURT REPORTER: Mary Agnes Drury

✓ Case Called.
✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

✓ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to 180 months imprisonment and No term of supervised release.

Special conditions of Supervision are as follows:
- No firearms or ammunitions.
- If deported, the defendant may not reenter the U.S. illegally.

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
✓ Defendant is ordered to pay a special assessment of $ 100% (NO FINE).

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at: FCI as close to the Northeast Region as possible.
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ___ @ ___
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.
✓ Open count(s) (All Open Counts) is/are dismissed on motion of the government.