FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 26 2013 ★
BROOKLYN OFFICE

11-CR-623

RECEIVED
FEB 26 2013
CHAMBERS OF JUDGE GLEESON

Dear Judge Gleeson,

I hope my letter finds you doing well. I wish you all the best as well your family and loved ones.

Now I understand how difficult is being a foreign "Immigrant" in a country, specially when I am inmate and I dont have no one to help me. I hope I am not bothering you with this letter but I was left with no choice but to write you dear Judge.

When I got arrested I was living in Brooklyn with 3 other roomates, following the search warrant by FBI a lot of my personal as well my foriends property were seized by FBI and NEVER GIVEN BACK. I even never got the list of items. For 16 months I have been incarcerated I tried to follow up this matter with my attorneys but they failed. I still didnt understand was my lawyers insuffiency-negligency or FBI didnt want to help then I will mention some of the personal properties that I can remember in the following below:

A) My property
- Passport (New and expired one)
- High school diploma    - Certifiates
- Money: 1300 $ were taken by agent and never mention in FD-302 form. Money was in wallet.

RECEIVED
FEB 26 2013

- Personal ID's and paper documents
- Books etc

B) My roomates property
- Klement Balliu's Bachelor degree
- Ardian Ruci's       "        "
- Besim Djaloshi's    "        "
- Klement Balliu's laptop
- Besim Djaloshi's social security number
- cell phones and IPOD
- Personal ID's and paper Documents ... etc

Your honour as you see the property is very important specially my friend's property. They looking forward to get master degrees and PHD but their rights are taken. Please let them follow their American dream which they trying to built so hard. Please bring to an end their ~~couse~~ trouble that I caused.
I understand that this not only one request but our constitutional right too and you are the only one who can apply the law best.
            GOD BLESS YOU
Sincerely
                    Agron Hasbajrami

AUG-23-2011 13:43       212 384 8271                        212 384 8271   P.02

FD-302 (Rev. 10-6-95)

-1-

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription __09/06/2011__

   AGRON HASBAJRAMI, date of birth 02/17/1984 was arrested by special agents of the FBI on 09/06/2011 at JFK Airport, Queens, New York. HASBAJRAMI was in possession of (1) one Black and Blue back pack and (1) one black duffle bag at the time of his arrest. The contents of the bags were subsequently inventoried and found to contain the following:

**The following is a list of items from a Black J World Sport duffle bag:**

1-white plastic Met food bag containing the following medications and ointments.

small tube of Neosporin ointment

small tube of Econazole Nitrate Cream

a brown pill bottle containing 30 500 mg capsules of Cephalexin

small tube of Keracyt 6% gel

a box of 40 tablets of 200mg Trimebutin Maleat

4- 2x2 Gauze pads

gray North Face sweat shirt

multi color Mudo Argile sweater

light brown Article 365 zipper jacket

black Bellini sweat pants

green winter Columbia hooded jacket

gray Nike sweat pants

Brown/Green/Yellow fabric scarf

brown Niama Man vest

---

Investigation on __09/06/2011__ at __26 Federal Plaza__

File # ████████████████                    Date dictated _____

by ████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000000369

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription __09/06/2011__

AGRON HASBAJRAMI, date of birth 02/17/1984 was arrested by special agents of the FBI on 09/06/2011 at JFK Airport, Queens, New York. HASBAJRAMI was in possession of (1) one Black and Blue back pack and (1) one black duffle bag at the time of his arrest. The contents of the bags were subsequently inventoried and found to contain the following:

**The following is a list of items from a Black J World Sport duffle bag:**

1-white plastic Met food bag containing the following medications and ointments.

small tube of Neosporin ointment

small tube of Econazole Nitrate Cream

a brown pill bottle containing 30 500 mg capsules of Cephalexin

small tube of Keracyt 6% gel

a box of 40 tablets of 200mg Trimebutin Maleat

4- 2x2 Gauze pads

gray North Face sweat shirt

multi color Mudo Argile sweater

light brown Article 365 zipper jacket

black Bellini sweat pants

green winter Columbia hooded jacket

gray Nike sweat pants

Brown/Green/Yellow fabric scarf

brown Niama Man vest

---

Investigation on __09/06/2011__ at __26 Federal Plaza__

File # ▮▮▮▮▮▮▮▮▮▮                               Date dictated _____

by ▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000000369

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: BRO-K-B

------------------------------------------------------------------------------------------

FROM: 65794053
TO: Zissou, Steve
SUBJECT: property
DATE: 01/24/2013 06:08:15 PM

Dear mr. steve

As you know since i got arrested i never got my property and my ex- roomates as well.
I even didnt get the LIST OF ITEM seized by FBI except my roomate they got it.
In my property i am missing the follow items:
1) PASSPORT (NEW ) AND EXPERIED ONE
2) MY MONEY 1300$ TAKEN BY THE AGENT WHEN I GOT ARRESTED
3) DIPLOMAS (BACHELOR AND HIGH SCHOOL)
4) CERTIFIKATES
5) ID'S (COLLEGE IDS) , DRIVER LICENSE ETC..
6) BOOKS

