

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DSS:SDD/MA
F.#2011R00783

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 7, 2013

**Via Hand and ECF**

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>	Re:	United States v. Agron Hasbajrami
>		Criminal Docket No. 11-623 (S-1)(JG)

Dear Judge Gleeson:

	The government submits this letter in response to the defendant's letter of February 26, 2013, in which he seeks the Court's assistance in arranging the return of certain property. The government has conferred with defense counsel and Special Agents of the Federal Bureau of Investigation ("FBI"), and is presently arranging the return of personal property that was seized during the execution of a search warrant and a search incident to the defendant's arrest. In addition, on March 5, 2013, the FBI deposited the sum of $1,314.00, which was the money seized from the defendant at the time of his arrest, into an account of the Bureau of Prisons, designated for the defendant. The government is continuing to confer with defense counsel regarding the ultimate disposition of the defendant's personal property, and will supplement this letter as necessary.

>				Respectfully submitted,
>
>				LORETTA E. LYNCH
>				United States Attorney
>
>	By:	      /s/
>				Seth D. DuCharme
>				Matthew Amatruda
>				Assistant United States Attorneys
>				(718) 254-6021/7012

 CC: Steve Zissou, Esq.
     Michael Bachrach, Esq.