April 10, 2013

Judge John Gleeson

Due to ineffective assistance of my Attorneys I still dont posses all the documents of my case,
1) except my statement that was done involunterily,
2) and couple of emails regard the case.

I would like to issue him an order to send me "All" the documents of my case in his office, specially

1) The whole discovery that is mention in Protective Order at 3(a).

2) The whole documents that are signed like:
- Indictments
- Plea agreement
- Sentence Memo from my Attorneys
- Sentence Memo from Gov: Public (where the Gov. broke the Protective order, the Rule 16(d) and non-Public that one is delivered to you on November).
- Warrant for "FISA"
- Warrant search for wire tap

3) The Sentence hearing minutes

4) The all wire taps, emails etc... that started on or about June 2010 and not only from February 2011 because it gives the case a different view point. The emails must be in Turkish and English because I found to many mistake in translation.

Note: Please tell the FBI to release my records due to application that I did to ~~FADI~~ "FOIA"

Thank you for your consideration

GOD BLESS YOU

Agron Hasbajrami

RECEIVED APR 15 2013 PRO SE OFFICE

⇔65794-053⇔
Agron Hasbajrami
655 Fairton Millville RD
Fairton, NJ 08320-0420
United States

SOUTH JERSEY NJ 080

12 APR 2013 PM 4 L



2013 APR 16 P 12:14
RECEIVED/MR



LEGAL MAIL

⇔65794-053⇔
Judge John Gleeson
271 Cadman PLZ E
U.S. District Court
Brooklyn Heights, NY 11201
United States

11201183599