⇔65794-053⇔
Agron Hasbajrami
655 Fairton Millville RD
Fairton, NJ 08320-0420
United States

SOUTH JERSEY NJ 080

11 JUN 2013 PM 5 L

Freedom
FOREVER

LEGAL MAIL

⇔65794-053⇔
Judge John Gleeson
271 Cadman PLZ E
U.S. District Court
Brooklyn Heights, NY 11201
United States

11201183599