July 5, 2013

Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED
JUL 11 2013
CHAMBERS OF JUDGE GLEESON

On May 1, 2013 my Attorney Michael K. Bachrach sent me a CD, part of my sensitive discovery which was labeled 428, referenced in the Goverments March 1, 2012, Rule 16 letter (ecf #22).

The FCI staff members as Counselor, Case manager, SIS lieutenant and Captain after reviewed it, confiscated due to security.
It has been almost 2 years since I have been arrested but I still am not able to get my discovery and I still dont know my case. That is a CD given by Gov.
I believe that is my right to have access of my discovery and I would like to have it
I look forward for your helf
                                      Agron Hasbajrami

**U.S. Department of Justice**                                    **Confiscation and Disposition of Contraband**

Federal Bureau of Prisons

---

_[handwritten signature]_
Signature/Printed Name of Staff Member Confiscating Property                  _[handwritten]_ (Institution)

| 1. Name: _[handwritten]_ | 2. Register No.: _[handwritten]_ | 3. Unit: _[handwritten]_ | 4. Date: _[handwritten]_ |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on _____ .
   (Make a numerical list of contraband)

   _[handwritten]_

6. (To be completed by inmate) I have received a list of those items confiscated as contraband.  I claim ownership of the following items (identify by number from section 5 above): Nos. _____ .  I am aware that a claim of ownership will not be accepted for any item of government property.  With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

   I, _____ , received a copy of this inventory on _____ .
   (inmate's signature)                                                                      (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

   Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice.  The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds.  Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

   I have read or had read to me the above information.  I request the following action be taken in regards to my contraband property.

   a. __ I request the property be mailed to _____
   _____ .  I agree to pay mailing costs.

   Inmate's Signature: _____ Date: _____

   b. __ I request the institution to pay mailing costs.  I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

   Inmate's Signature: _____ Date: _____

   c. __ Other (specify, e.g., donate to institution)

   Inmate's Signature: _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established.  The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

   _____
   Signature/Printed Name of Staff Member Determining Method of Disposal                            Date

   _____
   Signature/Printed Name of Staff Member Disposing of Property                                      Date

   _____
   When Property is Destroyed, Signature/Printed Name of Staff Witness                               Date

cc: Central File                          _[handwritten]_                          BP-402(58)
                                                                                   January 1988

PAGE NO: 001

INMATE FINANCIAL PLAN

REGISTER NUMBER: 65794-053
INMATE NAME....: HASBAJRAMI, AGRON
FACILITY.......: FAIRTON FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE
UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION
CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO
TERMINATE.

PAYMENT METHOD...:  AMT/PCT: $100.00  FREQ: Single  ORIGIN: JF

START CYCLE......: 04-2013

INMATE DECISION..: Agreed

OBLIGATION NUMBER: 1 __ __ __ __ __ __ __ __ __ __

__ __ __ __ __ __ __ __ __ __

INMATE SIGNATURE.......:  DT SIGNED: 3/7/13

STAFF WITNESS SIGNATURE:  DT SIGNED: 3/7/13

LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 · FAX. (866) 328-1630

MICHAEL K. BACHRACH*
*admitted in N.Y. and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

May 1, 2013

Legal Mail
Open In Presence of Inmate Only

Agron Hasbajrami (#65794-053)
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

*Re: United States v. Agron Hasbajrami,*
*11 Cr. 623 (JG)*

Dear Agron:

Supplementing my letter, dated, April 26, 2013, enclosed please find copies of the following, all related to the above-referenced matter:

(1) The Government's September 29, 2011, Rule 16 letter (*ecf* # 11), along with the discovery Bates stamped 1-40, which is referenced therein;

(2) A copy of the CD labeled 428, referenced in the Government's March 1, 2012, Rule 16 letter (*ecf* # 22); and

(3) A signed copy of your plea agreement, dated, April 12, 2012.

I am not yet in possession of your sentencing transcript, but I will send it to you as soon as it is available. If there is anything else that you believe you are missing, please let me know and I will do my best to provide it to you expeditiously.

Yours sincerely,

Michael K. Bachrach

MKB/mb
Encl.