

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F.#2011R00783

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

July 26, 2013

**Via Hand and ECF (w/o enclosure)**

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Agron Hasbajrami,
           Criminal Docket No. 11-623 (S1)(JG)

Dear Judge Gleeson:

      Pursuant to the Court's Order of July 1, 2013, the government respectfully submits the enclosed copy of the inventory of items returned by the Federal Bureau of Investigation ("FBI") in connection with the above-referenced case.  On July 24, 2013, at the request of defense counsel, special agents of the FBI personally provided the items to a designated recipient on the defendant's behalf.  A PDF copy of the inventory has been provided to counsel for the defendant via email.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                By:     /s/
                      Matthew Amatruda
                      Seth D. DuCharme
                      Assistant United States Attorneys
                      (718) 254-7012/6021

cc:  Steven Zissou, Esq.
     Michael K. Bachrach, Esq.