⇔65794-053⇔
Agron Hasbajrami
Fairton - FCI
PO BOX 0420
Fairton, NJ 08320
United States

SOUTH JERSEY NJ 080

17 JUL 2013 PM 7 L



Judge Gleeson

Legal Mail

⇔65794-053⇔
Us District Court
271 Cadman PLZ E
Eastern District OF NY
Brooklyn Heights, NY 11201
United States