Agron Hasbajrami
FCI FAIRTON, NJ 08320-420

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 23 2013 ★
BROOKLYN OFFICE

John Gleeson
District Court, E.D.N.Y.
Brooklyn, NJ 11201

Re: Legal Documents / Case Number 11 Cr 623 (JG)

October 4, 2013

Dear Judge Gleeson,

On January 8, I was sentenced to 15 years imprisonment, by your honour. Since that time and now, I have requested multiple times from my attorney and you to produce me with Sentence Hearing Minutes, as well as Docket Sheet, 3 Grand Jury Transcripts, Criminal Complain and page 288, 289, 290, all being part of my discovery.

That being said, also intentionally, the discovery had been held away from me untill 3 days before I plead guilty. I'm by law entitled to my discovery. Refusal of these documents is in fact, denaying me adequate, comprehen-

sive and effective access to the courts.
At this time, I'm requesting the parts of discovery mention above, accompanied by all appropriate signatures.

This is a final request and denial of this will be followed by a lawsuit.

Thank you for your time and consideration in this matter. I will be patiently awaiting your timely response to my concerns.

Sincerely
Agron Hasbajrami

W03/94-053
Agron Hasbajrami
FCI, Fairton
PO BOX 0420
Fairton, NJ 08320
United States

SOUTH JERSEY NJ 080

09 OCT 2013 PM 6 L



Freedom FOREVER

LEGAL MAIL

⇔65794-053⇔
Judge John Gleeson
271 Cadman PLZ E
U.S. District Court
Brooklyn Heights, NY 11201
United States