

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2013

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Agron Hasbajrami, 11 CR 623 (S1) (JG)

Dear Judge Gleeson:

      The government respectfully submits this letter to apprise the Court of the status of the government's compliance with the Court's order of October 23, 2013 in the above-referenced case. By letter dated October 4, 2013, the defendant requested the Court's assistance in obtaining various items, including a copy of the docket sheet and the sentencing minutes. On October 23, 2013, the Court entered an order on ECF denying the defendant's request in part, but directing the government to send a copy of the docket sheet and the sentencing transcript to Hasbajrami on or before November 1, 2013. As of the date of this letter, the government has not yet obtained a copy of the sentencing minutes, and respectfully requests a brief extension, until November 12, 2013, by which to comply with the Court's order. The government will file a letter on ECF immediately upon mailing the minutes to the defendant. The government is mailing a copy of the docket sheet to the defendant today, via U.S. mail, along with a copy of this letter.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Seth D. DuCharme
      Matthew Amatruda
      Assistant U.S. Attorneys
      (718) 254-6021/7012

cc Agron Hasbajrami, via U.S. Mail