

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2013

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Agron Hasbajrami, 11 CR 623 (S1) (JG)

Dear Judge Gleeson:

  The government respectfully submits this letter to apprise the Court that, per the Court's order of October 23, 2013, the government today mailed a copy of the sentencing transcript in the above-referenced case to the defendant, along with a copy of this letter.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By:  /s/
        Seth D. DuCharme
        Matthew Amatruda
        Assistant U.S. Attorneys
        (718) 254-6021/7012

cc Agron Hasbajrami, via U.S. Mail (w/enclosure)