U.S. District Court. E.D.NY.
   Clerk office
225, Cadman plz. E
Brooklyn. NY. 11201.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 03 2013 ★
BROOKLYN OFFICE

              Re. Case NO: 11-cr-0623.

Dear, clerk, sir/madam,

I Agron Hasbajrami, I mailed three (3) set of my sentence vacation motion to your office, and A.U.S.A. office on July. 26. 2013. Please see. two (2) pages Attachment.
Since today I never received any responce regarding with a Deniyal or approval of motion.
Please informing to me any decision on this matter.
Thank you for your time and consideration.

Date: Nov, 20, 2013,

                Sincerely
                Agron Hasbajrami
                FCI. Fairton, 65794.053
                P.O.BOX. 420
C.C. John Gleeson, Judge.   Fairton. NJ, 08320
    Seth Ducharme, A.U.S.A.

OUTGOING SPECIAL MAIL RECEIPT

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| TO: (Address of Person Receiving Special Mail) US District Court 271 Cadman PLZE EANY Brookly heights NY 11201 USA | (Institution Name) FCI - FAIRTON |
|---|---|
| (Inmate's Name and Register No., and Housing Unit) Agron Hasbajrami 65794-053 C-R | Date: 07-26-13 |

(Inmate Signature)

ENTER SIGNATURE, TITTLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL

(Print/Signature and Title)
Receive from Inmate)

(Date Special Mail)

JUL 26 2013

FCI FAIRTON, NJ
CORRECTIONAL SYSTEMS MGMT

OUTGOING SPECIAL MAIL RECEIPT

**U.S. DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

| TO: (Address of Person Receiving Special Mail) AUSA Seth Ducharme 271 Cadman PLZ E U.S. Court EDNY Brooklyn Heights NY 11201 | (Institution Name) FCI- FAIRTON |
|---|---|
| (Inmate's Name and Register No., and Housing Unit) Agron Hasbajrami 65794-053  C-R | Date: 07-26-13 |

(Inmate Signature)

ENTER SIGNATURE, TITTLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL

B. Ruiz  /B. Ruiz
(Print/Signature and Title)
Receive from Inmate)

Inmate Special Mail
**RECEIVED**

JUL 2 6 2013

FCI FAIRTON, NJ
CORRECTIONAL SYSTEMS MGMT

⇔65794-053⇔
Agron Hasbajrami
FCI , Fairton
PO BOX 0420
Fairton, NJ 08320
United States

SOUTH JERSEY NJ 080

22 NOV 2013 PM 5 L

Freedom
FOREVER

Legal Mail

⇔65794-053⇔
Judge John Gleeson
271 Cadman PLZ E
U.S. District Court
Brooklyn Heights, NY 11201
United States

11201183599