

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DSS:SDD
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2013

<u>By Hand and ECF</u>

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Agron Hasbajrami, 11 CR 623 (S1) (JG)</u>

Dear Judge Gleeson:

    The government respectfully submits this letter to provide the Court with the attached copy of the defendant's Motion to Vacate, Set aside or Correct his Sentence and Conviction, dated July 10, 2013. In the defendant's letter dated November 20, 2013 (Dkt. #60), he indicates that he previously mailed copies of the motion to both the Clerk's Office and the U.S. Attorney's Office. While it appears that the Clerk's Office may not have received a copy of his motion, the government did receive a copy. Therefore, the government respectfully submits this copy of the defendant's motion for filing. In addition, we are providing a copy of this letter to the defendant via U.S. Mail.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By:  /s/
        Seth D. DuCharme
        Matthew Amatruda
        Assistant U.S. Attorneys
        (718) 254-6021/7012

cc Agron Hasbajrami, via U.S. Mail