FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 09 2013 ★

BROOKLYN OFFICE

United States District Court
Eastern District of New York
Clerk of Court

December 5, 2013

Re: Usa v AGRON HASBAJRAMI
Docket sheet no: 11-cr-623 (JG)

Dear Sir/Madam

In the response of your office dated Nov. 25th 2013 I found a copy of Docket sheet, in the mail. However there is no response at all, nothing regarding my request.
The motion with docket entry no. 55 is totally different thing. Also there is no chance that the mail that I send on 7/26/13 to be sent to court and filed in the same date. As I have mentioned before I have filed a SENTENCE VACATION MOTION. Please, provide me with detailed information regarding it.

Respectfully
[signature]
A. H.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 09 2013 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 25 2013 ★
BROOKLYN OFFICE

U.S. District Court. ED.NY.
Clerk office.
225. Cadman plz. E.
Brooklyn. NY. 11201.

Re: Case No: 11-cr-0623.

Dear, clerk, sir/madam,

I Agron Hasbajrami, I mailed three (3) set of my Sentence vacation motion to your office, and A.U.S.A. office To my case prosecuter, Seth Ducharme, dated on July-26-2013. Please, see, two (2) pages Attachment. Since today I never received any responce regarding with a Deniyal or approval of motion.

Please informing to me any decision on this matter.

Thank you for your time and consideration

Date: Nov. 20, 2013.

Sincerely

Agron Hasbajrami

C.C. John Gleeson, Judge
Seth Ducharme, A.U.S.A.

FCI. Fairton. 65794-053
P.O. BOX. 420
Fairton, NJ. 08320

**OUTGOING SPECIAL MAIL RECEIPT**

U.S. DEPARTMENT OF JUSTICE                   FEDERAL BUREAU OF PRISONS

| TO: (Address of Person Receiving Special Mail) U.S District Court 271 Cadman PLZE EANY Brookly heights NY 11201 USA | (Institution Name) FCI - FAIRTON |
|---|---|
| (Inmate's Name and Register No., and Housing Unit) Agron Hasbyrami 65794-053 C-R | Date: 07-26-13 |

(Inmate Signature)

ENTER SIGNATURE, TITTLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL

(Print/Signature and Title)
Receive from Inmate)                                          (Date Special Mail)

JUL 26 2013

FCI FAIRTON, NJ
CORRECTIONAL SYSTEMS MGMT

**OUTGOING SPECIAL MAIL RECEIPT**

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Address of Person Receiving Special Mail) AUSA Seth Ducharme 271 Cadman Plz E US. Court EDNY Brooklyn Heights NY 11201 | (Institution Name) FCI-FAIRTON |
|---|---|
| (Inmate's Name and Register No., and Housing Unit) Agron Hasbajrami 65794-053  G-R | Date: 07-26-13 |

_____
(Inmate Signature)

ENTER SIGNATURE, TITTLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL

B. Ruy    (B. Ruy)
(Print/Signature and Title)
Receive from Inmate

RECEIVED
JUL 26 2013
FCI FAIRTON, NJ
CORRECTIONAL SYSTEMS MGMT

⇔65794-053⇔
Agron Hasbajrami
FCI , Fairton
PO BOX 0420
Fairton, NJ 08320
United States

SOUTH JERSEY NJ 080

06 DEC 2013 PM 5 L



Legal mail

⇔65794-053⇔
Us District Court
Clerk Office
225 Cadman PLZ E
Eastern District OF NY
Brooklyn Heights, NY 11201
United States

11201181809