USDC, EDNY
Clerk office
225 Cadman PL2E.
Brooklyn, NY, 11201



December 6, 2013

Re: 11-CR-623 (JG)

Dear Sir/Madam

This is a request to provide Agron Hasbajrami with information of the amount of money paid by Court to Attorneys:
Nancy Lee Ennis
Steve Zissou
Michael K. Bachrach
All of them being CJA appointend.

Thank you for your time and consideration

Respectfully
Agron Hasbajrami
# 65794-053

Agron Hasbajrami
FCI- FAIRTON
FAIRTON NJ 08320-420
#65794-053

SOUTH JERSEY NJ 080

06 DEC 2013 PM 5 L



Legal Mail

⇔65794-053⇔
Us District Court
Clerk Office
225 Cadman PLZ E
Eastern District OF NY
Brooklyn Heights, NY 11201
United States

11201181809