

U.S. Department of Justice

United States Attorney
Eastern District of New York

MSA/SDD
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

February 3, 2014

<u>By ECF</u>

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Agron Hasbajrami
                 <u>Criminal Docket No. 11-623 (S1)(JG)</u>

                 Agron Hasbajrami v. United States
                 <u>Civil Docket No. 13-6852 (JG)</u>

Dear Judge Gleeson:

        On December 31, 2013, the above-captioned defendant sought the Court's intervention to gain access to certain video recordings seized from his computer during the investigation underlying this case. On January 9, 2014, the Court ordered the government to inquire with officials from the Bureau of Prisons ("BOP") as to whether they could arrange such access, and report the results of the inquiry by January 23, 2014. On January 23, 2014, because the BOP was seeking, but had yet to finalize, a solution to accommodate the defendant, the Court permitted the government until February 6, 2014 to provide another update. By this letter, the government reports that the BOP has arranged to afford the defendant access to the video materials for two hours each week in the prison law library.

        The government respectfully submits that the BOP's accommodation is reasonable and satisfies the defendant's request for access to his discovery materials. The BOP's solution also addresses the competing interests of the institution and the defendant

concerning the materials.  Should the Court have additional questions, the government will inquire with the defendant's correctional institution report back to the Court.

                                                         Respectfully submitted,

                                                         LORETTA E. LYNCH
                                                         United States Attorney

                            By:    /s/Matthew S. Amatruda
                                                           Matthew S. Amatruda
                                                          Seth D. DuCharme
                                                          Assistant U.S. Attorneys
                                                          (718) 254-7012

cc: Agron Hasbajrami