Date: February 12, 2014

U.S. District Court, EDNY
U.S. District Judge
John Gleeson

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 25 2014 ★
BROOKLYN OFFICE

Re: AUSA's Writing Report   11CR623(JG)

Dear Judge

FCI facility still didn't give me the right to watch my discovery. Could you please send me a copy of AUSA Ducharme's writing report that supposed to be sent to you on or before January 23, 2013, so I can show to FCI as a proof.

Thank you for your time and consideration.

Respectfully
Agron Hasbajrami
#65794-053

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AGRON HASBAJRAMI,

                Petitioner,

- versus -

UNITED STATES OF AMERICA,

                Respondent.

ORDER

13-CV-6852

JOHN GLEESON, United States District Judge:

        On December 31, 2013, I received a letter from Agron Hasbajrami making two requests. First, he asked whether I would intercede to ensure that he has access to certain discovery material from his criminal case. Second, he asked for access to grand jury transcripts.

        As to the first request, I have communicated with the Assistant United States Attorney assigned to this case, Seth DuCharme, who has reviewed the material and spoken to officials at FCI Fairton, where Hasbajrami is currently being held. He assures me that the facility is working to give Hasbajrami safe and secure access to the materials. I hereby order AUSA DuCharme to report back to me in writing on or before January 23, 2014 on the status of Hasbajrami's access.

        The second request is denied. Hasbajrami failed to meet the high bar for access to grand jury materials. *See United States v. Torres*, 901 F.2d 205, 233 (2d Cir. 1990) ("Grand jury proceedings carry a presumption of regularity. A review of grand jury minutes is rarely permitted without specific factual allegations of government misconduct.") (internal citations and quotation marks omitted), *overruled on other grounds as recognized by United States v. Marcus*, 628 F.3d 36 (2d Cir. 2010)). Moreover, any alleged defect in the grand jury

Agron Hasbajrami #65794-053
Federal Correctional Institution, Fairton
PO Box 420
Fairton, New Jersey 08320

SOUTH JERSEY NJ 080

14 FEB 2014 PM 7 L



Legal Mail

⇔65794-053⇔
Judge John Gleeson
271 Cadman PLZ E
U.S. District Court
Brooklyn Heights, NY 11201
United States

11201183599