

U.S. Department of Justice

United States Attorney
Eastern District of New York

MSA/SDD
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

February 25, 2014

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Agron Hasbajrami v. United States
               Criminal Docket No. 11-623 (S1)(JG)

Dear Judge Gleeson:

      The government is in receipt of the defendant's letter to the Court dated February 12, 2014 requesting a copy of the government's status report regarding his access to electronic discovery, which was posted on ECF earlier today. While our records indicate that a copy of the government's status report was previously mailed to the defendant, the government is mailing a defendant a copy of the government's previously filed report (Dkt. # 64), along with this letter, today by overnight U.S. mail. In addition, the government is following up with the Bureau of Prisons to address the defendant's concerns.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

              By:    /s/Seth D. DuCharme
                      Matthew S. Amatruda
                      Seth D. DuCharme
                      Assistant U.S. Attorneys
                      (718) 254-7012/6021

cc:    Agron Hasbajrami
       65794-053
       FCI Fairton,  P.O. Box 420
       Fairton, NJ 08320