May 26, 2014

U.S. District Court, EDNY
U.S. District Judge
Chambers of John Gleeson
Brooklyn, New York 11201

RECEIVED
JUN - 4 2014
CHAMBERS OF JUDGE GLEESON

Re: Orders Request
Case #: 11-cr-623; 13-cv-6852 (JG)

Dear Judge Gleeson

I would like to request, kindly, a copy of all "ORDERS" that you will order on my cases, from the date that you will receive this letter up to the end of the cases

Also, I would like a copy of orders, that have been ordered from the date I received the last one on April 22, 2014 up to now, to be sent to me by mail.

All of these will help me to be updated with developments on my cases.

I apologize for taking your time in this matter.

Respectfully

Agron Hasbajrami
#65794-053