

U.S. Department of Justice

United States Attorney
Eastern District of New York

SDD
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

July 17, 2014

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Agron Hasbajrami v. United States
                Civil Docket No. 13-6852

             United States v. Agron Hasbajrami
             Crim. Docket No. 11-623 (S1)

Dear Judge Gleeson:

      The government respectfully requests an extension of time, from July 25, 2014 until August 8, 2014, by which to file a response to the defendant/petitioner's motion for discovery in the above-referenced cases. The government seeks this brief extension due to the number and complexity of the issues raised in the motion, as well as the limited availability of one of the assigned Assistant U.S. Attorneys due to trial preparation in another case. I have communicated with counsel for the defendant/petitioner, who consent to this request.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

          By:    /s/Seth D. DuCharme
                  Seth D. DuCharme
                  Matthew S. Amatruda
                  Assistant U.S. Attorneys
                  (718) 254-/6021/7012

cc:    Steve Zissou, Esq.
       Michael Bachrach, Esq.