LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
---------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

September 8, 2014

By ECF

The Hon. John Gleeson  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

>   *Re:  United States v. Agron Hasbajrami,*  
>   *11 Cr. 623 (JG)*  
>   *Agron Hasbajrami v. United States,*  
>   *13 Cv. 6852 (JG)*

Dear Judge Gleeson:

  We represent Defendant Agron Hasbajrami in the above-referenced matter and write to provide notice that a presumptively classified letter was filed with the CIPA Classified Information Security Officer on September 5, 2014.

          Respectfully submitted,

          */S/ Michael K. Bachrach*

          Michael K. Bachrach  
          Steve Zissou  
          *Attorneys for Agron Hasbajrami*

 cc: All parties of record (by ECF)