# Steve Zissou & Associates
### Attorneys at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Office    (718) 279-4500                                    Email: stevezissou@verizon.net
Facsimile (800) 761-0635

**BY ECF**

September 20, 2014

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   *United States v. Agron Hasbajrami*
              Criminal Docket No. 11-cr-623 (JG)
              Civil Docket No. 13-cv-6852 (JG)

Dear Judge Gleeson:

    We write pursuant to the Court's order issued on September 12, 2014, directing counsel to confer with our client and determine if he intends to ask for permission to withdraw his guilty plea in light of resent disclosures made by the government.

    Counsel met with our client, Agron Hasbajrami, along with and Albanian interpreter, one final time on September 18, 2014.  After discussing the matter, Mr. Hasbajrami, against the advice of counsel, has authorized us to advise the Court that he intends to ask to have his plea withdrawn.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Steve Zissou*

Steve Zissou
Michael K. Bachrach
Counsel for Agron Hasbajrami

cc: Seth Ducharme, AUSA