October 6, 2014

Clerk of U.S. District Court
Eastern District of New York
225 Cadman PLZ E.
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 09 2014 ★

BROOKLYN OFFICE

Re: Fee return
Docket: 11-cr-623 (S-1)(JG)

Dear Mr/Mrs

On October 3rd, 2014, Friday, Judge John Gleeson issued an order for "withdrawn of my plea" which leads to the overturn of the conviction.

After I was convicted on January 8, 2013 I was obligated to pay $100 fee to the court which I did it.

Now, due to the new order, I'm kindly asking if you could return the money to my Trust Fund Account in BOP.

Thank you for your understanding and your time

Respectfully
Agron Hasbajrami
65794-053

Metropolitan Detention Center
Ayron Hasbajrami 65794-053
PO Box 329002
Brooklyn, NY 11232

Legal Mail

Clerk of US District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

NEW YORK
NY 100
07 OCT '14
PM 4 L

