

U.S. Department of Justice

United States Attorney
Eastern District of New York

MSA
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

October 29, 2014

By FedEx

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

      Re:    United States v. Agron Hasbajrami
               Criminal Docket No. 11-623 (JG)

Dear Sirs:

      Enclosed please find a CD containing unclassified discovery produced in this matter to date, Bates numbered 1-484. If you have any questions or requests, please do not hesitate to contact us.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/Matthew S. Amatruda
      Matthew Amatruda
      Seth D. DuCharme
      Assistant United States Attorneys
      (718) 254-7012/6021

Enclosure

cc:    Clerk of Court (JG) (by ECF & without enclosures)