UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

AGRON HASBAJRAMI,

        *Defendant*.

11 Cr. 623 (JG)

## NOTICE OF APPEARANCE

To the Clerk of this Court:

Please enter my appearance as counsel in the above-captioned matter on behalf of *amici curiae* American Civil Liberties Union and Electronic Frontier Foundation. I certify that I am admitted to practice in this Court.

Dated: December 5, 2014
      New York, New York

Respectfully submitted,

*/s/ Patrick Toomey*

Patrick Toomey
American Civil Liberties Union
   Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ptoomey@aclu.org