December 23rd, 2014

U.S. District Court
Eastern District of N.Y.
Judge John Gleeson
Brooklyn N.Y. 11201

IN ... ICE
US DISTRICT COURT E.D.N.Y.
★ DEC 2 9 2014 ★
BROOKLYN OFFICE

Re: 11-cr-623 (S-1) (JG)

Dear Judge Gleeson

On April 22nd I was transfered to MDC Brooklyn as status "Writ". Due to your judgement on October 2nd my conviction was overturned. However, in BOP my status still appears as "Writ" which unables me to receive my property (clothes and legal work) from FCI Fairton.

In my meetings with my case manager he informed me that the status "Writ" will not be changed unless you get another conviction or get released. "That's the policy."
Also he advised me to address this issue to you or AUSA, as the only one's for the solution of this problem.

I, kindly, would like to request from your side to issue an order to FCI Fairton to transfer my property to MDC Brooklyn.

This issue is very important for me, due to legal works which exist in my property, which would helped me a lot to study my case in pretrial.

I look farward for your help.
Thank you for your time in this matter.

Respectfully

Agron Hasbajrami
# 65794-053

Metropolitan Detention Center
Byron Hasbajrami 65794-053
PO Box 329002
Brooklyn, NY 11232

Legal Mail

Judge John Gleeson
U.S. District Court
Eastern District of NY
225 Cadman PLZ E.
Brooklyn, NY 11201