January 27th, 2015

U.S. District Court
Eastern District of N.Y.
Honorable Judge John Gleeson
Brooklyn, NY 11201

Re: Information

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB -2 2015 ★
BROOKLYN OFFICE

Dear Judge Gleeson

Attached to this letter you will find a copy of rap sheet that I ordered from DOJ, FBI.

According to the Rap Sheet I have another arrest on September 9, 2011 for the charge 5402. I would like to ask you if I do have a NEW CHARGE or INDICTMENT in this Court or District.

It seems to me to be weird and shocking because base on the docket #4 of 11-cr-623 I was in front of Magistrate Judge Lois Bloom, at the same date, facing the charge 2339 A.

Also, according to BOP**s** records I was picked up from MDC in the morning and was discharged at or around 7:00 PM, after being all day in their costudy (US Marshall).

It was S.A. Andrew Fisher who discharged me to Marshalls only for the 2339A charge and nothing else.

I'll apprecciate your reply and thank you for your time in this matter.

Respectfully

Agron Hasbajrami
65794-053

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                                              ICN ISIS0001000027946457

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                   FBI NO.          DATE REQUESTED
HASBAJRAMI,AGRON                       600131MD4        2014/02/19

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1984/02/17  508     160     BRO   BLK

BIRTH PLACE
ALBANIA

PATTERN CLASS                          CITIZENSHIP
UC UC UC UC UC UC UC UC UC UC          UNITED STATES
UC UC UC UC UC UC UC UC UC UC
           UC UC UC UC UC UC UC UC UC UC

1-ARRESTED OR RECEIVED 2011/09/06
    AGENCY-FBI NEW YORK (NYFBINY00)
    CHARGE 1-2339A - MATERIAL SUPPORT

2-ARRESTED OR RECEIVED 2011/09/09
    AGENCY-FBI-JFK RA-JAMAICA JAMAICA (NYFBIJF00)
    CHARGE 1-5402-TRANSP DANGEROUS MATERIAL

    COURT-
    CHARGE-ATTEMPT TO PROVIDE MATERIAL SUPPORT TO TERRORISTS
    SENTENCE-
    01-08-13 PLED GUILTY SENTENCED 180 MONTHS PRISON,SHALL NOT POSSESS
    A/ARM,AMMO,DANG WEAPON OR DESTRUCTIVE DEVICE $100 ASSESSMENT,ALL
    OPEN COUNTS DISMISSED

PHOTO INFORMATION
1-THREE PHOTOS AVAILABLE
2-TWO PHOTOS AVAILABLE

RECORD UPDATED 2014/02/19

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

Metropolitan Detention Center
Agron Hasbajrami 65794-053
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
29 JAN 2015 PM 9 L

Legal Mail

Judge John Gleeson
U.S. District Court
Eastern District of NY
225 Cadman PLZ. E.
Brooklyn NY 11201