

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

February 23, 2015

By Hand

| | |
|---|---|
| Michael Bachrach | Steve Zissou |
| 276 Fifth Avenue | Steve Zissou & Associates |
| Suite 501 | 42-40 Bell Blvd., Suite 302 |
| New York, NY 10001 | Bayside, NY 11361 |

Re: United States v. Agron Hasbajrami
Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

The government hereby memorializes its disclosure earlier today of classified summaries of classified information S1 and S2.  These summaries were provided under the terms of the Protective Order Regarding Classified Information entered by the Court on March 23, 2012.

If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/Saritha Komatireddy
Saritha Komatireddy
Seth D. DuCharme
Matthew S. Amatruda
Assistant United States Attorneys
(718) 254-6054/6021/7012

cc: Clerk of Court (JG)