

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2015

<u>By FedEx</u>

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

> Re:     United States v. Agron Hasbajrami
>           <u>Criminal Docket No. 11-623 (S-1) (JG)</u>

Dear Sirs:

Enclosed please find duplicates of materials that were previously disclosed in classified discovery on January 6, 2015, and have since been declassified. The materials consist of photographs of the defendant's residence, disk Bates-numbered 1327, and recordings of the defendant, disk Bates-numbered 1328. These materials are provided under the terms of the Protective Order Pertaining to Unclassified Discovery Materials entered by the Court on November 16, 2011 (the "Order"). Pursuant to ¶ 3 of the Order, these materials are SENSITIVE DISCOVERY MATERIALS and must be handled accordingly.

The government also encloses a list of the photographs from the enclosed disk that the government is likely to seek to introduce as evidence in its case-in-chief at trial. To the extent that the government identifies other photographs that it may seek to introduce, the government will identify them for defense counsel as soon as possible. The government intends to introduce each of the enclosed recordings in its case-in-chief at trial.

If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:      /s/Saritha Komatireddy
Seth D. DuCharme
Matthew S. Amatruda
Saritha Komatireddy
Assistant United States Attorneys
(718) 254-6021/7012/6054

Enclosures

cc:    Clerk of Court (JG) (w/o enclosures)

2