**JUROR #** _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        - against -                      No. 11-CR-623 (S-1)(JG)

AGRON HASBAJRAMI,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States District Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

**JURORS ARE INSTRUCTED TO CALL:      1-800-522-5100
ON JULY \_\_, 2015 AFTER 7:00 P.M.
FOR FURTHER REPORTING INSTRUCTIONS**

**JUROR #** _____

## THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE

**Please Print The Following Information:**

Name:

Home Address:

Home Phone:

Mobile Phone:

Job & Department:

Business Address:

Business Phone:

I hereby certify that the following information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.

Date: _____        _____
                              SIGNATURE

JUROR # _____

# JUROR QUESTIONNAIRE
## PRELIMINARY INSTRUCTIONS

You must give true and complete answers to all questions.  Your responses will be kept confidential.  Do not discuss the questions or answers with anyone, including your fellow jurors.

The defendant, Agron Hasbajrami, has been charged with crimes relating to his alleged provision and attempted provision of material support to terrorists, in violation of Title 18, United States Code, Section 2339A(a).  The defendant has pleaded not guilty and is presumed to be innocent of these charges.

Please answer each question by placing a check next to the correct response or by providing the information requested.  Please try to write as legibly as possible.  If you need additional space to answer any question, use the last page of the questionnaire and state the question number.  Please do not write on the back of any page.

Do not discuss the questionnaire or your answers with your fellow jurors or anyone else.

There are no "right" or "wrong" answers; just be completely candid and truthful.

1

**JUROR #** _____

## QUESTIONS

1.   Do you have any difficulty reading or understanding English?

 ❑ Yes  ❑ No

2.   Do you speak, write or understand Albanian and/or Turkish?

 ❑ Yes  ❑ No

3.   Do you have any physical problem (for example, sight or hearing) that would interfere with your ability to serve?

 ❑ Yes  ❑ No

 If <u>yes</u>, please explain:

 _____

 _____

4.   What is your age? _____

5.   Are you:  ❑ Male  ❑ Female

6.   Where were you born? _____

7.   Where were your parents born? _____

8.   Where were you raised? _____

9.   What is your marital status? _____

10.  How many children do you have, if any? _____

 (a) State the age of each child: _____

 (b) Are you the primary caretaker of your child(ren)?

 ❑ Yes  ❑ No

2

**JUROR #** _____

11.   Are you presently a member of any church, synagogue, mosque, temple or other religious organization?  (Do not specify which)

❑ Yes       ❑ No

If so, how often do you attend religious services?  _____

12.   Where do you live?

❑ Brooklyn  ❑ Queens  ❑ Staten Island  ❑ Nassau  ❑ Suffolk

City/Town: _____       Neighborhood (if any):  _____

13.   How many years have you lived at your current address?  _____

14.   Do you live alone or with a spouse, partner/significant other, or roommate?

❑ Alone      ❑ Partner / Significant Other    ❑ Roommate

15.   What other states, cities or neighborhoods have you lived in during the past 10 years?

_____

16.   Name one person (living or dead) who is likely to be known to all of us who you admire over all others.

_____

17.   What is the highest grade that you completed in school? Circle the appropriate answer:

Grade:             1-7   8      9      10    11    12

College:           1 yr.   2 yrs. 3 yrs. 4 yrs.

Vocational/Technical School:   1 yr.   2 yrs. 3 yrs. 4 yrs.

Graduate/Professional School: (Specify: _____)

18.   If you continued your education beyond high school, what was your major area of study? If more than one, please list all.

_____

3

**JUROR #** _____

19.   If you are employed, please answer the following:

    (a)   What <u>type</u> of work do you do and what <u>type</u> of business is it? (<u>Please do not name your employer</u>)

    _____

    (b)   How long have you worked at your present job?

    _____

    (c)   Do you supervise others in your job?

    ❑ Yes    ❑ No

20.   If retired or unemployed, how long have you been unemployed or retired and what type of work had you been doing previously?

_____

21.   Does anyone else in your household work outside the home?  If <u>yes</u>, provide the nature of the relationship (for example, spouse or child) and the <u>type</u> of work he or she does (<u>please do not name any employer</u>):

_____

_____

22.   Have you or any member of your family or close friends worked, volunteered, or applied for a position in any local, state, or federal law enforcement agency, including, but not limited to, the U.S. Attorney's Office, the New York City Police Department, the Federal Bureau of Investigation, or the Joint Terrorism Task Force?

❑ Yes    ❑ No

If <u>yes</u>, please explain:  _____

_____

**JUROR #** _____

Would that interfere with your ability to be fair and impartial in a case of this nature?

❑ Yes        ❑ No

If <u>yes</u>, please explain: _____

_____

23.   Have you ever been a juror?

❑ Yes        ❑ No

If <u>yes</u>, please complete as appropriate:

❑ Civil Case        ❑ Criminal Case

❑ Federal Court        ❑ State Court

❑ Petit Jury        ❑ Grand Jury

Nature of the Case: _____

_____

Did the jury reach a verdict?

