1

1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

2
- - - - - - - - - - - - - - X

| 3  UNITED STATES OF AMERICA, | : | 11-CR-623 |
|---|---|---|
| 4 | : | (JG) |
| | : | |
| 5        -against- | : | |
| | : | |
| 6 | : | United States Courthouse |
| | : | Brooklyn, New York |
| 7 | : | |
| 8  AGRON HASBAJRAMI, | : | Monday, March 2, 2015 |
| | : | 3:30 p.m. |
| 9        DEFENDANT. | : | |
| | : | |

- - - - - - - - - - - - - - X

10

11    TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
       BEFORE THE HONORABLE JOHN GLEESON
       UNITED STATES DISTRICT COURT JUDGE

12

13              A P P E A R A N C E S:

| For the Government: | LORETTA E. LYNCH, ESQ.<br>United States Attorney<br>BY: **SETH D. DUCHARME, ESQ.**<br>    **SARITHA KOMATIREDDY, ESQ.**<br>    Assistant United States Attorneys |
|---|---|

| For the Defendant<br>Agron Hasbajrami: | BY: **STEVE ZISSOU, ESQ.**<br>    **MICHAEL K. BACHRACH, ESQ.** |
|---|---|

| Also Present: | **DANYA ATIYEH**,<br>Department of Justice |
|---|---|
| | ALBANIAN TOSK LANGUAGE INTERPRETING<br>BY:  **UK LUSHI** |

Courtroom Deputy: **Ilene Lee**

Court Reporter:  **Mary Agnes Drury, RPR**
             Telephone: (718) 613-2615
             E-mail:  Mad78910@yahoo.com

Proceedings recorded by computerized stenography.  Transcript produced by Computer-aided Transcription.

```
                        PROCEEDINGS                    2
```

 1          (In open court.)

 2          (Defendant present in open court.)

 3          COURTROOM DEPUTY:  All rise, the United States

 4   District Court for the Eastern District of New York is now

 5   in session, the Honorable John Gleeson is now presiding.

 6          (Honorable John Gleeson takes the bench.)

 7          COURTROOM DEPUTY:  Calling Criminal Cause for

 8   Status Conference in Docket No. 11-CR-623, *United States of*

 9   *America against Agron Hasbajrami.*                         03:47

10          THE COURT:  Will counsel please state their          03:47

11   appearances for the record, please.                        03:47

12          MR. DuCHARME:  For the United States, Seth           03:47

13   DuCharme, and I'm joined by Saritha Komatireddy and Danya   03:47

14   Atiyeh from the National Security Division.  Good afternoon, 03:48

15   your Honor.                                                 03:48

16          MR. ZISSOU:  Steve Zissou and Michael Bachrach for   03:48

17   Mr. Hasbajrami.                                             03:48

18          THE COURT:  Good afternoon.  Please swear            03:48

19   interpreter in.                                             03:48

20          (Interpreter was sworn in.)                          03:48

21          THE COURT:  Okay.  I put this on because I have      03:48

22   denied the motion to suppress and in the docket entry doing 03:48

23   so gave you some food for thought.  I thought I'd touch base 03:48

24   with you on your thoughts about how we're going to proceed. 03:48

25          We've obviously got a little bit of business left    03:48

```
                          PROCEEDINGS                    3
```

| | |
|---|---|
| 1 | to transact in connection with the CIPA Section 4, and then | 03:48 |
| 2 | we have either a trial date or a disposition. | 03:48 |
| 3 | It's an unusually postured case.  Obviously, the | 03:48 |
| 4 | defendant pled guilty and was sentenced, but the case was | 03:49 |
| 5 | exhumed as far as the proceedings by me were concerned.  Now | 03:49 |
| 6 | we've gotten a resolution and I wonder what you think, | 03:49 |
| 7 | that's why I asked you.  Maybe you can share that with me. | 03:49 |
| 8 | MR. ZISSOU:  Well, Judge, I'm happy to go first. | 03:49 |
| 9 | Obviously as you know, it was our publicly-filed | 03:49 |
| 10 | recommendation that Mr. Hasbajrami not proceed with the | 03:49 |
| 11 | underlying motion.  So it makes sense, obviously -- it's | 03:49 |
| 12 | obvious that our view is we would embrace your Honor's | 03:49 |
| 13 | suggestion.  We think it's a fair one, to be sure, and I'd | 03:49 |
| 14 | certainly recommended it to him. | 03:49 |
| 15 | We have just commenced that discussion with him. | 03:49 |
| 16 | We met with him on Friday at length.  Obviously, as you | 03:49 |
| 17 | know, it takes a little time to wrap your head around it | 03:49 |
| 18 | when you're in the position that he is in, so I know that he | 03:49 |
| 19 | still has some questions about it, but just as counsel, we | 03:49 |
| 20 | think that it was a reasonable and prudent one that the | 03:50 |
| 21 | Court suggested.  We think it's fair, and our recommendation | 03:50 |
| 22 | is for him to accept it.  And we would encourage the | 03:50 |
| 23 | government to make it available. | 03:50 |
| 24 | THE COURT:  Yeah, I'm not a position to make that | 03:50 |
| 25 | course available.  So why don't we hear from the people who | 03:50 |

