LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 B R O A D W A Y

Suite 1412

NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707

FACSIMILE (212) 571-3792

E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                         STEVEN WRIGHT
                                                        *Office Manager*
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

June 19, 2015

**BY ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Hasbajrami,*
       11 Cr. 623 (JG)

Dear Judge Gleeson:

This letter is in regard to the Jury Questionnaire (Docket #130) issued by the Court Tuesday, June 16, 2015, and submitted on behalf of defendant Agron Hasbajrami, whom I, along Steve Zissou, Esq. and Michael K. Bachrach, Esq., represent in the above-entitled case.  Mr. Hasbajrami objects to the deletion of the questions he proposed that were in the parties' Joint Proposed Jury Questionnaire (Docket #124), particularly those that sought information regarding potential anit-Muslim bias.

Respectfully Submitted,

Joshua L. Dratel

JLD/
cc:    Seth D. DuCharme
       Peter W. Baldwin
       Assistant United States Attorneys