

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 22, 2015

<u>By ECF and Email</u>

Michael Bachrach, Esq.　　　　　　　　　Steve Zissou, Esq.
267 Fifth Avenue, Suite 501　　　　　　　42049 Bell Blvd., Suite 302
New York, New York 10001　　　　　　　Bayside, New York 11361

Joshua L. Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006

　　　　　　　Re:　United States v. Agron Hasbajrami
　　　　　　　　　　<u>Criminal Docket No. 11-623 (S-1) (JG)</u>

Dear Counsel:

　　　　Enclosed please find verbatim translations of emails that were previously produced to you along with English-language summaries. For your convenience, the verbatim translations reference the Bates numbers of the previously-produced emails. These materials are provided under the terms of the Protective Order Pertaining to Unclassified Discovery Materials entered by the Court on November 16, 2011 (the "Order"). Pursuant to ¶ 3 of the Order, the enclosed materials are SENSITIVE DISCOVERY MATERIALS and must be handled accordingly.

　　　　If you have any questions or requests, please do not hesitate to contact us.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　KELLY T. CURRIE
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　Seth D. DuCharme
　　　　　　　　　　　　　　　　Saritha Komatireddy
　　　　　　　　　　　　　　　　Peter W. Baldwin
　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

cc:　Clerk of Court (JG) (by ECF) (without enclosure)

1