UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA          :          11 Cr. 623 (JG)

     - against -                          :          **NOTICE OF MOTION IN SUPPORT
                                                             OF DEFENDANT AGRON**

AGRON HASBAJRAMI,                 :          **HASBAJRAMI'S MOTION TO
                                                             PRECLUDE EXPERT TESTIMONY**

                    Defendant.    :

------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq.,

and all prior papers and proceedings herein, the defendant, AGRON HASBAJRAMI, will move

before the Honorable John Gleeson, United States District Judge for the Eastern District of New

York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York,

at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, to

preclude or limit the proposed testimony of Evan Kohlmann, a proposed government expert,

pursuant to the gate keeping requirements in *Daubert v. Merrell Dow Pharmaceuticals*, Rules

702, 703. 401, 402, and 403, of the Federal Rules of Evidence; and the Sixth Amendment's

Confrontation Clause; and, for any such other and further relief as to the Court seems just and

proper.

Dated:   New York, New York
          23 June 2015

                                  /S/ Joshua L. Dratel
                                 JOSHUA L. DRATEL
                                 JOSHUA L. DRATEL, P.C.
                                 29 Broadway, Suite 1412
                                 New York, New York 10006
                                 (212) 732-0707

                                 MICHAEL BACHRACH

276 Fifth Avenue
Suite 501
New York, NY 10001

STEVE ZISSOU
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361
*Attorneys for Defendant Agron Hasbajrami*

To:     THE HON. JOHN GLEESON

        UNITED STATES ATTORNEY
        EASTERN DISTRICT OF NEW YORK