1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )   CR. NO. 005-53
                               )
     vs.                       )
                               )
AHMED OMAR ABU ALI,            )
                               )
              Defendant.       )
                               )


MOTIONS HEARING

October 28, 2005



BEFORE:    THE HONORABLE GERALD BRUCE LEE
           UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT: OFFICE OF THE UNITED STATES ATTORNEY
                    BY:  DAVID LAUFMAN, ESQ.
                         STEPHEN CAMPBELL, ESQ.
                         ROBERT SPENCER, ESQ.
                         JERRY DEMAIO, ESQ.
                    2100 Jamieson Ave.
                    Alexandria, Virginia  22314


FOR THE DEFENDANT: THE NUBANI LAW FIRM
                   BY: ASHRAF NUBANI, ESQ.

2

```
         1              (Thereupon, the following was heard in open
12:32:09 2    court at 12:17 p.m.)
12:32:09 3              THE CLERK:  Criminal action 05-53, United
12:32:12 4    States of America versus Mr. Abu Ali.  Are counsel
12:32:14 5    present and ready, please.
12:32:16 6              MR. LAUFMAN:  Good afternoon, Your Honor.
12:32:20 7    David Laufman for the United States with assistant
12:32:22 8    United States Attorney Steve Campbell, Rob Spencer,
12:32:25 9    Department of Justice trial attorney Jerry DeMaio and
12:32:29 10   special United States Attorney Marla Tusk.
12:32:31 11             THE COURT:  Good afternoon.
12:32:33 12             MR. NUBANI:  Good afternoon, Judge.  Ashraf
12:32:36 13   Nubani for Mr. Abu Ali who has waived his presence here
12:32:39 14   with permission of the Court.
12:32:40 15             THE COURT:  Good afternoon, Mr. Nubani.
12:32:41 16   I've read your motion and I want to be clear on the
12:32:48 17   issue that's presented.
12:32:55 18             My first question is, is the existence of
12:33:01 19   al-Qaeda an issue in this case, a contested issue from
12:33:04 20   the defense?
12:33:09 21             MR. NUBANI:  That -- that -- that there's an
12:33:12 22   organization called al-Qaeda?
12:33:16 23             THE COURT:  No, that there's a terrorist
12:33:19 24   organization called al-Qaeda.  It seems to me that some
12:33:22 25   of these issues ought to be stipulated to.  But if you
```

3

| | | |
|---|---|---|
| 12:33:24 | 1 | want to have a contest of whether al-Qaeda is a foreign |
| 12:33:27 | 2 | terrorist organization, I guess the government would |
| 12:33:29 | 3 | have to offer some evidence, wouldn't they? |
| 12:33:31 | 4 | MR. NUBANI:  Judge, we're willing to |
| 12:33:33 | 5 | stipulate to certain issues.  I didn't mention it in my |
| 12:33:35 | 6 | motion, but we certainly are willing to do that. |
| 12:33:37 | 7 | THE COURT:  Tell me what you're willing |
| 12:33:39 | 8 | to -- I'm trying to figure out what's at issue.  And the |
| 12:33:41 | 9 | government says they want to offer a witness concerning |
| 12:33:43 | 10 | the history and structure of al-Qaeda. |
| 12:33:45 | 11 | It seems to me that would be irrelevant if |
| 12:33:48 | 12 | everybody stipulates al-Qaeda is a designated terrorist |
| 12:33:54 | 13 | organization. |
| 12:33:54 | 14 | MR. NUBANI:  We would stipulate al-Qaeda is |
| 12:33:57 | 15 | a designated foreign terrorist organization. |
| 12:34:00 | 16 | THE COURT:  And is there a contest about a |
| 12:34:03 | 17 | terrorist cell called al-Faq'asi and the Sultan Jubran |
| 12:34:12 | 18 | cell?  Is there a contest that those were not al-Qaeda |
| 12:34:16 | 19 | cells from your side? |
| 12:34:18 | 20 | MR. NUBANI:  Judge, well, I think that there |
| 12:34:20 | 21 | is some question about that.  And I -- and I'll give the |
| 12:34:25 | 22 | reasons and I think through the Saudi witnesses, it |
| 12:34:30 | 23 | depends on how you -- how you interpret al-Qaeda. |
| 12:34:34 | 24 | Since September 11th, there have been |
| 12:34:37 | 25 | al-Qaeda affiliated organizations throughout the Muslim |

4

| | | |
|---|---|---|
| 12:34:41 | 1 | world that have been created in the last four years. |
| 12:34:44 | 2 | And, their affiliation may be those who |
| 12:34:48 | 3 | actually give what is known as bayat (phonetic), which |
| 12:34:50 | 4 | is to give allegiance to Osama bin Laden and his |
| 12:34:54 | 5 | cohorts. |
| 12:34:55 | 6 | And there are people who have nothing to do |
| 12:34:57 | 7 | with them but espouse the same methods and means to |
| 12:35:02 | 8 | either reaching power if that's the case or in terms of |
| 12:35:09 | 9 | disrupting what they view as western interests in their |
| 12:35:15 | 10 | perspective countries. |
| 12:35:17 | 11 | So, whether the al-Faq'asi cell is, you |
| 12:35:21 | 12 | know, one that has given allegiance to bin Ladin or not, |
| 12:35:29 | 13 | we would even be willing to sit down with the government |
| 12:35:31 | 14 | after hearing what the government has to say and maybe |
| 12:35:33 | 15 | stipulate to some of those issues. |
| 12:35:34 | 16 | I'm not prepared to do that now, but we |
| 12:35:37 | 17 | certainly would be prepared to do that in order to |
| 12:35:41 | 18 | limit -- to either -- to exclude the testimony of -- the |
| 12:35:44 | 19 | proposed testimony of Mr. Kohlmann or at least limit it |
| 12:35:47 | 20 | so that we can get beyond those issues and then get to |
| 12:35:50 | 21 | the heart of the issue. |
| 12:35:52 | 22 | I do also want to just -- on that issue, as |
| 12:35:56 | 23 | I alluded to, indicated in the motion, that the Saudi -- |
| 12:36:02 | 24 | the Saudi foreign witnesses have already testified to |
| 12:36:07 | 25 | that issue in particular. |

Case 4:05-cr-40026-FDS   Document 311-10   Filed 10/19/07   Page 6 of 31

5

12:36:09 1            And for Mr. Kohlmann to come to take that

12:36:13 2      out of the purview of the jury and make conclusions in

12:36:17 3      his factual representations about al-Qaeda and its

12:36:21 4      history in Saudi Arabia and so forth, I think would be

12:36:28 5      amphipathical to what we're trying to do and therefore

12:36:32 6      the government, you know, has other ways of doing that.

