## Faiza Jamil

| | |
|---|---|
| **From:** | Susanne Knudsen Kolodziejczyk <suko@diis.dk> |
| **Sent:** | Wednesday, May 27, 2015 4:37 AM |
| **To:** | Faiza Jamil |
| **Subject:** | VS: Working Paper |

Dear Faiza

There are different types of publications. A working paper is a publication of preliminary research results, and it is often rewritten into a report or academic article and then perhaps published if accepted by a journal. I do not know if the mentioned working paper also has been published as a report. Evan Kohlmann is not affiliated with DIIS.

Please let me know if I can be of further assistance.

Best regards,
Susanne Kolodziejcyzk



Susanne K. Kolodziejczyk
DIIS Communication
Danish Institute for Internationale Studies
Østbanegade 117
2100 Copenhagen Ø
Tel: (+45) 32 69 89 50
Email: suko@diis.dk

___

**Fra:** Bent Hansen **På vegne af** DIIS
**Sendt:** 26. maj 2015 19:51
**Til:** Publications
**Emne:** VS: Working Paper


**Fra:** Faiza Jamil [mailto:fjamil@clcma.org]
**Sendt:** 26. maj 2015 18:18
**Til:** DIIS
**Emne:** Working Paper

Greetings,

I am writing on behalf of a law firm that will be writing a brief to the court and in it we will be citing to a couple of publications that are found on the Danish Institute for International Studies. Before we cite the papers, I have a couple of questions about the process of publishing papers on DIIS. One of the papers we were looking at is the "Role of Islamic Charities in international terrorist recruitment and financing" by Evan Kohlmann. I noticed that it says it has been a working paper since 2006. What does that mean? Is it that it is not published or that it was denied publication? If it was denied what were the reasons for denial? Any information you can provide as to this paper would be greatly appreciated.

Many thanks,

Faiza

**Faiza Jamil**, Staff Attorney
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Main: (972) 914-2507

2