## Faiza Jamil

**From:** Harvard Law Review <lawrev@law.harvard.edu>
**Sent:** Wednesday, May 27, 2015 8:34 AM
**To:** Faiza Jamil
**Subject:** RE: Law Review Forum


Hi Faiza,

I've searched all of our records and the only Forum piece that we've published by Kohlman, and have a document for, is the one that he co-authored with Rodrigo Bijou, "Planning Responses and Defining Attacks in Cyberspace." I also checked the Wayback Machine and Googled the piece. Since I couldn't find the piece at all on Google, perhaps he changed the title at some point. Or, perhaps he's confusing the article he thinks he published with us with something that he submitted elsewhere.

Kind regards,
Jennifer


**Jennifer Heath  |  Editorial & IT Coordinator**
Harvard Law Review
Gannett House
1511 Massachusetts Avenue, Room 101
Cambridge, MA 02138
lawrev@law.harvard.edu

Harvard Law Review Website
Tel: 617.495.7889
Fax: 617.496-5053

---

**From:** Faiza Jamil [mailto:fjamil@clcma.org]
**Sent:** Tuesday, May 26, 2015 2:28 PM

1

**To:** Harvard Law Review
**Subject:** Law Review Forum

Hello,

As per our conversation earlier, I am writing to inquire into the status of an article that was supposedly published under Harvard Law Review Forum in March of 2013. We are doing a fact check of a resume and this article is included as a published paper. However, we are unable to find this article anywhere in on Harvard's website. Please advise as to whether this article was in fact published or not on Harvard Law Review Forum.

Title: *Curbing the Web's Wild West*, March 2013
Author: Evan Kohlmann

Many thanks,

Faiza Jamil, Staff Attorney
Constitutional Law Center (CLCMA)
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Main: (972) 914-2507