- **Daubert qualifications**
    - See: http://www.globalterroralert.com/parachadaubert.pdf
        - (Daubert ruling from United States v. Uzair Paracha)

- **Field Experience**
    - Relevant interviews that I have personally conducted with terrorist operatives, recruiters, or financiers:
        - Shaykh Omar Bakri Mohammed (Al-Muhajiroun) – July 2002
        - Shaykh Abu Hamza al-Masri (Finsbury Park Mosque) – July 2002
        - Dr. Mohammed al-Massari (CDLR) – June 2002
        - Randall Todd Royer (a.k.a. Ismail Royer) – June 2004
        - Dr. Saad al-Faqih (MIRA) – February 2006

    - Experience in Bosnia-Herzegovina:
        - In April 2005, I was hired as a Consultant for the Office of the High Representative (OHR) in Sarajevo, Bosnia-Herzegovina. I personally briefed personnel at OHR at Camp Butmir in Sarajevo on the issue of foreign mujahideen, assisted in the analysis of confidential intelligence documents, and provided my own original documentation to add to their records.
        - I have personally visited the offices of Islamic charities in Bosnia-Herzegovina, and I have photos and video of those offices. I have also personally met former members of the foreign mujahideen, including Abu Hamza al-Masri, Randall Todd Royer, and Saudi national Ali Hamad.
        - In June 2005, I testified as an expert witness before the Supreme Court of Bosnia-Herzegovina (SUD-BIH) in the case of International Prosecutors v. Abduladhim Maktouf regarding the presence of foreign mujahideen in the Balkans, the leadership of the mujahideen, and the history of their involvement in the Bosnian war. My expert testimony was approved by a three judge panel, including a Bosnian Muslim judge.
        - I am currently serving as an expert witness and consultant to the International War Crimes Tribunal at the Hague in the case of International Prosecutors v. Rasim Delic. As part of my work as an expert witness for the War Crimes Tribunal, I have reviewed thousands of pages of original classified correspondence from the Muslim-led Army of Bosnia-Herzegovina (ARBiH), as well as original documents seized from members of the foreign mujahideen. At the request of international prosecutors, I have prepared almost two hundred pages of confidential analysis based primarily upon those documents.

- **Al-Qaida's Jihad in Europe**