Page 26

1  just a side business, but I work with private clients, I work
2  with educational institutions, and I work with government
3  agencies in order to try to provide them with raw information
4  about terrorism, with analysis about terrorism, and other
5  related subjects, including again, financing, recruitment,
6  various different aspects of this.
7  Q.  Now, are you being paid for your testimony here today?
8  A.  I hope so.
9  Q.  And what -- do you know how much you're being paid? Have
10 you an understanding with the government?
11 A.  I -- honestly, I can't quote the exact hourly rate, but
12 it's -- my generally hourly rate varies between 300 and $400 an
13 hour.
14 Q.  Thank you. Now, in your website, you state that you have
15 traveled overseas to interview prominent Al Qaeda members?
16 A.  That's correct.
17 Q.  Okay. Now, who have you interviewed overseas?
18 A.  Sure. I've interviewed Abu Hamza Al-Masri.
19 Q.  Maybe to make this go faster if you could tell me, very
20 briefly, who they are and where you interviewed them?
21 A.  Excuse me one second. A-B-U H-A-M-Z-A A-L M-A-S-R-I.
22     I interviewed Sheik Abu Hamza in London at the
23 Finsbury Park Mosque, at his headquarters. I have interviewed
24 Sheik Omar Bakri Mohammed, O-M-A-R B-A-K-R-I, M-O-H-A-M-M-E-D
25 at both at his headquarters in North London; and also as of a

Page 27

1  result of my work with that, I attended several lectures he
2  gave, and I did subsequent interviews in and around the United
3  Kingdom with Sheik Omar Bakri and his followers.
4      I have interviewed Dr. Saad Al-Faqih, Dr. S-A-A-D A-L
5  F-A-Q-I-H. Dr. Saad Al-Faqih, also in the United Kingdom.
6      Obviously, I've also attended other events beyond just
7  interviews. I've attended rallies on behalf of both Omar Bakri
8  and Abu Hamza's organization in the United Kingdom. I've also
9  sat down and spoken with a former Saudi mujahideen in Bosnia
10 currently being held in custody the Bosnian authorities.
11 Q.  That was in Bosnia?
12 A.  That was in Bosnia, yes. I've also, in Bosnia, I've also
13 conducted fieldwork where I interviewed individuals working at
14 the United States National Intelligence Center, NIC, in Butmir.
15 I interviewed a bunch of people in Bosnia.
16 Q.  And that was --
17 A.  These were not Al Qaeda members. I'm just saying these
18 were original interviews.
19 Q.  This is in two thousand and --
20 A.  This is in 2005.
21 Q.  2005. Now, have you -- your proposed testimony in this
22 case is set forth in the report, which you have submitted in
23 this case.
24      Have you interviewed anybody with respect to the
25 preparation of that report?

Page 28

1  A.  You mean specifically prepared this report?
2  Q.  Yes.
3  A.  Have I conducted original interviews?
4  Q.  Right.
5  A.  No, the interviews that are in the report, any excerpts
6  from the interviews in the report, I have done subsequently,
7  such as my interview with Abu Hamza, which is quoted in there.
8  Q.  Now, you also say on your web site that you have amassed
9  one of the largest databases in the world on terrorist
10 communiques and multimedia; is that correct?
11 A.  That's correct.
12 Q.  And is this something you started as an undergraduate?
13 A.  This is something I started a long time ago. It was
14 started in approximately 1997 when I was an undergraduate, but
15 it comprised a long-standing effort on my part to gather open
16 source information, primarily first or second degree open
17 source information, and put it together inside of a database
18 whereby it would be very easily recoverable; and whereby, if
19 individuals were looking for that information, or looking for
20 particular pieces of information, that it would be easy for me
21 to identify where that was to give it to them, to show it to
22 them, and make use of it.
23 Q.  So if I understand this right, do you still put documents
24 into this database?
25 A.  It's -- on a given day, I add anywhere between 10 and 30

