```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


United States of America,    )
          Plaintiff,         )
                             )
                             )
vs.                          )  Criminal No. 05-40026-FDS
                             )
                             )
Muhamed Mubayyid, Emadeddin Z.)
Muntasser, and Samir Al-Monla,)
a/k/a Samir Almonla,         )
          Defendants.        )


BEFORE:  The Honorable F. Dennis Saylor, IV


                    Jury Trial Day 14


                         United States District Court
                         Courtroom No. 22
                         One Courthouse Way
                         Boston, Massachusetts
                         December 4, 2007




              Marianne Kusa-Ryll, RDR, CRR
                Official Court Reporter
              Kimberly A. Smith, RDR, CRR
              United States District Court
              595 Main Street, Room 514A
                Worcester, MA 01608-2093
          Mechanical Steno - Transcript by Computer
```

Page 118

1 Q. Excuse me.
2 A. Go ahead.
3 Q. You had 20 million documents in this database; is that
4 right?
5 A. That was an estimation that I gave. I didn't actually say
6 I had 20 million documents. What I said is that if you took
7 the amount of data that's on my drive and if you tried to
8 figure that out in terms of how many printed pages it would be
9 it would be something like 20 million documents. However, the
10 fact is that a number of files that I have on my database are
11 larger than others. Some are video files. Some are audio
12 files. I think the best way to say it is that the data
13 consists of several million documents from all different
14 sources which are, again, sorted by various different subject
15 areas.
16 Q. Thank you. So it's several million documents?
17 A. I would say that would be . . .
18 Q. And obviously you have not read each one?
19 A. No.
20 Q. Now, you published one book; is that right?
21 A. That's correct.
22 Q. And you've described that book as being about foreign
23 fighters who fought in Afghanistan and later in Bosnia and
24 other places?
25 A. It's primarily about the phase of their fighting in

Page 119

1 Bosnia-Herzegovina, but it does trace their origins from
2 Afghanistan and then traces what they did afterwards as well.
3 Q. And you call these people the Afghan -- Arab-Afghans?
4 A. This is a common term used by not just myself --
5   MS. LUNT: Your Honor, may he be instructed to answer
6 my question?
7   THE COURT: And the question is whether you refer to
8 them as Arab-Afghan.
9 A. I do, yes.
10 Q. And this book is based in part on your undergraduate work;
11 is that right?
12 A. It was based on a lot of things, but it was based
13 partially upon the thesis that I wrote at the end of my
14 undergraduate. It was based partially on the research that I
15 had done in the Investigative Project. It was based partially
16 upon research I had done on my own. It was based upon a lot of
17 different things. The process of writing this book took almost
18 two and a half years.
19 Q. And this book was published, was it not, by Berg Press?
20 A. That's correct.
21 Q. And you have described Berg Press in earlier testimony as
22 a, quote, academic publisher?
23 A. That's correct.
24 Q. Now, it's not a university press, is it?
25 A. No.

Page 120

1 Q. And you were aware that Berg describes itself -- and I
2 quote -- as an international independent publisher committed to
3 innovative ideas in visual and material culture, including
4 fashion and textiles, cultural media studies, film, art and
5 design, food, sport, and anthropology. Is that how web -- how
6 Berg describes itself on its website?
7 A. I would say yes.
8 Q. And you also submitted the manuscript for this book to
9 Penn University Press and Yale University Press; is that right?
10 A. Among others, yes.
11 Q. Yes. Among others. And they did not accept it; is that
12 fair to say?
13 A. No, they didn't.
14 Q. Now, you haven't published any other books besides this?
15 A. Not yet, no.
16 Q. And the book that you published, it's not a history of the
17 events in Bosnia in the 1990s, is it?
18 A. It's a history of the events of the mujahideen in Bosnia.
19 It's not a history of the general war per se.
20 Q. And nor is it a history of the events in Afghanistan in
21 the 1990s and 1980s?
22 A. Again, it's based upon Kataeb al-Mujahideen, which is
23 mujahideen organization. It's not the history of individual
24 conflicts overall.
25 Q. Now, you discussed at some length the history of

Page 121

1 Afghanistan from 1979 to the Taliban taking over in 1996;
2 is that correct?
3 A. Yes, approximately.
4 Q. Now, as you said, you've never been to Afghanistan or
5 Pakistan?
6 A. No.
7 Q. And you haven't pursued graduate level courses -- studies
8 in history, have you?
9 A. I have taken graduate level courses in Afghan history,
10 yes --
11 Q. You took a course --
12 A. -- but I have not pursued a full length of study focused
13 on graduate history, no.
14 Q. And you would agree with me, would you not, that there was
15 a colossal humanitarian crisis in Afghanistan in the 1990s?
16 A. Yes.
17 Q. And there were at least four and a half million Afghani
18 refugees in Pakistan?
19 A. Okay. Probably, yes. That sounds about right.
20 Q. And another two million in Iran?
21 A. That's correct.
22 Q. And then there were many internally displaced people
23 within Afghanistan?
24 A. Oh, yes.
25 Q. And the term of art for those people is IDPs, right?