# Al-Qaida's Jihad in Europe

## The Afghan–Bosnian Network

Evan Kohlmann



Oxford • New York

AQPK-001079

HA 10112

Case 1:11-cr-00623-DLI   Document 137-19   Filed 06/24/15   Page 2 of 3 PageID #: 1505

English edition
First published in 2004 by
**Berg**
Editorial offices:
1st Floor, Angel Court, 81 St Clements Street, Oxford, OX4 1AW, UK
175 Fifth Avenue, New York, NY 10010, USA

© Evan Kohlmann 2004

All rights reserved.
No part of this publication may be reproduced in any form
or by any means without the written permission of Berg.

Berg is the imprint of Oxford International Publishers Ltd.

**Library of Congress Cataloging-in-Publication Data**
A catalogue record for this book is available from the Library of Congress.

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

ISBN  1 85973 802 8 (hardback)
      1 85973 807 9 (paperback)

Typeset by JS Typesetting Ltd, Wellingborough, Northants.
Printed in the United Kingdom by Biddles Ltd, King's Lynn.

www.bergpublishers.com

AQPK-001080

HA 10113

# Acknowledgments

I would like to personally thank a number of individuals for their invaluable assistance in researching and writing this work. First and foremost, a special thanks goes out to the extraordinarily dedicated past and present staff members of the Investigative Project, the Washington DC-based counterterrorism think-tank founded by *American Jihad* author Steven Emerson in 1995. Among them: Tamar Tesler, my long-time traveling colleague and confidant; Matthew Epstein, the source of infinite patience, intelligence, and sound advice; Lorenzo Vidino, a human encyclopedia on Al-Qaida in Europe, not to mention a good friend with whom I am proud to share this field; and executive director Steve Emerson. A hearty thanks also goes to my staunchly supportive family, friends, colleagues, and professors who have always encouraged my efforts, unusual as they may be.