```
 1   5B23PARH                           Hearing
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------x
 4   UNITED STATES OF AMERICA,
 5              v.                              03 CR 1197 (SHS)
 6   UZAIR PARACHA,
 7              Defendant.
 8   ------------------------------x
 9                                              New York, N.Y.
                                                November 2, 2005
10                                              9:45 a.m.
11
     Before:
12
                     HON. SIDNEY H. STEIN,
13
                                            District Judge
14
15                          APPEARANCES
16   MICHAEL J. GARCIA
          United States Attorney for the
17        Southern District of New York
     ERIC B. BRUCE
18   KARL METZNER
          Assistant United States Attorneys
19
     ANTHONY L. RICCO
20   EDWARD D. WILFORD
          Attorneys for Defendant
21
22
23
24
25
```

5B23PARH  Kohlmann - direct

1  United States, and North America.
2       MR. BRUCE: Just as a footnote, we didn't copy the
3  whole book for you, but it is available. We do have the table
4  of contents there.
5       THE COURT: I see.
6  Q. Mr. Kohlmann, what type -- how would you characterize your
7  book; what type of publication is it?
8       MR. WILFORD: Objection.
9       THE COURT: Sustained as to form. Just be more
10 specific.
11 Q. Certainly. Who is the intended audience for your book?
12 A. Well, it's Oxford University Press. So it's a university
13 publisher, which means it is an academic book. It is designed
14 primarily for use in classrooms, by academics, by other
15 experts. It is not a general reading book. It is pretty thick
16 and it is pretty detailed. There's over 400 footnotes.
17      THE COURT: Who is Berg Publishing?
18      THE WITNESS: Berg is an imprint of Oxford University
19 Press.
20 Q. Was your book, Government Exhibit 2, peer reviewed in any
21 way before it was published?
22 A. Yes, it was. My book was -- Berg, the imprint of Oxford,
23 is located in the United Kingdom which means the book is
24 subject to British liable law, which means in addition to the
25 lengthy peer review process that is normally afforded to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

HA 08947