Criminal Calendar for a ~~Guilty Plea~~ *Arraignment and Guilty Plea*

**Before: Judge John Gleeson, U.S.D.J.**

Date: **6/26/2015**         Time: **2:00 PM – 3:20 PM**

DOCKET NUMBER: **11 CR 623**

DEFENDANT'S NAME: **Agron Hasbajrami**
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: **Michael Bachrach, Joshua Dratel, Seth D. DuCharme,**
___ Legal Aid ✓ CJA ___ Retained

AUSA: **Peter Baldwin and Sanitha Komatireddy**    Deputy Clerk: **Ilene Lee**
INTERPRETER: **Dominique Marini**    (Language) **Albanian**
COURT REPORTER: **Lisa Schmid**

✓ Case called.

Defendant:  ✓ sworn    ✓ arraigned *(waives a public hearing.)*    ✓ informed of rights
            ✓ Waives trial before District Court.

✓ Waiver of indictment executed.
✓ Superseding ~~Indictment~~ (Information filed.) – **(S-2)**
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) **(ONE and TWO)** of the **Superseding Information (S-2)**
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ of the ___.
✓ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.

___ Deft continued on $___ Bond.    ✓ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

✗ Plea Agreement marked as Gov's Exhibit **(#1A)** and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

– The sentencing date is set for July 30, 2015 at 2:00 PM.