13-cv-6852-JG

11 CR 623 JG

July 16th, 2015

U.S. District Court
Honorable John Gleeson
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 20 2015 ★

BROOKLYN OFFICE

Dear Judge Gleeson

This is a request letter to withdraw the plea agreement entered on June 26th. My plea was unvoluntarily due to the pressure of my attorney Steve Zissou. His statements to me speaks better:
"You will plea guilty. If you don't plea I am not coming to trial with you. You will go pro-se. Even if I come I'll say that you are guilty."
He even disparaged me by saying:
"Do you have a mental problem that you don't want to plea". So I was forced to accept it.

All this plea idea was initiated, orchestrated by Gov. played by my attorney, in order to make me plea and if I hadn't I would have been the arrogant bad guy who don't plea, don't accept responsibility

When I was arrested, I made the statements jus

to get out of the hands of the Agents. I wasn't Fully concious of my rights and what I was signing. I wasn't at right state of mind. However the Gov. thought I'm COOPERATING. So they put pressure on me

Directly during Interrogation
- Make a phone call to IRAN we will let you go Through attorneys (Nancy Lee & Peter Quijano)
- Cooperate, they will send you to live in Saudia Arabia
- Cooperate, they will give you Citizenship.
- Cooperate, they will give you 5 year sentence.
- If you don't cooperate they will supersede you.

At this point I had no option but just to fire the attorneys, which you did.

- Then they put pressure to Steve, not to file any motion before plea, which he admitted to that on the motions filed to withdraw the plea.
- Even in the first plea, I had informed my attorneys that I wasn't pleaing and came to court with the same intention. However, at the last minute I was push to accept it and read the allocution the Gov. gave to my attorney.
- In 2014 I was informed not to withdraw the plea and Gov. will dismis the Indictment and replace

it with 371 charge, 5 year sentence, I rejected again. Now I was pressured to plea again.

Your honour, for me being guilty, it doesn't mean that I be pressured, forced to waive my right of trial. I already confessed to everybody. I understand it is a political issue too, and my attorney might be under pressure too, but at least should not prevent me from my rights.

Your honour, I'm tired of all these pressures. I want to go to trial. I don't want to cooperate, proffer, plea or sign anything. I want to do my time and go home.

Also, I am not in need of an attorney who doesn't show up in court in suppression, guilty hearings and put pressure on me. I don't believe Steve Zissou is in my best interest and I would like him to be fired. I keep Michael and Joshua.

Thank you for your time in this matter.

Respectfully
A.H. 65794-053

Metropolitan Detention Center
Agron Hasbajrami 65794-053
Po Box 329002
Brooklyn, NY 11232

11201183299

NEW YORK NY 100
17 JUL 2015 PM 9 L

LEGAL MAIL
SMG

Honorable John Gleeson
U.S. District Court, E.D.N.Y.
225 Cadman Plz. E.
Brooklyn NY 11201