UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

AGRON HASBAJRAMI

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 17 2015 ★

BROOKLYN OFFICE

ORDER OF
JUDICIAL
REMOVAL

11 CR 623 (JG)

Upon the application of the United States of America, by Seth DuCharme, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of AGRON HASBAJRAMI ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Albania and a citizen of Albania.

3. The defendant was admitted to the United States as a Lawful Permanent Resident at John F. Kennedy International Airport, New York, New York on or about March 23, 2008.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of Providing Material Support and Resources to a Foreign Terrorist Organization, in violation of Title 18 United States Code, Sections 2339A and 371.

5. The maximum sentence for a violation of Title 18 United States Code,

Section 2339A is 15 years' imprisonment and the maximum sentence for a violation of Title 18 United States Code, Section 371 is five years imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: (1) Section 237(a)(4)(B) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1227(a)(4)(B), as an alien described in INA section 212(a)(3)(B)(i)(I), 8 U.S.C. § 1182(a)(3)(B)(i)(I); to wit: an alien who has engaged in terrorist activity, as described in INA section 212(a)(3)(B)(iv)(VI)(dd), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI)(dd), by committing an act that the actor knows, or reasonably should know, affords material support to a terrorist organization described in INA section 212(a)(3)(B)(vi)(III), 8 U.S.C. § 1182(a)(3)(B)(vi)(III); and (2) Section 237(a)(4)(B) of the INA, 8 U.S.C. § 1227(a)(4)(B), as an alien described in INA section 212(a)(3)(B)(i)(I), 8 U.S.C. § 1182(a)(3)(B)(i)(I); to wit: an alien who has engaged in terrorist activity, as described in INA section 212(a)(3)(B)(iv)(VI)(bb), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI)(bb), by committing an act that he knew, or reasonably should have known, afforded material support to an individual he knew or reasonably should have known has committed or plans to commit a terrorist activity.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Albania.

Dated: New York, New York
           8/13/____, 2015

                                      s/John Gleeson
                                      THE HONORABLE
                                      JOHN GLEESON
                              UNITED STATES DISTRICT JUDGE