# Criminal Calendar: Sentencing

**Before: Judge John Gleeson, U.S.D.J.**

Date: **8/13/2015**     Time: **3:00pm – 3:40pm**
DOCKET NUMBER: **11 CR 623**

DEFENDANT'S NAME: **Agron Hasbajrami**
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: **Joshua Dratel, Michael Bachrach and Steve Zissou, Seth DuCharme,**
___ Legal Aid ✓ CJA ___ Retained

AUSA: **Saritha Komatireddy and Peter Baldwin**     Deputy Clerk: **Ilene Lee**

Probation Officer: **Frank Marcigliano**

INTERPRETER: **Dominique Marini** (Language) **Albanian**

COURT REPORTER: **Holly Driscoll**

✓ Case Called.
✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

✓ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to **180** months imprisonment **on Count One and 12 months of imprisonment on Count Two. The term of imprisonment is to run consecutively, totaling 192 months of imprisonment.**

Special conditions of Supervision are as follows: **– No term of supervised release is imposed.**
**– No firearms or ammunitions.**
**– If deported, the defendant may not reenter the U.S. illegally.**

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
✓ Defendant is ordered to pay a special assessment of $ **200%  (NO FINE)**.

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at: **FCI Terre Haute, Indiana.**
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.
✓ Open count(s) **(All Open Counts)** is/are dismissed on motion of the government.