Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Agron Hasbajrami

Docket No.: 11 Cr. 623

Hon. John Gleeson
(District Court Judge)

Notice is hereby given that Agron Hasbajrami appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on August 17, 2015 (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |✓| trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: August 13, 2015    N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel, Esq. |
| Counsel's Address: | Joshua L. Dratel, P.C. |
| | 29 Broadway, Suite 1412, New York, New York 10006 |
| Counsel's Phone: | (212) 732 - 0707 |
| Assistant U.S. Attorney: | Seth D. DuCharme/ Peter W. Baldwin/ Saritha Komatireddy |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | 718-254-6021/ 718-254-6236/ 718-254-6054 |

Signature