# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States

v.

Agron Hasbajrami

Docket No.: 11 Cr. 623

Hon. John Gleeson
(District Court Judge)

Notice is hereby given that Agron Hasbajrami appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [✓] Order Denying Suppression of Evidence Obtained/Derived Pursuant to FISA
(specify)
entered in this action on 8/17/15 & 2/20/15
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence [✓]  Other [✓]

Defendant found guilty by plea [✓] | trial |   | N/A |   .

Offense occurred after November 1, 1987?  Yes [✓]  No |___|  N/A |___|

Date of sentence: August 13, 2015     N/A |___|

Bail/Jail Disposition: Committed [✓]   Not committed |   |   | N/A |

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

Defendant's Counsel:  Joshua L. Dratel, Esq./Michael K. Bachrach, Esq.

Counsel's Address:  Joshua L. Dratel, P.C./Law Office of Michael K. Bachrach

29 Broadway, Suite 1412, NY NY10006/276 5th Ave., Suite 501 NY NY 10001

Counsel's Phone:  (212) 732 - 0707/ (212) 929 - 0592

Assistant U.S. Attorney:  Seth D. DuCharme/ Peter W. Baldwin/ Saritha Komatireddy

AUSA's Address:  271 Cadman Plaza East

Brooklyn, New York 11201

AUSA's Phone:  (718) 254-6021/ (718) 254-6236/ (718) 254-6054

Signature