LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  
—  
LINDSAY A. LEWIS  
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT  
*Office Manager*

August 31, 2015

**BY ECF**

The Honorable John Gleeson  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

           Re:    *United States v. Hasbajrami*,  
                     11 Cr. 623 (JG)

Dear Judge Gleeson:

      This letter is in regard to the above-entitled case, in which I represent defendant Agron Hasbajrami, and relates to the Judgment filed in this case. It is respectfully requested that the Judgment be amended to reflect that the recommendation for designation to Terre Haute clarify that it should be for FCI Terre Haute. I understand that Mr. Hasbajrami has already written to the Court to that effect, and this letter supports that application and reiterates it in case Mr. Hasbajrami's letter has not yet reached the Court.

                                                   Respectfully Submitted,

                                                   Joshua L. Dratel

JLD/  
cc:    Seth D. DuCharme  
       Peter W. Baldwin  
       Assistant United States Attorneys