August 26, 2015

U.S. District Court
Chamber of Judge Gleeson
Brooklyn, NY 11201

Re: 11-cr-623-JG-1

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 31 2015 ★
BROOKLYN OFFICE

Judge Gleeson

The defedant, kindly, request the Judge to suggest incarceratin in "CMU" Terre Haute and not in "FCI".
When Joshua Dratel was asked about that he referred, meant Terre Haute as "CMU".

I'll appreciate this court if it takes this matter in consideration

Thank you

Respectfully
Agron Hasbajrami
#65794-053

Metropolitan Detention Center
Agron Hasbajrami 65794-053
PO Box 329002
Brooklyn NY 11232

NEW YORK NY 100
27 AUG 2015 PM 4 L

Judge John Gleeson
U.S. District Court, E.D.N.Y.
225 Cadman PLZ. E.
Brooklyn, NY 11201

11201183298