UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 11 Cr 623 (JG) |
| - against - | : | **DECLARATION OF JOSHUA L. DRATEL, ESQ. IN SUPPORT** |
| AGRON HASBAJRAMI, | : | **OF DEFENDANT AGRON HASBAJRAMI'S MOTION TO** |
| Defendant. | : | **RELEASE UNREDACTED OPINION** |

--------------------------------------------------------X

Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am an attorney, and I represent defendant Agron Hasbajrami in the above-captioned case. I make this Declaration in support of Mr. Hasbajrami's motion to release to his security-cleared counsel an unredacted version of the March 8, 2016, opinion issued by Judge John Gleeson, denying Mr. Hasbajrami's motion to suppress the fruits of electronic surveillance conducted pursuant 50 U.S.C. §1881a, at Docket #165.

2. The bases for these motions are set forth in detail in the accompanying Memorandum of Law. Also, it is respectfully requested that the facts set forth within the Memorandum of Law be incorporated by reference in this Declaration.

WHEREFORE, it is respectfully requested that the Court grant Mr. Hasbajrami's Motion in its entirety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed July 25, 2016.

                                                                   /S/ Joshua L. Dratel
                                                                  JOSHUA L. DRATEL