September, 17 2017

U.S. District Court, EDNY
Clerk of Court
Brooklyn NY

Re: case 11-cr-623

To Mr./Mrs

This is a request for a copy of docket sheet with case # 11-cr-623

Thank you

Agron Hasbajrami

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 22 2017 ★

BROOKLYN OFFICE



AGRON HASDAJRAM(
65794-053
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 420
FAIRTON NJ 08320

SOUTH JERSEY NJ 080
19 SEP 2017 PM 5 L

Legal Mail

⇔65794-053⇔
Us District Court
Clerk Office
225 Cadman PLZ E
Eastern District OF NY
Brooklyn Heights, NY 11201
United States

11201-181809