TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: MCK-B-B

---

FROM: 65794053
TO:
SUBJECT: JUDGE IRIZARRY
DATE: 02/23/2021 07:37:12 PM



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 08 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
v )  1:11-CR-00623-DLI
)
AGRON HASBAJRAMI )



RECEIVED
MAR 08 2021
PRO SE OFFICE

NOTICE

I, AGRON HASBAJRAMI, hereby notify the court that my entire legal team are released from their duties. They are fired. Their litigation doesn't represent my view and interest at all, so they dont have any right to litigate this case furthermore in any form or shape. Any attemppt on their part would be held as violation of my rights.

Therefore, I notify the court that I will continue this case PRO SE until the further notice.

Also, I request that this court schedules a "VIDEO CONFERENCE HEARING" in order to litigate this case in accord with APPELLATE COURT decision. I remind the court that the only reason this case was remanded due to not proceeding to trial. So, I advice the court to focus on the WITHDRAWING OF THE PLEA AGREEMENT(as part of remedy suggested by 2nd circuit)
and not in anything else unconstructive.

AGRON HASBAJRAMI
*signature*
2/23/2021

Federal Correctional Institution McKean
Name: AGRON HASBAJRAMI
Reg. #: 65794-053
P.O. Box 8000
Bradford, Pa 16701

11201-183299

JUDGE DORA L. IRIZARRY
US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201