

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F.#2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2022

By ECF

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hasbajrami, 11-CR-623 (LDH)

Dear Judge DeArcy Hall:

      The government's supplemental submission in this matter is currently due on Friday, April 15, 2022. Passover begins in the evening of that day, which is also Good Friday. As a result, the government respectfully requests that the Court extend the deadline for the government's submission to Monday, April 18, 2022. The government has conferred with counsel for the defendant, who consent to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:      /s/
      Saritha Komatireddy
      David K. Kessler
      Assistant U.S. Attorneys
      (718) 254-7000