

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F.#2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 18, 2022

By ECF

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Hasbajrami, 11-CR-623 (LDH)

Dear Judge DeArcy Hall:

  The government respectfully submits this letter to memorialize that on April 18, 2022, the government filed its Supplemental Opposition to the Defendant's Motion to Suppress with the Classified Information Security Officer.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

     By:  /s/ David K. Kessler
         Saritha Komatireddy
         David K. Kessler
         Assistant U.S. Attorneys
         (718) 254-7000