LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: llewis@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                                     FATOUMATA MAGASSA
—                                                                                        *Paralegal*

June 2, 2022

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Hasbajrami*,
         11 Cr. 623 (JG)

Dear Judge DeArcy Hall:

  This letter is in regard to the above-entitled case, in which Michael K. Bachrach, Esq., and I represent defendant Agron Hasbajrami, and, for the reasons set forth below, respectfully requests an extension until June 17, 2022 (from June 5, 2022), for the time which Mr. Hasbajrami will file his Reply submission. I have been in contact with Assistant United States Attorney David K. Kessler, and he has informed me the government does not object to this application.

  The extension is requested because counsel contracted Covid-19 and for a period was unable to work on the Reply. Having now recovered, work on the Reply can proceed in time to

LAW OFFICES OF
**DRATEL & LEWIS**

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
June 2, 2022
Page 2 of 2

file it by June 17, 2022.  Accordingly, it is respectfully requested that the time for filing of defendant's Reply be extended until June 17, 2021.  As noted above, the government does not object to this application.

Respectfully Submitted,

Joshua L. Dratel

JLD/