LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: llewis@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS
—

FATOUMATA MAGASSA
*Paralegal*

June 17, 2022

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *United States v. Hasbajrami*,
                           11 Cr. 623 (JG)

Dear Judge DeArcy Hall:

      This letter is in regard to the above-entitled case, in which Michael K. Bachrach, Esq., and I represent defendant Agron Hasbajrami, and, for the reasons set forth below, respectfully requests an extension until June 24, 2022 (from June 17, 2022), for the time which Mr. Hasbajrami will file his Reply submission. I have been in contact with Assistant United States Attorney Saritha Komatireddy, and she has informed me the government does not object to this application.

      The extension is requested because this past week Mr. Bachrach had to visit a client at the U.S. Administrative Maximum facility (ADX) in Florence, Colorado, and certain weather issues also interfered with his travel schedule. In addition, the lockdown last week at the Metropolitan Detention Center in Brooklyn caused me scheduling problems this week with respect to time-sensitive issues (such as responding to an expiring plea offer and finalizing two sentencing submissions) that required consultation with those clients (who were rendered unavailable last week as a result of the lockdown).

LAW OFFICES OF
**DRATEL & LEWIS**

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
June 17, 2022
Page 2 of 2

     Accordingly, it is respectfully requested that the time for filing of defendant's Reply be extended until June 24, 2021. As noted above, the government does not object to this application.

                                                          Respectfully Submitted,

                                                          Joshua L. Dratel

JLD/