August 25th, 2022

US District Court, EDNY
Clerk Office
225 Cadman Plz E
Brooklyn Heights, NY 11201



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 12 2022 ★
BROOKLYN OFFICE

RECEIVED
SEP 12 2022
PRO SE OFFICE

Re: 11-cr-623

To whom it may concern

I filed a motion in the Court, by sending 1 copy to Judge DeArcy and 1 copy to AUSA Ms. Komatiredy and it was mailed on July 12 from FCI Ray Brook Mail Room.
However, the motion doesn't appear in the docket sheet. If the motion wasn't received by none of the recipient, then I'd like to be informed so I can mail another copy.

Thank you

Agron Hasbajrami

AGRON HASBAJRAMI
Register Number: 65794-053
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

ALBANY NY 120
1 SEP 2022 PM 2 L



Legal Mail

⇔65794-053⇔
Us District Court
Clerk Office
225 Cadman PLZ E
Eastern District OF NY
Brooklyn Heights, NY 11201
United States



11201-183299

**FCI RAY BROOK**
P.O. BOX 300 RAY BROOK, NEW YORK

DATE: 9/11/22

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."