LAW OFFICES OF

# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: llewis@dratellewis.com

JOSHUA L. DRATEL                                            FATOUMATA MAGASSA
LINDSAY A. LEWIS                                             *Paralegal*

September 22, 2022

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                     Re:    *United States v. Hasbajrami*,
                                   11 Cr. 623 (JG)

Dear Judge DeArcy Hall:

       This letter is respectfully submitted in connection with defendant Agron Hasbajrami's recent submission to the Court docketed September 20, 2022 (ECF # 203). Michael K. Bachrach, Esq. and I (who represent Mr. Hasbajrami) have now had the opportunity to read Mr. Hasbajrami's letter, and note that it includes arguments regarding the initial Section 702 electronic surveillance that counsel have not made to this Court because they are beyond the scope of the Second Circuit's remand.

       However, Mr. Hasbajrami does retain the right to present those arguments to the U.S. Supreme Court if and when necessary once this Court resolves the issues on remand and (presumably) the Second Circuit reviews that decision, although it may well be that by that point Mr. Hasbajrami will have completed the entirety of his 16-year prison term. That custodial portion of his sentence commenced upon his September 6, 2011, arrest, and is scheduled to expire September 9, 2025 (according to the U.S. Bureau of Prisons's calculations).

                                                         Respectfully Submitted,

                                                         Joshua L. Dratel
                                                         Michael K. Bachrach

                                                         *Attorneys for Defendant Agron Hasbajrami*

JLD/