TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: RBK-G-A

--------------------------------------------------------------------------------

FROM: 65794053
TO:
SUBJECT: Letter
DATE: 09/28/2023 11:57:46 AM



United States District Court
Eastern District of New York
Judge LaShann DeArcy Hall
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v Hasbajrami
11-Cr. 623

New Records

Dear Judge DeArcy Hall:

This letter is respectfully submitted, in order to inform the court that the existence of "New Records", within the FBI system, has been finally alerted to the defendant. On February 7, 2023, I was informed that the FBI located 9,200 pages of records subject to the FOIPA, pursuant to my request. Subsequently, on April 20, 2023, I was then informed that the FBI had located 82,568 pages of records subject to the FOIPA.

This new information has been disclosed to me after 12 years of my incarceration. The amount of records is enormous and shocking. It amounts to 178 pages a day, for 15 months of the investigation ( June 2010- Sept. 2011). At the time I plead guilty, the government had disclosed in the ballpark of 1,100 pages of discovery. The withholding of this enormous trove of information absolutely impaired my judgement. If I were aware of it, I would have NOT plead guilty.

If this is the amount the FBI has under the FOIPA, how much more have they retained as classified information ?! Were the District and Appellate Courts aware of this enormous amount of records prior to their rulings ?! Clearly, not. Otherwise the case would have not been remanded.

Has the government disclosed the same amount of records to the court ?! Has this court access to this tremendous amount of records, not including the classified information, so far ?! This court should not make the mistake of ruling on queries without at least, having access to these records.

1

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: RBK-G-A

------------------------------------------------------------------------------

Conclusion

The withholding of this new information impaired my judgement when I plead guilty and therefore the withdrawal of the plea is warranted in this case. Defendant ask this court to grant his request.


Agron Hasbajrami

*[signature]*

2



U.S. Department of Justice

**Federal Bureau of Investigation**

Washington, D.C. 20535

April 20, 2023

JOHNATHAN OBOYLE ESQUIRE
1286 WEST NEW PORT CENTER DRIVE
DEERFIELD BEACH, FL 33442

FOIPA Request No.: 1548847-000
Subject: HASBAJRAMI, AGRON

Dear Johnathan O'Boyle:

This is in reference to your Freedom of Information/Privacy Acts (FOIPA) request. Please see the selected paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

The Federal Bureau of Investigation (FBI) has located approximately 82,568 pages of records subject to the FOIPA that are potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00. Please be advised that you are entitled to the first 100 pages free of charge. If the release is made on a Compact Disc (CD) or through the FBI's eFOIPA system, you will receive the cost equivalent ($5.00) as a credit.

Based upon the FBI's standard release practices and/or release format preferences indicated within your request letter, material responsive to your request will be provided to you through:

- ☐ The eFOIPA system

- ☑ CD release(s)

- ☐ Paper release(s)

If all potentially responsive pages are released on CD or through the eFOIPA system, it is estimated that you will owe $2,485.00 in duplication fees (166 releases at $15.00 each, less $5.00 credit for the first release). Each release contains approximately 500 reviewed pages. The 500 page estimate is based on our business practice of processing complex cases in interim monthly releases. Should you request that the release be made in paper, it is estimated that you will owe $4,123.40 based on a duplication fee of five cents per page. See 28 CFR §16.10 and 16.49.

Please reference the information below that may be specific to your request. Only checked boxes contain information relevant to your request.

- ☐ The FBI's eFOIPA system cannot transmit digital media files, and they will need to be released on CD. The FBI located audio and video files that are potentially responsive to the subject of your request. If all of the potentially responsive media is released, it is estimated that you will owe $_____ (___ CDs at $15.00 each, less $5.00 credit for the first CD). The estimated number of CDs is based off of our business practice of processing media associated with complex cases in interim monthly releases, and is not synonymous with the number of potentially responsive digital media files.

- ☐ It is estimated that you will owe $_____ in international shipping fees.