My ec- roomates are missing :
1) 3 BACHELOR DIPLOMA( EACH HAVE ONE)
2) LAPTIOPS
3) CELL PHONE
4) IPOD
5) THEIR PERSONAL DOCUMENTS AS WELL

SO PLEASE TRY TO GET THEM ALL. THEY ARE IMPORTANT

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: FAI-C-R

---

FROM: Zissou, Steve
TO: 65794053
SUBJECT: RE: attorney - client
DATE: 02/06/2013 12:15:05 AM

Please don't worry Agron. We will visit you in Fairton. Please do not think that we will forget you. Everything that we promised to do will be done. The only difference is that you were moved from Brooklyn, New York to Fairton, New Jersey. We are now, and will always be, your lawyers. Until you are released and returned to your family, we will be here for you.

Z

AGRON HASBAJRAMI on 2/1/2013 7:08:20 PM wrote
Dear mr. steve and mr. michael

I really was looking forward to meet you during these 20 days after i got sentenced but all the hopes went in vain.Now i packed out and i am leaving to prison.We have been working together for 1 year and i appreciate what you did in my case and your help. I always tried to built a friendship relation between us, more than attorney - client. Even the case is over now we still got 2 more issues that never been resolved. I have been mention those since in the begining of process but always excueses or lies were present.
Let me start with the first issue:

1) PROPERTY
I never got even the list of my property seized by the FBI even my ex-roomates that were living with me did.Long story short let me basically mention what is missing and i am just trying to remember form my memory.

A) MY PROPERTY
PASSPORT (NEW AND EXPIRED ONE)
HIGH SCHOOL DIPLOMA
CERTIFICATES
MONEY :1300$ THAT WERE TAKEN BY AGENT WHEN I GOT ARRESTED
PERSONAL ID'S AND FILES
BOOKS

B)MY EX-ROOMATES PROPERTY
KLEMENT BALLIU'S BACHELOR DEGREE
ARDIAN RUCIU'S   BACHELOR DEGREE
BESIM DJALOSHI'S BACHELOR DEGREE
LAPTOP
CELL PHONE
IPOD
BESIM DJALOSHI'S SOCIAL SECURITY
PERSONAL ID'S AND DOCUMENT
AND ANYTHING ELSE THAT IT MIGHT BE WHICH I DONT REMEMBER

Every single item is important but the most one are the bachelor degrees of my friends.They deserve to take their diploma and to prepare to complete their dreams of getting masters and PHD degrees.It's enough for them they trouble i have caused them.

2) The second issue is the LEGAL WORKS
I always keep requesting those but i never understood why is so much negligation from you.Everything is simple.Like in bussiness.Pay the money get the product.Now i believe it's time to get the legal work.This is the list as it mention below:

PSR (OLD AND NEW ONE)
UPDATE SENTENCE MEMO
LETTERS FROM MY FAMILY
SENTENCE HEARING
LIST OF MY PROPERTY TAKEN BY FBI
DISCOVERY:AUDIO AND VIDEO
ABU YASSER STATEMENT

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: FAI-C-R

--------------------------------------------------------------------------------

All due respect i believe you understand the importance of my issues and need to be resoved as soon as possible.
I dont think its resaonable to wait till you will come one day of my 15 year senteces to visit me in prison so i can take the legal work. I think you will send earlier.
I hope that i am very clear in my explanation and wish that you will help me by doing your job . Otherwise you leaving me no choise but to write to judge in hope that he may help me.

*thank you for your understanding and cooperation*
*god bless you*
-----Zissou, Steve on 1/25/2013 6:47 AM wrote:

>

Understood, that is the plan. Hopefully I will not miss you before you leave but i will come visit you in any event wherever you are sent.

*AGRON HASBAJRAMI* on 1/23/2013 11:07:10 AM wrote
Dear Mr. Steve and Michael

I just got designated and in few days i will be transferred to prison. I really appreciated if you come to see me and bring the documents these days. I really look forward to meet you.

Thank you.

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: FAI-C-R

---

FROM: 65794053
TO: Zissou, Steve
SUBJECT: LIST
DATE: 02/16/2013 10:15:56 AM

DEAR MR. STEVE

WHAT'S GOING ON WITH MY PROPERTY? DID YOU HAVE ANY PROGRESS?
I NEED A COPY OF MY PROPERTY'S LIST SEIZED BY FBI.
MY FRIENDS NEED THEIR BACHELOR DIPLOMA TO ATTEND THE MASTER PROGRAMS.
NO BODY HAS THE RIGHT TO KEEP THE DIPLOMAS. THERE IS NO CONSTITUTION AT ALL.
I DON'T HAVE NO MORE PATIENT WITH FBI. I WILL WRITE TO THE JUDGE.

THANK YOU.