❑ Yes        ❑ No

Was there anything about your jury experience that would make it difficult for you to serve again fairly and impartially?

❑ Yes        ❑ No

If <u>yes</u>, please explain: _____

_____

5

**JUROR #** _____

24. Have you, or has a family member or close friend ever been stopped, questioned, investigated, arrested or prosecuted by any law enforcement officer or agency?

    ❏ Yes        ❏ No

    If <u>yes</u>, please explain: _____

    _____

25. Have you, or has a family member or close friend ever been a party, appeared as a witness, or otherwise been involved in any trial or court proceeding?

    ❏ Yes        ❏ No

    If <u>yes</u>, please explain: _____

    _____

26. Have you, or has any family member or close friend ever been a victim of a crime or appeared as a witness or a complainant in any criminal case or investigation, under state or federal law?

    ❏ Yes        ❏ No

    If <u>yes</u>, please explain: _____

    _____

27. Have you, or has any family member or close friend ever worked in any aspect of the legal field as a lawyer, legal secretary, paralegal, investigator, law clerk, judge or other court employee?

    ❏ Yes        ❏ No

    If <u>yes</u>, please explain: _____

    _____

6

**JUROR #** _____

28. Have you, or has any family member ever served in the military (including the National Guard and/or military reserves)?

    ❑ Yes        ❑ No

    If <u>yes</u>, please explain: _____

    _____

    Were you or those individuals stationed in Albania, Turkey, Afghanistan, Iraq, Pakistan, or in the areas around Afghanistan and Pakistan?

    ❑ Yes        ❑ No

    Has any family member or close friend been injured or killed while serving in combat or a militarized zone:

    ❑ Yes        ❑ No

    If <u>yes</u>, please explain: _____

    _____

29. Do you know anyone who now, or in the past, has ever resided in Albania, Turkey, Afghanistan, Pakistan or in the areas around Afghanistan and Pakistan?

    ❑ Yes        ❑ No

    If <u>yes</u>, please explain: _____

    _____

30. Have you ever worked in or traveled to Albania, Turkey, Afghanistan or Pakistan?

    ❑ Yes        ❑ No

31. List any news sources (newspapers, radio shows, magazines, websites, or web blogs) that you read, watch or listen to regularly:

    _____

    _____

**JUROR #** _____

32.    What social media do you use on a regular basis?

_____

_____

33.    What are your hobbies/interests?  What do you like to do in your spare time?

_____

_____

34.    Do you know, or are you familiar with, any of the attorneys or their staff working on this case?  (Please circle anyone you are familiar with)

Seth DuCharme                    Steve Zissou
Saritha Komatireddy              Michael Bachrach
Peter Baldwin                    Joshua Dratel
Michael Pereless                 Hanna Antonnson

If you indicated that you know, or are familiar with, anyone above, please explain:

_____

_____

35.    The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, decides his guilt has been proven beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  The defendant has no burden of proof at all.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If no, please explain:  _____

_____

8

**JUROR #** _____

36.     Under our system of law, the facts are for the jury to determine and the law is for the court.  These two areas are separate and distinct.  At the end of the case the court will instruct you on the law.  You are required to accept the law as the Court explains it to you.  It will be your job to determine the facts under the Court's explanation of the law.  Would you be willing and able to apply the law as the Court explains it to you?

❏ Yes          ❏ No

If <u>no</u>, please explain: _____

_____

37.     The law provides that only the evidence produced here in court may be considered by you to determine the guilt or innocence of the defendant.  Would you accept and follow that law?

❏ Yes          ❏ No

If <u>no</u>, please explain: _____

_____

38.     Under the law, a defendant need not testify or offer any evidence on his or her behalf.  If a defendant chooses not to testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant has been proven guilty.

Will you accept and apply these rules of law?

❏ Yes          ❏ No

If <u>no</u>, please explain: _____

_____

9

**JUROR #** _____

39.    Several witnesses in this case will be law enforcement officers.  Such a witness's testimony is not to be given any more or less credence than any other witness's testimony simply because that witness is a law enforcement officer.

Will you accept and apply this rule of law?

❏ Yes         ❏ No

If <u>no</u>, please explain:  _____

_____

Would you be inclined to believe a witness either more or less solely by reason of the witness being a federal agent, or police or law enforcement officer?

❏ Yes         ❏ No

If <u>yes</u>, please explain:  _____

_____

40.    The evidence in this case may include information provided or obtained by an individual or individuals testifying for the government in exchange for benefits, such as a reduced sentence on a crime that the individual has admitted to committing.  Although the testimony of these witnesses must be examined with great care, it is entirely appropriate for the government to call them to testify.

Do you have any beliefs or opinions that would affect your ability to evaluate such testimony from such witnesses fairly and impartially?