PROCEEDINGS                    4

1  are.                                                          03:50

2          MR. DuCHARME:  Sure.  Your Honor, in short, we       03:50

3  don't have a final position yet with respect to the -- what   03:50

4  a plea offer might be at this juncture in the case.           03:50

5  Mr. Zissou and I have spoken about it conceptually,           03:50

6  certainly.  The issue has been raised both in our office and  03:50

7  with the National Security Division.                          03:50

8          I think, you know, to the extent that we're going    03:50

9  to make another plea offer, I think we can make that          03:50

10  relatively soon, we have a decision maybe in the next couple  03:50

11  of weeks, to see whether or not it makes sense to proceed to  03:50

12  trial or not.                                                 03:50

13          Having been down this road before, I'm reluctant     03:50

14  to be optimistic about the fact that the case could be        03:50

15  resolved by plea, and so we are certainly preparing to        03:51

16  proceed to trial with that possible eventuality.              03:51

17          But maybe it makes sense, Judge, to -- if you'd      03:51

18  like, either we can set a date by which we can communicate    03:51

19  to the Court whether a plea offer has been extended or we     03:51

20  can come back before you and give you an update or whatever   03:51

21  your preference.                                              03:51

22          THE COURT:  There is no need to schlep back in,      03:51

23  just let me know.  In the meantime, I'm going to assume that  03:51

24  we're going forward.  And what can you tell me in terms of    03:51

25  what can reasonably be expected.  If you try this case, are   03:51

PROCEEDINGS                                    5

1   there going to be any applications under Rule 15 for          03:51

2   example?                                                      03:51

3            MR. DuCHARME:  No.                                   03:51

4            MR. ZISSOU:  I don't anticipate that either,         03:51

5   Judge.                                                        03:51

6            THE COURT:  All right.                               03:51

7            MR. ZISSOU:  There is -- we should share with you    03:51

8   -- I'm sorry, was your Honor finished?                        03:51

9            THE COURT:  No, go ahead.                            03:51

10           MR. ZISSOU:  There has been some recent classified   03:51

11  disclosure that is of a quality that I won't describe out of  03:52

12  the CIPA section, but that is of a quality materially         03:52

13  different than what we had prior to the last time we          03:52

14  litigated the case before your Honor, before the guilty      03:52

15  plea.  That material is not in a format that either          03:52

16  Mr. Bachrach or I could understand, and will result in our   03:52

17  need for at least two additional cleared personnel who could 03:52

18  explain what's on it to us.                                   03:52

19           Frankly, we don't even -- we can't appreciate the    03:52

20  scope of it.  One of the things we've done is asked one of   03:52

21  the attorneys for the government for them to consider         03:52

22  allowing us to discuss it with our client, because in the    03:52

23  absence of that, it would -- I think it would put a          03:53

24  difficult -- it would make it difficult for us, I should     03:53

25  say, to adequately prepare, so -- there are some new things  03:53

PROCEEDINGS                                    6

1    going on.  At the same time, I'm not unmindful of the fact          03:53

2    that the case has gotten whiskers on it, as your Honor             03:53

3    pointed out the last time.                                         03:53

4         We're not a position to say to you, here is what              03:53

5    we're going to produce.  This is a lot of new material that        03:53

6    is directly related to the client, it's not far afield, it's       03:53

7    close.  So we have a funding order before the Court that           03:53

8    your Honor is considering, we'll have to add to that.  We've       03:53

9    invited Mr. Dratel who you know is present in court today,         03:53

10   he assisted on the submissions.  We invited him to be              03:53

11   present in the event that your Honor was inclined to have a        03:53

12   shorter trial schedule or if you were going to set a trial         03:54

13   schedule for today.                                                03:54

14        Obviously, we can comply with whatever direction              03:54

15   your Honor sets.  We would need the support, obviously.  So        03:54

16   I guess what my suggestion is, rather than you fixing a            03:54

17   trial date, it might be better if your Honor fixed a further       03:54

18   status conference.  Hopefully, by then.  We've worked out          03:54

19   the discovery issues.  And if not, we can bring it to your         03:54

20   Honor's attention for your own resolution.                         03:54

21        THE COURT:  When was the funding order filed or a             03:54

22   request for a funding order?                                       03:54

23        MR. BACHRACH:  Approximately two weeks ago, your              03:54

24   Honor.  I would have to double check.                              03:54

25        MR. ZISSOU:  It was actually a sealed file.                   03:54

```
                        PROCEEDINGS                    7
```