12:36:34 7            There are people that are within the

12:36:36 8      government that have the very same information that they

12:36:38 9      claim Mr. Kohlmann has, and so --

12:36:40 10           THE COURT:  Well, I'm not discounting your

12:36:42 11     claim that Mr. Kohlmann is not an expert.  I just wanted

12:36:46 12     to ask what was in issue because I wanted to focus us

12:36:50 13     this afternoon on just what -- what is really the issue

12:36:53 14     here and what the government's trying to do with this

12:36:57 15     witness.

12:36:57 16           So, to be clear, I understand your position

12:36:59 17     about first of all, this is not the proper subject

12:37:01 18     matter for expert testimony.  And even if it is, this

12:37:04 19     witness' reading on the Internet and writing pages and

12:37:08 20     in college may not be of sufficient basis to qualify as

12:37:11 21     an expert under Federal Rules of Evidence with this

12:37:14 22     judge.

12:37:15 23           But I was trying to figure out -- do you

12:37:16 24     have a copy of the superseding indictment with you?

12:37:18 25           MR. NUBANI:  Judge, I don't.

6

```
12:37:19  1              THE COURT:  Okay.  Well, I'm going to give
12:37:20  2      you -- get a copy for you and government counsel.
12:37:25  3              It seems to me that some of this is not in
12:37:28  4      issue.  And if it's not in issue, we may not have to
12:37:30  5      reach all these issues about Mr. Kohlmann.
12:37:32  6              I've now asked you the questions that I
12:37:34  7      have.  Is there more you want to say?  I've read your
12:37:37  8      submission.
12:37:37  9              I'm trying to figure out what is he an
12:37:39 10      expert in.  He's read books and things.  I don't know
12:37:43 11      that that makes him an expert about Saudi Arabia if he's
12:37:45 12      never been there.
12:37:45 13              MR. NUBANI:  Right, we have no indication
12:37:47 14      that he's been there.  I don't know if he has been
12:37:49 15      recently since we've gathered our information.
12:37:52 16              THE COURT:  Even if he has, if he hasn't
12:37:53 17      been meeting with terrorists, I don't know that it would
12:37:55 18      be of sufficient liability.
12:37:56 19              Let me hear from the government.
12:37:58 20              MR. NUBANI:  That is our position, Judge.
12:38:00 21              THE COURT:  Uh-huh.
12:38:05 22              MR. LAUFMAN:  Thank you, Your Honor.
12:38:08 23              THE COURT:  Mr. Laufman, what I have in
12:38:10 24      front of me is your October 24th letter, your
12:38:13 25      designation of what you say Mr. Kohlmann's going to say.
```

7

```
12:38:16  1              MR. LAUFMAN:  Can I hand up to the Court,
12:38:17  2      please, through the court security officer's assistance
12:38:21  3      a copy of Mr. Kohlmann's CV.
12:38:23  4              THE COURT:  That's attached to the letter.
12:38:25  5      He went to law school.  I got that part.
12:38:27  6              MR. LAUFMAN:  And this is an excerpt of the
12:38:31  7      transcript from the trial of Sabri Ben Kahla where Judge
12:38:38  8      Brinkema qualified him as an expert because of his
12:38:39  9      background.
12:38:39 10              THE COURT:  Did she qualify him as an expert
12:38:41 11      in al-Qaeda?  What did she qualify him as an expert to
12:38:43 12      do?
12:38:44 13              MR. LAUFMAN:  Yes, sir.  Let me go over
12:38:51 14      the -- I was going to address his prior qualifications
12:38:54 15      as an expert.
12:38:55 16              THE COURT:  Before you do, let me -- let's
12:38:56 17      go back to my first focus which is what the issue here
12:38:59 18      that is in controversy that the government believes you
12:39:04 19      have to offer evidence about?  It sounds like the
12:39:06 20      defense is willing to stipulate that al-Qaeda is a
12:39:09 21      designated foreign terrorist organization and there is
12:39:12 22      no fight about what al-Qaeda is.
12:39:14 23              MR. LAUFMAN:  Well, the fundamental issue
12:39:16 24      here, Your Honor, is not whether al-Qaeda is a
12:39:17 25      designated foreign terrorist organization.  The United
```

8

```
12:39:20  1    States government has designated them.
12:39:21  2              The Court can take judicial notice that the
12:39:23  3    President of the United States designated al-Qaeda as a
12:39:26  4    foreign terrorist organization.
12:39:27  5              The key issue in this case is whether this
12:39:30  6    cell that the defendant allegedly joined is an al-Qaeda
12:39:35  7    cell.
12:39:35  8              There are four counts in the indictment that
12:39:38  9    require the government to prove that the terrorist cell
12:39:41 10    the defendant joined was al-Qaeda.
12:39:44 11              Count I, conspiracy to provide material
12:39:46 12    support and resources to a designated terrorist
12:39:50 13    organization in violation of 18 U.S.C. 2339(B).  Count
12:39:55 14    II, actually providing material support to a designated
12:39:57 15    foreign terrorist organization also in violation of 18
12:40:00 16    U.S.C. 2339(B).  Count V, contributing services to
12:40:05 17    al-Qaeda in violation of the International Emergency
12:40:09 18    Economic Powers Act, and implementing regulations and
12:40:13 19    Count VI receiving funds and services from al-Qaeda.
12:40:16 20              In each of those cases, with respect to each
12:40:17 21    of those counts, the government has the burden of proof
12:40:19 22    of showing that this cell that the defendant joined is
12:40:22 23    an al-Qaeda cell.  And it will not be enough for the
12:40:25 24    defense to simply stipulate that al-Qaeda generically is
12:40:28 25    a foreign terrorist organization because --
```