Page 29

1  new communiques from terrorist groups and insurgent groups. I
2  add, on average, two to three videos a day. Obviously, the
3  rate at which I add material has been increasing over the
4  years, because of the fact that more and more of this material
5  is available. It is a very large database. It's stored in a
6  unit. It's a two-terabyte storage unit. Everything is
7  digitized, but it is many, many documents; and in order to
8  search through that material, I've had to hire a company, which
9  produces software, which is specialized in the same way that
10 LexusNexus works, only this is focused purely on the
11 information that I have in my own database.
12 Q.  And let's see, when you testified in the Paracha case, you
13 said you downloaded 20 million documents?
14 A.  "Paracha."
15 Q.  Paracha, thank you. How many documents have you
16 downloaded in total as of now?
17 A.  It's impossible to estimate. To give you an idea, two
18 terabytes, that's -- that is what -- I mean each megabyte, one
19 megabyte, is you have a thousand megabytes in a gigabyte. You
20 have a thousand gigabytes in a terabytes, right. One megabyte
21 can hold 500 to 600 written pages, so you're talking about
22 thousands and millions and millions of pages of documents. I
23 mean some of this stuff I haven't even gone through all of it.
24 It's just so much material that I -- what I do is I perform
25 what I call information triage where I take the things that I

```
                                                                   59
   5B23PARH              Kohlmann - direct
1  that it was a minor issue and it was more important to defeat
2  the enemy.
3  Q.  I want to ask you about an individual named Mohammed al
4  Massari.  While you were in London, did you get a chance to
5  interview that person?
6  A.  Yes, I did.
7  Q.  Who is he?
8  A.  He's a Saudi dissident who runs an organization that is
9  known as the Committee for the Defense of Legitimate Rights.
10 Dr. al Massari is also considered to be one of the world's
11 foremost spokesmen in the West for Osama bin Laden.  He has
12 been cited as an operational by al Qaeda terrorists who have
13 conducted bombings, including the 1995 bombing of a joint Saudi
14 U.S. national guard headquarters in Riyadh.  Massari has also
15 participated in the purchase of equipment destined for Osama
16 bin Laden, including a satellite telephone that was used in the
17 commission of the 1998 bombings of two U.S. embassies in East
18 Africa.
19 Q.  This group, the Committee for the Defense of Legitimate
20 Rights, can you describe that group?
21 A.  Sure.  It's a rather small group, mainly of militant Saudi
22 dissidents.  It began as a prodemocracy movement, but it was
23 hijacked by radical Islamists.  By the mid-1990s it became --
24         THE COURT:  You have to slow down.
25         THE WITNESS:  Excuse me, your Honor.
```

```
                                                              91
     5b90par2              Kohlmann - direct
 1             MR. WILFORD:  Your Honor, I'm going to object.
 2             THE COURT:  Rephrase the question.
 3   Q.  Who did you interview?
 4   A.  Probably the most prominent person I interviewed when I was
 5   in London would be Shaykh Abu Hafs al Masri.
 6   Q.  Who was he, briefly?
 7   A.  Shaykh Abu Hafs al Masri, is a recruiter and financier for
 8   al Qaeda and other al Qaeda affiliate groups.  He has been in
 9   asylum now for almost a decade or more and, currently, he is
10   awaiting extradition into the United States.
11   Q.  What did you tell, for example, Shaykh Abu Hafs al Masri?
12             THE COURT:  That was Shaykh al Masri; is that correct,
13   is that the same person?
14   A.  That's correct, your Honor.  "Al Masri" means "from Egypt".
15   Q.  What did you tell Shaykh Abu Hafs al Masri about who you
16   were when you went to interview him?
17   A.  I told him pretty much the truth.  I was a graduate
18   student, which I was at the time.  And I had a background in
19   studying Islam and Muslim Christian relations and I was
20   interested in perhaps producing a documentary or doing research
21   for a thesis about comparing life of Muslims in the United
22   Kingdom versus the United States.
23   Q.  And can you approximate for us about how many additional
24   interviews you did with people like Shaykh Abu Hafs al Masri?
25   A.  It was four, five; five or so with -- I mean outside of the
                    SOUTHERN DISTRICT REPORTERS (212) 805-0300
```

60

1   A.  In early 2004, I set up globalterroralert.com as a means to
2   distribute raw information about terrorist groups, translations
3   of communiques, videos, audio recordings, sometimes excerpts
4   from those actual recordings, in order to provide access for
5   academics, policymakers, people that needed to see this
6   material and weren't necessarily getting the unfiltered
7   product.  So it's available for free for academics, for
8   educational purposes; it's provided as a public service.
9   Q.  Now, Mr. Kohlmann, does your own personal research focus on
10  any particular terrorist organizations?
11  A.  Yes.  I particularly focus my research on an organization
12  known as al Qaeda and various affiliate groups and associate
13  groups known to have worked or are currently working with al
14  Qaeda, excuse me.
15  Q.  And how have you gone about doing research into the al
16  Qaeda terrorist organization?
17  A.  Sure.  Well, there are different kinds of academic research
18  you can do.  There's what's called primary, secondary, and
19  tertiary research.
20          Primary research is the best kind of research.  That's
21  if you actually go out in the field and interview members of
22  terrorist organizations, you witness the events yourself.  And
23  this is the most valuable form.  And I have actually done this.
24  I've gone out and I've interviewed various representatives of
25  terrorist organizations such as an individual by the name of

HA 09791

72

1   1998, and I stopped working there in late 2003.
2   Q.  Now, was all of that work full-time or was it part-time?
3   A.  It was part-time because of the fact that I was -- at the
4   time I was in school.  First I was in undergraduate, then I was
5   in law school.
6        However, it was more part of a program for me.  I
7   created my own program where I was doing professional work on
8   the side in terms of terrorism, and then in the academic world
9   I was continuing learning about the law and learning about the
10  background.
11  Q.  Now, the work that you did for The Investigative Project,
12  did it focus in any particular area?
13  A.  Yeah.  I mean I did work on a number of terrorist groups;
14  but the primary focus was al Qaeda and its affiliates.
15  Q.  Now, during this period of time, Mr. Kohlmann, could you
16  describe sort of on a day-to-day basis what nature of research
17  you would conduct?
18  A.  Sure.  First of all, I would -- I was a regular participant
19  on online forums where representatives of terrorist groups
20  would go on and chat and discuss what their intentions and
21  goals were.
22       In addition to that, I would attend demonstrations,
23  rallies, lectures, conferences around the world.  I would also
24  go out and seek to interview individuals that were known to be
25  extremists, radicals, people that were connected with al Qaeda,

HA 09803