The estimated total cost for processing your request is $2,485.00 for CD/eFOIPA release(s) or $4,123.40 for paper/media release(s).

We received your payment of $455.00 dated February 2023. Additionally, we received correspondence dated February 21, 2023, requesting your release be made on CD requiring a refund of $175.00. Due to the above updated fee amount, please advise how you would like to proceed with your previous payment.

Please remember this is only an estimate, some of the information may be withheld in full pursuant to FOIA/Privacy Act exemptions. Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

---

**Requester Response**

**No payment is required at this time. If you wish to change the requested format of your release(s), you must notify us in writing within thirty (30) days from the date of this letter. If your request is eligible and consistent with the FBI eFOIPA terms of service, it will automatically be selected as your preferred format.**

I am requesting my release format be changed to the following:

- ☐ CD format
- ☐ Paper format

You must also indicate your preference regarding the estimated duplication fees from the following four (4) options:

- ☐ I am willing to pay estimated duplication/ international shipping fees up to the amount specified in this letter.
- ☐ I am willing to pay fees of a different amount.

    **Please specify amount:** _____

- ☐ Provide me 100 pages or the cost equivalent ($5.00) free of charge. If applicable, I am willing to pay international shipping fees.
- ☐ Cancel my request.

**Include the FOIPA Request Number listed above in any communication regarding this matter.**

---

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602.** You may also email your response to foipaquestions@fbi.gov.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

Sincerely,

*Joseph E. Bender Jr.*

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures

Case 1:11-cr-00623-LDH    Document 209    Filed 10/11/23    Page 6 of 8 PageID #: 2825



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

February 7, 2023

AGRON HASBAJRAMI
**65794-053
FEDERAL CORRECTIONAL INSTITUTION RAY BROOK
POST OFFICE BOX 900
RAY BROOK, NY 12977

FOIPA Request No.: 1548847-000
Subject: HASBAJRAMI, AGRON

Dear Agron Hasbajrami:

This is in reference to your Freedom of Information/Privacy Acts (FOIPA) request. Please see the selected paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

The Federal Bureau of Investigation (FBI) has located approximately 9,200 pages of records subject to the FOIPA that are potentially responsive to your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Releases sent to a correctional institution will be made in paper. If all potentially responsive pages are released, you will owe $455.00 based on a duplication fee of five cents per page. See 28 CFR §16.10 and 16.49. Please be advised that you are entitled to the first 100 pages free of charge.

Compact Discs (CDs) will not be sent to a correctional institution. You will only qualify for CD release(s) if an alternate address is provided. If an alternate address is provided, you will receive the cost equivalent ($5.00) of 100 free pages as a credit towards the first CD release. If all potentially responsive pages are released on CD, the following costs will apply:

- ☐ CD release(s) will be provided to you at no cost.

- ☑ It is estimated that you will owe $280.00 in duplication fees (19 CDs at $15.00 each, less $5.00 credit for the first CD). Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in interim monthly releases.

- ☐ The FBI located audio and video files that are potentially responsive to the subject of your request. If all of the potentially-responsive media is released, it is estimated that you will owe $_____ (__ CDs at $15.00 each, less $5.00 credit for the first CD). The estimated number of CDs is based off of our business practice of processing media associated with complex cases in interim monthly releases, and is not synonymous with the number of potentially responsive digital media files.

It is estimated that you will owe approximately $___ in international shipping fees.

The estimated total cost for processing your request is approximately **$280.00 for CD releases or $455.00 for paper/media releases.**

If you receive the release in paper, estimated fees will exceed $250; therefore, an advanced payment of 50% of total estimated costs (*insert 50% of total paper cost*) will be required prior to moving the case forward. You may reduce the estimated cost by narrowing the scope of your request. To do so, please notify us by letter with an alternate contact to negotiate on your behalf.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*[signature]*

Michael G. Seidel
Section Chief
Record/Information
  Dissemination Section
Information Management Division