❏ Yes         ❏ No

If <u>yes</u>, please explain:  _____

_____

10

**JUROR #** _____

41.  The evidence in this case may include audio recordings of private conversations made without knowledge of the participants.  For such evidence to be admissible, the Court will have ruled that the evidence was lawfully obtained and may therefore be presented at trial.

Do you have any feelings about the government's ability to intercept private communications that might affect your ability to consider such evidence fairly?

❑ Yes       ❑ No

If <u>yes</u>, please explain:  _____

_____

42.  A defendant is not required to call any witnesses, produce any evidence, and/or take the stand.  If the defendant elects not to take the stand, you may draw no unfavorable inferences of any kind from the fact that he has not done so.  That may not enter into your decision in any way. Will you accept and follow that instruction?

❑ Yes       ❑ No

If <u>no</u>, please explain:  _____

_____

43.  The law does not permit a conviction in a case where a person is induced or persuaded by law enforcement officers or their agents to commit a crime that he was not otherwise ready and willing to commit.  This is called "entrapment."  If you were to hear evidence that the defendant committed one or more of the crimes charged, but did so after he was induced or persuaded by law enforcement officers or their agents to commit a crime that he was not otherwise ready and willing to commit, is there anything that would prevent you from returning a verdict of not guilty?

❑ Yes       ❑ No

If <u>yes</u>, please explain:  _____

_____

11

**JUROR #** _____

44.  Does the nature of the charges themselves cause you to doubt your ability to be fair and impartial as a juror in this case?

❏ Yes     ❏ No

If <u>yes</u>, please explain: _____

_____

45.  Do you have any religious, philosophical or other beliefs that might make you unable to render a guilty verdict even if the evidence established the defendant's guilt beyond a reasonable doubt?

❏ Yes     ❏ No

If <u>yes</u>, please explain: _____

_____

46.  Do you have any personal experiences arising from any local, national or international act or attempted act of terrorism that might interfere with your ability to be fair and impartial in a case of this nature?

❏ Yes     ❏ No

If <u>yes</u>, please explain: _____

_____

47.  Have you, or has a family member or close friend been the victim of terrorism, either in the United States or abroad?

❏ Yes     ❏ No

If <u>yes</u>, please explain: _____

_____

**JUROR #** _____

48.     Do you have negative feelings about people who practice the Muslim religion that would interfere with your ability to be fair and impartial in a case of this nature?

❑ Yes          ❑ No

If <u>yes</u>, please explain:  _____

_____

49.     Is there anything about a case in which the defendant, a Muslim, is alleged to have attempted to support Islamic fundamentalist terrorism operations, or that he attempted to join a jihadist fighting group, that would interfere with your ability to be fair and impartial in a case of this nature?

❑ Yes          ❑ No

If <u>yes</u>, please explain:  _____

_____

50.     On a scale of 1 – 5, how afraid are you that you, a family member, or anyone you are close to, will be injured or killed in a terrorist attack?  (1 = not afraid; 5 = very afraid)

Please select a number from 1 – 5: _____

51.     Do you believe that Islam supports violence to a greater extent than other religions?

❑ Yes          ❑ No

If <u>yes</u>, please explain:  _____

_____

**JUROR #** _____

52. Do you have any bias or strong feelings for or against the United States government, the United States Attorney's Office, any federal or state law enforcement agency or people who work for the government?

❑ Yes        ❑ No

If <u>yes</u>, please explain: _____

_____

53. Do you have any bias or strong feeling against the defendant in a criminal case, criminal defense attorneys or people who work in criminal defense?

❑ Yes        ❑ No

If <u>yes</u>, please explain: _____

_____

54. Have you read any articles or seen any news programs regarding this case or any of the parties (<u>i.e.</u>, the defendant or the lawyers)?

❑ Yes        ❑ No

If <u>yes</u>, please explain: _____

_____

_____

55. This trial may receive media attention. Will you be able to follow the Court's instructions that you are not to watch television, go on the internet, and/or listen to or watch any media coverage regarding this case and that the only information you are permitted to consider is that which is presented in court?

❑ Yes        ❑ No

If <u>no</u>, please explain: _____

_____

14

**JUROR #** _____

56.    In your opinion, is there anything about this case, the issues, and/or the people involved in this case that might hinder you, <u>even slightly</u>, from being an impartial juror?

❏ Yes      ❏ No

If <u>yes</u>, please explain: _____

_____

_____

_____

_____

57.    <u>Your Schedule</u>:  After filing out this questionnaire, certain jurors will return on July __, 2015 to complete jury selection.  Those who are selected as jurors on that date will return on Monday, July 13, 2015, when the trial will begin.  The trial will be over by Friday, July 25, 2015.

Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.

Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?

     ❏ Yes      ❏ No

If <u>yes</u>, briefly explain the hardship:

_____

_____

_____

_____

_____

15