|   |   |   |
|---|---|---|
| 1 | THE COURT:  It doesn't ring a bell with me.  Have | 03:54 |
| 2 | you seen it? | 03:54 |
| 3 | LAW CLERK:  I'm not sure. | 03:54 |
| 4 | THE COURT:  I'm sure there are some judges for | 03:54 |
| 5 | whom what you just said is acceptable, but it's too opaque | 03:54 |
| 6 | for me.  Is it a funding request? | 03:54 |
| 7 | MR. ZISSOU:  Yes, funding interpreters and the | 03:55 |
| 8 | like, paralegal. | 03:55 |
| 9 | THE COURT:  We'll find it and take a look at it. | 03:55 |
| 10 | MR. ZISSOU:  Depending on what your Honor decides | 03:55 |
| 11 | today, we'll probably have to supplement it depending on, | 03:55 |
| 12 | again, the schedule your Honor so suggests. | 03:55 |
| 13 | My own preference would be, since I think your | 03:55 |
| 14 | Honor's suggestion was a fair one, and I think under all the | 03:55 |
| 15 | circumstances it's appropriate, we've made our reasons why | 03:55 |
| 16 | clear to the attorney for the government, it would seem to | 03:55 |
| 17 | me it would be prudent to allow the parties a sufficient | 03:55 |
| 18 | opportunity to resolve that, before you fix a trial date. | 03:55 |
| 19 | But again, as your Honor knows, we'll comply with whatever | 03:55 |
| 20 | directive we have. | 03:55 |
| 21 | THE COURT:  Right.  Okay.  I think we are going to | 03:55 |
| 22 | we need to plan.  How long is this trial going to take, if | 03:55 |
| 23 | you have to try it? | 03:55 |
| 24 | MR. DuCHARME:  A week to two weeks from start to | 03:55 |
| 25 | finish, Judge. | 03:55 |

PROCEEDINGS                              8

1      THE COURT:  Yeah, I think we ought to pick a date        03:55

2  so we can all plan around it and have it sufficiently far    03:56

3  out so that we leave enough room to take care of what we've  03:56

4  got to take care of in the meantime.                         03:56

5      Ilene, what are the jury return dates in the month       03:56

6  of July?                                                     03:56

7      COURTROOM DEPUTY:  July 13th and the 27th.               03:56

8      THE COURT:  And prior to the 13th, in June?             03:56

9      COURTROOM DEPUTY:  June 29th.                            03:56

10      MR. ZISSOU:  Does September catch your eye, Judge?      03:56

11      THE COURT:  No, it doesn't.  So let's -- why don't      03:56

12  we plan around June 29th.                                    03:56

13      MR. ZISSOU:  I'm not sure I can accommodate that,       03:56

14  Judge.  I have a trial that's -- could I just have a moment, 03:56

15  your Honor?                                                  03:56

16      THE COURT:  Sure.                                       03:56

17      (Pause.)                                                03:56

18      MR. ZISSOU:  Oh, I'm sorry, Judge, I beg your           03:57

19  pardon.  I had something with Judge Johnson and that was    03:57

20  rescheduled to September, so I'm glad that didn't adopt      03:57

21  September.  July 27th would be --                           03:57

22      THE COURT:  It would be two days earlier, I think       03:57

23  then.                                                        03:57

24      MR. ZISSOU:  We're talking about July?                  03:57

25      THE COURT:  No, I was talking about June,               03:57

```
                        PROCEEDINGS              9
```