9

| | | |
|---|---|---|
| 12:40:30 | 1 | THE COURT: So, the evidence you have that |
| 12:40:32 | 2 | this is al-Qaeda cell is just through Mr. Kohlmann? |
| 12:40:36 | 3 | MR. LAUFMAN: No, sir. We are going to rely |
| 12:40:38 | 4 | on the confession evidence, if that comes in to |
| 12:40:43 | 5 | evidence, his own confessions that he knew and |
| 12:40:46 | 6 | understood that these individuals were al-Qaeda. |
| 12:40:50 | 7 | But, we don't take anything for granted with |
| 12:40:53 | 8 | this jury. The defense -- |
| 12:40:55 | 9 | THE COURT: No, I guess if -- I'm not trying |
| 12:40:57 | 10 | to pry into your trial strategy. But I'm trying to |
| 12:41:00 | 11 | understand why Mr. Kohlmann is necessary. |
| 12:41:02 | 12 | If I've read what has been submitted to me |
| 12:41:04 | 13 | correctly, he's never been to Saudi Arabia. And even if |
| 12:41:07 | 14 | he has, he hasn't met with terrorists or been involved |
| 12:41:11 | 15 | with any al-Qaeda activities. |
| 12:41:13 | 16 | So the fact that he read about it in my |
| 12:41:14 | 17 | view, doesn't make him an expert on al-Qaeda, just that |
| 12:41:17 | 18 | he read about it. |
| 12:41:18 | 19 | MR. LAUFMAN: Well, I would disagree with |
| 12:41:19 | 20 | the Court respectfully with respect to whether scholarly |
| 12:41:22 | 21 | work is a basis for qualifying an expert in the field of |
| 12:41:27 | 22 | assessing terrorist organizations. |
| 12:41:29 | 23 | But, setting aside his academic and |
| 12:41:33 | 24 | professional work that he now serves as a consultant |
| 12:41:38 | 25 | both to the FBI and to New Scotland Yard, he is widely |

12:41:42  1    recognized, quoted by major news media organizations.

12:41:44  2    He has published a book in addition to publishing many

12:41:48  3    articles.

12:41:49  4               Whether or not he's been to Saudi Arabia, I

12:41:51  5    don't know.  But, travel to Saudi Arabia is not a sine

12:41:55  6    qua non of whether someone is an expert on affairs in

12:41:57  7    that country with respect.

12:41:59  8               And he has in fact, met with terrorists and

12:42:01  9    we will provide -- produce to the defense hopefully

12:42:04 10    later today a synopsis of what we propose him to testify

12:42:10 11    about as soon as it is available which will, among other

12:42:13 12    things, mention that he has met with people who are

12:42:17 13    terrorists and that contributed to his body of knowledge

12:42:20 14    and expertise about how al-Qaeda operates, how it's

12:42:23 15    organized.

12:42:23 16               There are -- may I continue, Your Honor?

12:42:31 17               THE COURT:  Yeah, I'm listening.

12:42:32 18               MR. LAUFMAN:  We expect him to elaborate on

12:42:35 19    what we put in the notice letter --

12:42:37 20               THE COURT:  Well, the notice letter to me is

12:42:39 21    only one paragraph.  It says, will testify as an expert

12:42:42 22    witness concerning the history and structure of

12:42:44 23    al-Qaeda.

12:42:44 24               MR. LAUFMAN:  Right.  So --

12:42:46 25               THE COURT:  I'm sorry.  I'm not finish.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 12:42:47 | 1  | MR. LAUFMAN:  Yes, sir.                                       |
| 12:42:48 | 2  | THE COURT:  And the basis for concluding,                    |
| 12:42:49 | 3  | meaning his opinion that the terrorist cell headed by        |
| 12:42:53 | 4  | al-Faq'asi and Al-Qahtani was an al-Qaeda cell.              |
| 12:42:58 | 5  | So he is just going to make the leap based                   |
| 12:43:00 | 6  | upon what he's read.                                         |
| 12:43:01 | 7  | MR. LAUFMAN:  Well, not just on what he's                    |
| 12:43:04 | 8  | read.  He has -- there is a great deal of information in     |
| 12:43:07 | 9  | the public mainstream, including press releases by           |
| 12:43:12 | 10 | al-Qaeda in the Arabian peninsular.  For example, when       |
| 12:43:19 | 11 | Sultan Jubran was killed, there was a memorial notice        |
| 12:43:23 | 12 | put on a website about his martyrdom.                        |
| 12:43:24 | 13 | There is a great deal of information --                      |
| 12:43:24 | 14 | THE COURT:  Are you saying to me that you're                 |
| 12:43:25 | 15 | going to rely upon things on the Internet?  That's it?       |
| 12:43:29 | 16 | MR. LAUFMAN:  That's not just it, Your                       |
| 12:43:30 | 17 | Honor.  But the Internet is used widely by al-Qaeda --       |
| 12:43:34 | 18 | THE COURT:  By all kinds of people who write                 |
| 12:43:36 | 19 | all kinds of things.                                         |
| 12:43:37 | 20 | Let me do this because I think you see which                 |
| 12:43:39 | 21 | way this is headed.  If what you're -- if what you           |
| 12:43:43 | 22 | presented to me is what you intend to present in terms       |
| 12:43:45 | 23 | of offering this person, Mr. Kohlmann, as an expert on       |
| 12:43:49 | 24 | the subject matter you're describing in this paragraph       |
| 12:43:54 | 25 | two of this October 24th letter, I can give you a ruling     |

12

| | | |
|---|---|---|
| 12:43:56 | 1 | right now. |

12:43:57   2          If you would like to have an opportunity to

12:43:58   3   present some evidence, I'll be happy to do that perhaps

12:44:02   4   next Friday.  But I don't -- at this moment, there's no

12:44:04   5   way I'm going to let him come in and testify about what

12:44:07   6   he read about, what he wrote in his own -- his book that

12:44:10   7   he probably published himself and that he works for the

12:44:13   8   government and the government pays him to testify to do

12:44:16   9   things for them.