1   June 29th.                                                          03:57

2           MR. ZISSOU:  July 27th?                                     03:57

3           THE COURT:  No.  June.                                      03:58

4           MR. ZISSOU:  No.  I'm saying the other "J" month.           03:58

5           THE COURT:  No, I'm going to be out the last week           03:58

6   of July, most of that week.  So let's get the case tried.          03:58

7   It's been around forever, if it survives this potential            03:58

8   resolution and condition.  Obviously, the impetus for that         03:58

9   suggestion is fair is fair, belated disclosure of the              03:58

10  Rule 702 or the Section 702 surveillance gave them a shot.         03:58

11  I'll get an opinion, it doesn't matter too much what I             03:58

12  write, sort of get it up to the Court of Appeals, it seems         03:58

13  to me.                                                             03:58

14          MR. DuCHARME:  Judge, with respect to the                  03:58

15  June 29th trial date, if that is the trial, it likely won't        03:58

16  be me, but we have many able bodied prosecutors in our             03:58

17  office, so that should not be determinative.  I wanted to          03:58

18  apprise the Court.                                                 03:58

19          THE COURT:  It's not, but I'm curious, what date           03:58

20  might be set that results in it being you?                         03:59

21          MR. DuCHARME:  Well, I think you said the other            03:59

22  return dates were July 13th and July 27th?                         03:59

23          THE COURT:  Yes.                                           03:59

24          MR. DuCHARME:  The 13th or the 27th, it could be           03:59

25  me.                                                                03:59

PROCEEDINGS                    10

1          THE COURT:  Could we get the case in before the          03:59

2     end of the -- could we get the case in within two weeks?     03:59

3          MR. DuCHARME:  Yes, your Honor.  I think the            03:59

4     government's case will be five days at most.                 03:59

5          THE COURT:  You wanted it in July, right?               03:59

6          MR. ZISSOU:  I did, Judge.  I'm just thinking of        03:59

7     dates that pop into my head.  Would your Honor -- could we   03:59

8     invite Mr. Rucker up here to get his input as to -- we're    03:59

9     going to need a Turkish-cleared interpreter and an           03:59

10     Albanian-cleared interpreter.                                03:59

11          THE COURT:  You can talk to him about that.  If        03:59

12     you've got a problem, you can bring it to my attention.      03:59

13          MR. ZISSOU:  Will do.                                   03:59

14          THE COURT:  All right.  Let's go July 13th.  It        03:59

15     gives you half a loaf and it gets us Mr. DuCharme, it's a    03:59

16     win-win.                                                     04:00

17          MR. ZISSOU:  I would not want to proceed without       04:00

18     him.                                                         04:00

19          MR. DuCHARME:  Thanks, Judge.                           04:00

20          THE COURT:  What else?  What's in my court?            04:00

21     Obviously I owe you an opinion, but you'll get that in due   04:00

22     course.  What's in my court?                                 04:00

23          MR. DuCHARME:  I think we're just resolving the        04:00

24     CIPA issues, your Honor.                                     04:00

25          THE COURT:  How are we doing on that?                  04:00

```
                      PROCEEDINGS                    11
```

1      MR. DuCHARME:  We're making progress, your Honor,      04:00

2  that's all I can say publicly.      04:00

3      THE COURT:  Can you give me a timeframe hint?      04:00

4      MS. KOMATIREDDY:  We'll make the timeframe that      04:00

5  you suggested, your Honor.      04:00

6      THE COURT:  Remind me what that was.      04:00

7      MR. DuCHARME:  That was 30 days, right?      04:00

8      MS. KOMATIREDDY:  March 12th.      04:00

9      THE COURT:  Got it.  Okay.  What other motions?      04:00

10  There are some motions that have not been decided that are      04:00

11  just stuff out there, 3500.  Is there anything you really      04:00

12  want to bring to my attention now?      04:00

13      MR. ZISSOU:  Not at the moment, Judge, but we're      04:00

14  certainly going to go over the new material and if something      04:00

15  comes up, we'll certainly bring it to your Honor's      04:00

16  attention.      04:00

17      THE COURT:  Okay.      04:01

18      MR. ZISSOU:  Did you want to pick a status      04:01

19  conference for various reasons?      04:01

20      THE COURT:  Yeah, I don't know, what did you think      04:01

21  makes sense?      04:01

22      MR. ZISSOU:  I'm thinking probably a month, if      04:01

23  there are CIPA issues they are classified or clearance      04:01

24  issues, we'll have it resolved by then.      04:01

25      THE COURT:  Okay.  Ilene, and forgive me, I      04:01

PROCEEDINGS                          12

1    haven't seen this order, I'm sure it's hanging around          04:01

2    somewhere, if we can't find it, we'll call you.               04:01

3              COURTROOM DEPUTY:  April 9th at 2:00.                04:01

4              THE COURT:  All right?                               04:01

5              MR. ZISSOU:  That's fine, Judge.  Thank you.         04:01

6              THE COURT:  Has this case been declared complex?     04:01

7              MR. ZISSOU:  Many times.                            04:01

8              THE COURT:  I'll declare it again a complex case     04:01

9    for speedy trial purposes.                                    04:01

10             MR. ZISSOU:  I join in the request.                  04:01

11             THE COURT:  Does that bring us to the conclusion     04:01

12   of these proceedings?                                         04:01

13             MR. DuCHARME:  I think it does, your Honor.          04:02

14             THE COURT:  Always a pleasure to see you all.        04:02

15             (Proceedings adjourned at 4:02 p.m.)                04:02

16                                                                 04:02

17                          * * * * *                               04:02

18                                                                 04:02

19

20

21

22

23

24

25