12:44:17  10          That to me doesn't make him an expert in

12:44:20  11   al-Qaeda, no way.

12:44:21  12          MR. LAUFMAN:  Your Honor -- pardon.  He's

12:44:23  13   been qualified by this Court as an expert on al-Qaeda.

12:44:25  14   I understand that Your Honor hasn't qualified him.

12:44:27  15          THE COURT:  The judgment of a district judge

12:44:30  16   concerning expert witnesses is governed by Rule 702 of

12:44:35  17   the Federal Rules of Evidence.  And the judge has to

12:44:37  18   make a judgment whether a person is qualified by

12:44:39  19   experience, education or training to offer reliable

12:44:43  20   testimony about a subject matter that's beyond the kin

12:44:47  21   of the average juror.

12:44:48  22          If what you've shown me -- if what you've

12:44:50  23   shown me is your proffer, I'm prepared to make a

12:44:53  24   judgment right now.

12:44:54  25          I've invited you to present some evidence,

13

| | | |
|---|---|---|
| 12:44:56 | 1 | but I have difficulty with the idea that someone who has |
| 12:45:00 | 2 | never done any real law enforcement or intelligence work |
| 12:45:05 | 3 | where he has infiltrated terrorist cells or worked with |
| 12:45:09 | 4 | terrorists or had contact with them is going to come in |
| 12:45:13 | 5 | here and tell the jury that based upon what he's read on |
| 12:45:16 | 6 | the Internet and his own writings that he thinks that |
| 12:45:21 | 7 | this al-Faq'asi cell and Al-Qahtani cell belong to |
| 12:45:25 | 8 | al-Qaeda. |
| 12:45:26 | 9 | If that's all you have, it's not going to |
| 12:45:28 | 10 | happen in this courtroom.  Maybe it happened in another |
| 12:45:30 | 11 | courtroom, but not in this one. |
| 12:45:31 | 12 | MR. LAUFMAN:  May I continue, please. |
| 12:45:32 | 13 | THE COURT:  Well, I'm asking you to make a |
| 12:45:34 | 14 | judgment now.  Do you want me to rule or do you want to |
| 12:45:37 | 15 | have a chance to put on some testimony? |
| 12:45:38 | 16 | MR. LAUFMAN:  Well, I would like to have a |
| 12:45:40 | 17 | chance to proffer to the Court some additional |
| 12:45:42 | 18 | information I plan to proffer. |
| 12:45:43 | 19 | THE COURT:  Okay.  I can go forward with the |
| 12:45:44 | 20 | proffer if you'd like. |
| 12:45:45 | 21 | MR. LAUFMAN:  First of all, I want to make |
| 12:45:47 | 22 | clear for the record that Mr. Kohlmann has twice been |
| 12:45:51 | 23 | qualified as an expert in this court on -- |
| 12:45:53 | 24 | THE COURT:  An expert in what?  Tell me -- |
| 12:45:55 | 25 | MR. LAUFMAN:  As an expert on al-Qaeda among |

Case 1:Case-800426-D0300DoilOhenDoil7mentF186-06/E4d150072/3/4 4 Page P5agBf31#: 1215

14

| | | |
|---|---|---|
| 12:45:58 | 1 | other subjects based on the same qualifications we |
| 12:46:02 | 2 | tendered to the Court now.  And, I -- with no disrespect |
| 12:46:06 | 3 | to Your Honor -- |
| 12:46:06 | 4 | THE COURT:  Show me what Judge Brinkema says |
| 12:46:09 | 5 | she qualified him to do. |
| 12:46:10 | 6 | MR. LAUFMAN:  If I could -- the transcript I |
| 12:46:12 | 7 | gave you, Your Honor, is from the Ben Kahla trial, and |
| 12:46:16 | 8 | if you look at the last page, which is page 195.  Now -- |
| 12:46:23 | 9 | THE COURT:  I'm tendering Mr. Kohlmann as an |
| 12:46:27 | 10 | expert in modern Afghanistan politics.  To you is that |
| 12:46:33 | 11 | the same as saying he's an expert in al-Qaeda? |
| 12:46:36 | 12 | MR. LAUFMAN:  I've looked at the -- |
| 12:46:36 | 13 | THE COURT:  Judge Brinkema says, "All right, |
| 12:46:38 | 14 | I'm going to accept him".  He's tendered as an expert in |
| 12:46:42 | 15 | modern Afghanistan politics.  Is that the same to you as |
| 12:46:46 | 16 | being an expert in al-Qaeda? |
| 12:46:48 | 17 | MR. LAUFMAN:  I conferred with the trial |
| 12:46:49 | 18 | attorney in that case.  He confirmed to me he was |
| 12:46:50 | 19 | accepted.  He was proffered as an expert on al-Qaeda. |
| 12:46:52 | 20 | THE COURT:  Did I read the transcript |
| 12:46:53 | 21 | incorrectly?  I'm looking at page 195, line nine through |
| 12:46:57 | 22 | ten.  Did I read that incorrectly? |
| 12:46:59 | 23 | MR. LAUFMAN:  You did not read it |
| 12:47:01 | 24 | indirectly, Your Honor.  I'm simply pointing out to you, |
| 12:47:03 | 25 | respectfully, that he was offered as an expert on |

15

12:47:05  1    al-Qaeda.  He did testify as an expert on al-Qaeda at

12:47:08  2    that trial, and he was proffered and accepted by Judge

12:47:12  3    Brinkema as an expert on al-Qaeda in the Al-Timimi case

12:47:16  4    as well.

12:47:16  5              So, I'm representing to the Court based on

12:47:18  6    my conversations with the trial attorney, he's been

12:47:21  7    twice qualified as an expert on al-Qaeda in this court.

12:47:26  8              To the extent the Court has concerns about

12:47:28  9    the reliability of Mr. Kohlmann's assessment of

12:47:34  10   materials that are in the public mainstream, and the

12:47:37  11   Internet is simply an enormous public library now.  The

12:47:41  12   fact that something is on the Internet --

12:47:42  13             THE COURT:  You call the Internet a library?

12:47:44  14             MR. LAUFMAN:  It is an immense resource of

12:47:46  15   information, Your Honor, just as a public library can

12:47:49  16   be.

12:47:49  17             Whether you attach weight or credibility to

12:47:51  18   it depends on the specific facts and circumstances of

12:47:54  19   the specific item of information.

12:47:55  20             THE COURT:  It does.  Let me make sure I'm

12:47:57  21   clear what you're telling me about this witness.  So,

12:48:02  22   you would summarize his knowledge, his body of knowledge

12:48:06  23   as being derived from classes he's taken in college and

12:48:11  24   his own self readings; is that right?

12:48:13  25             MR. LAUFMAN:  No, Your Honor, that's not the

16

```
12:48:15  1    extent of my summary.
12:48:16  2              THE COURT:  Well, that's part -- that's a
12:48:18  3    substantial part of it because as you said earlier, he's
12:48:21  4    never worked with al-Qaeda personally.  He's never meet
12:48:26  5    bin Ladin or anybody else who is in al-Qaeda who has
12:48:30  6    given him information about how al-Qaeda operates.  Is
12:48:33  7    that right?
12:48:34  8              MR. LAUFMAN:  That's not correct, Your
12:48:35  9    Honor.
12:48:35 10              THE COURT:  Then tell me what his personal
12:48:38 11    knowledge base would be.
12:48:38 12              MR. LAUFMAN:  He has not met with Osama bin
12:48:40 13    Laden.  I will stipulate to that.  But meeting Osama bin
12:48:44 14    Laden --
12:48:44 15              THE COURT:  I understand.  Has he met any
12:48:46 16    member of al-Qaeda?
12:48:47 17              MR. LAUFMAN:  He has met with and
12:48:49 18    interviewed terrorists -- I'd have to check the synopsis
12:48:55 19    he proposes to submit as to whether this particular
12:48:59 20    individual was associated with al-Qaeda.
12:49:00 21              THE COURT:  So, the answer right now is no.
12:49:02 22    As far as you know, he's never meet with anyone from
12:49:04 23    al-Qaeda?
12:49:05 24              MR. LAUFMAN:  I have to -- I don't want to
12:49:07 25    misspeak, Your Honor.  He has met with individuals who
```

17

```
12:49:09  1   are avowed terrorists, who have knowledge of al-Qaeda.
12:49:14  2              I also want to point out to the Court that
12:49:15  3   in the Embassy bombings case in New York, exhibits were
12:49:20  4   admitted into evidence including al-Qaeda training
12:49:23  5   manuals and other documents admitted into evidence in
12:49:28  6   that trial that Mr. Kohlmann has reviewed.  Some of
12:49:31  7   those documents continue to form a basis for the most
12:49:35  8   intricate understanding of how al-Qaeda operates, it's
12:49:38  9   organization, the manner in which it operates in a
12:49:42 10   clandestine manner.
12:49:44 11              This jury has to be educated about how
12:49:46 12   al-Qaeda operates.
12:49:47 13              THE COURT:  Can I ask you a question about
12:49:48 14   what you just said?
12:49:49 15              MR. LAUFMAN:  Yes, sir.
12:49:50 16              THE COURT:  In the case in New York that was
12:49:51 17   tried, what was the basis for the admissibility of the
12:49:54 18   documents supposedly authored by al-Qaeda?  What was the
12:49:58 19   basis for the submission of those documents?
12:50:00 20              MR. LAUFMAN:  I'm not certain, Your Honor.
12:50:02 21   I think some of them may have been -- pardon me.
12:50:21 22              Thank you, Your Honor.  I wanted to confer
12:50:22 23   with Mr. Spencer.
12:50:24 24              In the Embassy bombings case, an al-Qaeda
12:50:27 25   member by the last name of El-Fahd testified as a
```

18

```
12:50:31  1    government witness and testified to the authenticity of
12:50:34  2    the documents the government offered into evidence.
12:50:37  3              Those are documents that more, than any
12:50:40  4    other source of information, detail the operations of
12:50:44  5    al-Qaeda, it's organization, it's structure, how it
12:50:47  6    operates at the cell level, how it engages in the
12:50:50  7    certain kinds of trade crafts and operational secrecy
12:50:54  8    that we see evident in this defendant's confession.
12:50:57  9              THE COURT:  So, this was an al-Qaeda member
12:50:59 10    who offered the documents in evidence and offered a
12:51:02 11    basis to authenticate them?
12:51:03 12              MR. LAUFMAN:  Yes, sir, through --
12:51:04 13              THE COURT:  But in this case, you do not
12:51:06 14    have an al-Qaeda member who is going to testify?
12:51:08 15              MR. LAUFMAN:  We do not have any al-Qaeda
12:51:10 16    member testifying, but the documents that Mr. Kohlmann
12:51:12 17    in part will base his assessment on with respect to
12:51:15 18    whether the al-Faq'asi cell was an al-Qaeda cell will
12:51:20 19    form in part the basis for his judgment that the
12:51:22 20    al-Faq'asi cell is an al-Qaeda cell.
12:51:26 21              THE COURT:  All right.  Well, I understand
12:51:27 22    that experts can rely upon hearsay, but he has to pass
12:51:31 23    the test of being an expert first.
12:51:32 24              Can I ask you another question?
12:51:33 25              MR. LAUFMAN:  Yes, sir.
```

19

| | | |
|---|---|---|
| 12:51:33 | 1 | THE COURT:  In what way has Mr. Kohlmann's |
| 12:51:36 | 2 | opinions been tested to demonstrate that they're |
| 12:51:40 | 3 | reliable and what methods has he used to gather his |
| 12:51:43 | 4 | information? |
| 12:51:44 | 5 | MR. LAUFMAN:  Well, Your Honor, I don't know |
| 12:51:46 | 6 | whether it's been tested in the Daubert sense.  This is |
| 12:51:50 | 7 | not a -- this is not a type of science where there's |
| 12:51:56 | 8 | peer review.  He did not submit himself -- |
| 12:51:59 | 9 | THE COURT:  Dissertations are typically peer |
| 12:52:03 | 10 | reviewed.  There are papers that are peer reviewed in |
| 12:52:06 | 11 | various symposiums by people who deliver papers on |
| 12:52:12 | 12 | historical issues. |
| 12:52:13 | 13 | What kinds of things like that has |
| 12:52:14 | 14 | Mr. Kohlmann does? |
| 12:52:15 | 15 | MR. LAUFMAN:  Your Honor, I'm not aware of |
| 12:52:16 | 16 | any testing in the context the Court is using it.  But I |
| 12:52:19 | 17 | believe the ultimate standard in Daubert is one of |
| 12:52:22 | 18 | reliability.  And he has twice been qualified as an |
| 12:52:24 | 19 | expert in this court.  He is going to be qualified next |
| 12:52:27 | 20 | week in another terrorism prosecution in New York. |
| 12:52:30 | 21 | The defense can cross examine him until the |
| 12:52:33 | 22 | cows come home to explore his bias, his qualifications. |
| 12:52:37 | 23 | If they think he's some callow youth who doesn't know |
| 12:52:42 | 24 | that of which he speaks, they can try to go down that |
| 12:52:45 | 25 | road. |

20

| 12:52:45 | 1 | The fact of the matter is he is prodigious |
|---|---|---|
| 12:52:48 | 2 | talent with demonstrated knowledge and expertise in the |
| 12:52:50 | 3 | field of terrorism.  He has been qualified as an expert. |
| 12:52:53 | 4 | He is recognized around the world as an expert.  And |
| 12:52:55 | 5 | what the defense is trying to do and what we ask you not |
| 12:52:57 | 6 | to let them do is to sanitize the government's case. |
| 12:53:00 | 7 | That is what they're trying to do.  They want to excise |
| 12:53:02 | 8 | the word al-Qaeda from this case, and that cannot be |
| 12:53:05 | 9 | permitted to happen.  We ask the Court not to permit |
| 12:53:07 | 10 | that to happen. |
| 12:53:08 | 11 | THE COURT:  All right. |
| 12:53:16 | 12 | MR. NUBANI:  Judge, if I may, the qualifying |
| 12:53:20 | 13 | of an expert witness, as the Court knows even though |
| 12:53:22 | 14 | it's done by other courts, this district court has -- |
| 12:53:28 | 15 | has the power to independently qualify someone even |
| 12:53:31 | 16 | though they've been qualified by another Court even if |
| 12:53:34 | 17 | it's in the same courthouse. |
| 12:53:36 | 18 | I do want to alert the Court to the fact |
| 12:53:39 | 19 | or -- that in the Al-Timimi trial where he had been -- |
| 12:53:45 | 20 | he had been qualified as an expert witness, that whole |
| 12:53:52 | 21 | trial, Judge, is currently on appeal in the Fourth |
| 12:53:56 | 22 | Circuit.  And one of the basis of the appeal is the use |
| 12:53:59 | 23 | of expert testimony -- |
| 12:54:03 | 24 | THE COURT:  Were you in that trial, |
| 12:54:04 | 25 | Mr. Nubani? |

| | | |
|---|---|---|
| 12:54:05 | 1 | MR. NUBANI:  No, Judge, I wasn't in the |
| 12:54:07 | 2 | trial. |
| 12:54:07 | 3 | THE COURT:  But you saw Mr. Kohlmann |
| 12:54:09 | 4 | testify, didn't you? |
| 12:54:09 | 5 | MR. NUBANI:  Oh, yes.  I was very involved. |
| 12:54:12 | 6 | I just meant I wasn't attorney of record in that trial. |
| 12:54:14 | 7 | But I'm very familiar with the circumstances, with the |
| 12:54:18 | 8 | trial. |
| 12:54:18 | 9 | I'm not as familiar with the process that |
| 12:54:22 | 10 | Judge Brinkema went through in terms of qualifying |
| 12:54:26 | 11 | Mr. Kohlmann, but -- because I was just given the |
| 12:54:29 | 12 | transcript of the direct testimony that qualified him. |
| 12:54:32 | 13 | But, my point is that he being who he is, |
| 12:54:37 | 14 | which I did not put in my motion what his motives are |
| 12:54:40 | 15 | and I'm not going to go -- I'm not going to trouble the |
| 12:54:43 | 16 | Court with that.  What I'm trying to say is that just |
| 12:54:46 | 17 | because he's been qualified once or twice, that whole |
| 12:54:50 | 18 | issue of what that type of expert testimony does in |
| 12:54:56 | 19 | these quote unquote "terrorism cases" is going to be a |
| 12:54:59 | 20 | defining issue that is currently upon -- is currently |
| 12:55:03 | 21 | upon -- in the appeals stage. |
| 12:55:05 | 22 | So, it -- I think that the Court needs to |
| 12:55:08 | 23 | make an -- their own independent -- the Court needs to |
| 12:55:12 | 24 | make it's own independent judgment of whether he is |
| 12:55:14 | 25 | qualified, whether it is appropriate in this case, |

Case 1:Case-30026-FDS0DoctheDocument186-06/Filed506/26/4-22 PagE 23age 31 #: 1223

```
12:55:18  1    Judge.

12:55:18  2              THE COURT:  All right.

12:55:19  3              MR. NUBANI:  I just want to respond to some

12:55:21  4    of the things that the government said.  In terms of

12:55:23  5    peer review, that's the whole point.

12:55:25  6              Judge, after September 11th, the whole

12:55:30  7    academic community, people who wanted to benefit,

12:55:34  8    everyone is running to this area topic.

12:55:36  9              Of course, the academic community takes a

12:55:38 10    longer time to respond.  I mean, ten years from now,

12:55:40 11    there will be peer review of what really al-Qaeda was,

12:55:44 12    how it operated, what its goals were and by that time,

12:55:47 13    maybe the whole situation in the Middle East and

12:55:49 14    vis-a-vis the West will have changed anyway.

12:55:52 15              But the point is, it's inappropriate for

12:55:54 16    someone who just graduated from law school who I say has

12:55:57 17    motives which I'm not going to get into and has motives

12:56:00 18    to be the Dougie Howser of terrorism in these cases.

12:56:04 19              And just one more point, Judge, again, I

12:56:07 20    know that you didn't want to push the government and

12:56:09 21    appropriately so, on what their -- what their case in

12:56:12 22    chief is going to be in term of strategy.  But they did

12:56:14 23    say that through the confessions themselves, if the

12:56:16 24    confessions are admitted, then, there is evidence there.

12:56:19 25              The foreign witness testimony depositions,
```

Case 4:05-cr-40026-FDS   Document 311-10   Filed 10/19/07   Page 24 of 31

23

| | | |
|---|---|---|
| 12:56:23 | 1 | there is evidence there.  The jury can make those |
| 12:56:26 | 2 | determinations without having to know what the history |
| 12:56:28 | 3 | of al-Qaeda is, how it operates and so forth. |
| 12:56:31 | 4 | Those are things that we can stipulate to |
| 12:56:35 | 5 | and things that we can -- we can develop through the |
| 12:56:39 | 6 | process of the trial. |
| 12:56:40 | 7 | But, to have the government bring Evan |
| 12:56:44 | 8 | Kohlmann as they want to do at the beginning of the |
| 12:56:47 | 9 | trial is totally inappropriate. |
| 12:56:51 | 10 | If it's later decided that that has to |
| 12:56:53 | 11 | change, that's fine.  But they can't bring him in to set |
| 12:56:56 | 12 | the stage of the way they want things to be.  And, |
| 12:56:59 | 13 | that's just inappropriate. |
| 12:57:01 | 14 | The other point I wanted to make is -- |
| 12:57:03 | 15 | THE COURT:  Is it your view that the |
| 12:57:04 | 16 | Internet is a reliable source for making a judgment |
| 12:57:10 | 17 | about the credibility of information about how a |
| 12:57:13 | 18 | clandestine terrorist cell operates? |
| 12:57:17 | 19 | MR. NUBANI:  Not under the test of Daubert, |
| 12:57:19 | 20 | certainly not, because it's just -- it's not -- it's not |
| 12:57:22 | 21 | reliable. |
| 12:57:23 | 22 | I -- Judge, I can, you know, Muslims have an |
| 12:57:27 | 23 | ability to bring in more reliable evidence on how these |
| 12:57:31 | 24 | groups relate without being a part of those groups than |
| 12:57:33 | 25 | to get things on the Internet. |

24

```
12:57:35  1              Of course, I don't think that it's reliable
12:57:37  2    at all.
12:57:37  3              THE COURT:  All right.  Mr. Nubani, I think
12:57:39  4    I have what I need to make a judgment now.
12:57:40  5              All right, this matter is before the Court
12:57:42  6    on the defense motion to exclude the testimony of
12:57:45  7    Mr. Evan Kohlmann, who has been proffered by the
12:57:48  8    government, and I'm reading from the October 24th letter
12:57:51  9    of the prosecutor to Mr. Nubani which says, "Evan F.
12:57:56 10    Kohlmann will testify as an expert witness concerning
12:57:58 11    the history and structure of al-Qaeda, its organization
12:58:02 12    and operations in the Arabian Peninsular and the basis
12:58:06 13    for concluding that the terrorist cell headed by Ali Abd
12:58:12 14    Al-Rahman al-Faq'asi al-Ghamdi and Sultan Jubran Sultan
12:58:19 15    Al-Qahtani was an al-Qaeda cell".  And I'll provide the
12:58:22 16    court reporter with a copy of the letter so she can
12:58:25 17    spell the names.
12:58:25 18              The Court has reviewed the resume' of
12:58:27 19    Mr. Kohlmann which has been proffered and the transcript
12:58:32 20    proffered by the government of the March 8, 2004 hearing
12:58:36 21    before Judge Brinkema in the Ben Kahla case.
12:58:38 22              And on page 195, she says at line nine, "Are
12:58:43 23    you tendering Mr. Kohlmann as an expert in modern Afghan
12:58:47 24    politics?  Mr. Kromberg:  Yes".  Answer -- line 12, "All
12:58:51 25    right, I'm going to accept him.  And, I've accepted him
```

25

12:58:54   1    as an expert in the other trial.  And clearly he has

12:58:56   2    written enough and studied enough on this.  I'm going to

12:58:59   3    accept him as an expert.  So you can get on with your

12:59:02   4    questions".  That's line 15.

12:59:03   5              I recognize that Judge Brinkema has tried

12:59:06   6    the Ben Kahla case and the Al-Timimi case.  What I'm

12:59:09   7    being asked to do today is to make a judgment about

12:59:12   8    whether or not Mr. Kohlmann is qualified to render an

12:59:15   9    opinion within the meaning of Federal Rule of Evidence

12:59:18  10    702.

12:59:19  11              I've also been provided with the cross

12:59:22  12    examination of Mr. Kohlmann's transcripts from pages 672

12:59:28  13    to 683.  And, what -- what strikes me in reviewing this

12:59:36  14    question is Federal Rule of Evidence 702 says that the

12:59:41  15    trial judge is to make a determination -- and I'm going

12:59:44  16    to read what the rule says.  "If scientific, technical

12:59:47  17    or other specialized knowledge will assist the trier of

12:59:52  18    fact to understand the evidence or to determine a fact

12:59:53  19    in issue, a witness qualified as an expert" and I'm

12:59:57  20    going to underline, "by knowledge, skill, experience,

13:00:00  21    training or education", and I underline all four of

13:00:03  22    those, "may testify thereto in the form of an opinion or

13:00:06  23    otherwise, if one, the testimony is based upon

13:00:10  24    sufficient facts or data, two, the testimony is the

13:00:13  25    product of reliable principles and methods, and three,

26

```
13:00:17  1   the witness has applied the principles and methods
13:00:20  2   reliably to the facts of the case".
13:00:22  3           This Judge is not persuaded that
13:00:26  4   Mr. Kohlmann's study of the subject matter of terrorism,
13:00:30  5   whatever that is in terms of it's a global subject
13:00:32  6   matter.  But I believe it has to do with groups that are
13:00:37  7   organized to carry out political acts of violence
13:00:40  8   against governments but that are not organized
13:00:44  9   governments or entities themselves.  That's what I think
13:00:46 10   a terrorist is and that there is a designated foreign
13:00:50 11   terrorist organization, al-Qaeda.  There's no contest in
13:00:54 12   this trial what al-Qaeda is.
13:00:56 13           The question is whether Mr. Kohlmann,
13:00:58 14   because he has a law agree from Pen, which he earned in
13:01:02 15   2004 and because he graduated from Georgetown in 2001
13:01:06 16   with a major in politics and international securities
13:01:09 17   studies and a minor in Islamic studies, in and of itself
13:01:13 18   makes him a person who could assist the jury with
13:01:17 19   reliable information about the operation of al-Qaeda.
13:01:20 20           I note that first of all, as far as we
13:01:23 21   can -- has been proffered here today, Mr. Kohlmann has
13:01:27 22   never met anyone from al-Qaeda, has not infiltrated
13:01:31 23   al-Qaeda, has not done any research where he's had
13:01:34 24   contact with someone who was in al-Qaeda to know just
13:01:37 25   what they do or did not do.
```

27

| | | |
|---|---|---|
| 13:01:38 | 1 | He's read about it on the Internet and in |
| 13:01:40 | 2 | scholarly books.  And certainly a person can qualify |
| 13:01:43 | 3 | based upon reading and education. |
| 13:01:45 | 4 | He's never been to Pakistan, never been to |
| 13:01:48 | 5 | Saudi Arabia, does not speak Arabic, does not speak |
| 13:01:52 | 6 | Urdu, can't read Urdu websites, can't read Arabic |
| 13:02:00 | 7 | websites and has to have them translated for him. |
| 13:02:02 | 8 | He has read many books about the subject |
| 13:02:04 | 9 | matter of terrorism, and he reads and has collected |
| 13:02:07 | 10 | many, many websites from the Internet.  And this is a |
| 13:02:11 | 11 | part of his basis for his conclusions about how al-Qaeda |
| 13:02:14 | 12 | and other terrorist groups operates. |
| 13:02:16 | 13 | The Court does not think that the Internet, |
| 13:02:19 | 14 | particularly the postings that he has described here, in |
| 13:02:21 | 15 | and of themselves have any -- there's no way to test the |
| 13:02:26 | 16 | reliability of them.  There's no way to know who posts |
| 13:02:28 | 17 | them.  There's no way to know who maintains them.  There |
| 13:02:31 | 18 | is no way to know whether the information there is |
| 13:02:34 | 19 | accurate or not.  And that he has published a book, a |
| 13:02:38 | 20 | self-published book, I note, in and of itself does not |
| 13:02:41 | 21 | make him an expert. |
| 13:02:42 | 22 | And, the fact that the government has hired |
| 13:02:44 | 23 | him to testify as an expert witness in cases including |
| 13:02:49 | 24 | U.S. versus Battleford, Ben Kahla, Randall, Royer, |
| 13:02:56 | 25 | Al-Timimi does not with this judge sit as a basis to |

28

```
13:02:59  1   qualify him as an expert in al-Qaeda, particularly where
13:03:01  2   he has had no contact with someone from al-Qaeda.  All
13:03:05  3   he has done is to read about it.
13:03:06  4            My jury could do an Internet search on
13:03:09  5   Google and read about al-Qaeda.
13:03:12  6            I'm sure that Mr. Kohlmann could probably
13:03:14  7   summarize it for them in a way that would be very
13:03:17  8   helpful, but I'm not of the opinion that Mr. Kohlmann is
13:03:19  9   an expert because he is not qualified by training,
13:03:24 10   because he has none other than what he is self taught.
13:03:27 11            He has not qualified because the methods
13:03:30 12   that he's gathered his information are reading the
13:03:33 13   Internet and reading books.  That in and of itself may
13:03:35 14   be a way to learn engineering, but at some point, the
13:03:38 15   engineer has to actually handle a device.
13:03:41 16            Here we have a person who has just read
13:03:43 17   about these things and is being offered to tell the
13:03:45 18   Court about a cell, the Ali Abd Al-Rahman al-Faq'asi
13:03:52 19   cell and the Sultan Jubran cell.  He is going to make a
13:03:56 20   judgment that these cell were al-Qaeda cells.  He's
13:03:58 21   never been to Saudi Arabia, never interviewed anyone
13:04:01 22   from either of these cells, has no personal knowledge
13:04:04 23   about whether these cell are affiliated with al-Qaeda or
13:04:06 24   anyone else.
13:04:08 25            So for all those reasons, the motion to
```

29

13:04:08   1   exclude Mr. Kohlmann's testimony will be granted.

13:04:12   2   Exception's preserved.

13:04:13   3            I think that that covers what we have for

13:04:14   4   trial, so I'll see you all on Monday at 10 o'clock.

13:04:17   5   We're in recess.

13:04:18   6            Thank you.

         7            (Thereupon, the proceeding concluded at 1:04

         8   p.m.)

         9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

30

```
 1                      CERTIFICATE OF REPORTER

 2

 3             I, Renecia Wilson, an official court

 4    reporter for the United State District Court of

 5    Virginia, Alexandria Division, do hereby certify that I

 6    reported by machine shorthand, in my official capacity,

 7    the proceedings had upon the motions in the case of

 8    United States of America vs. Ahmed Omar Abu Ali.

 9             I further certify that I was authorized and

10    did report by stenotype the proceedings and evidence in

11    said motions, and that the foregoing pages, numbered 1

12    to 29, inclusive, constitute the official transcript of

13    said proceedings as taken from my shorthand notes.

14             IN WITNESS WHEREOF, I have hereto

15    subscribed my name this 9th day of  January, 2006.

16

17
                              Renecia Wilson, RMR/CM
18                            Official Court Reporter

19

20

21

22

23

24

25
```