

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:SKW
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2024

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Agron Hasbajrami
     Criminal Docket No. 11-623 (LDH)

Dear Judge DeArcy Hall:

  The government respectfully submits this letter on behalf of the United States Intelligence Community ("the USIC") to request an adjournment until January 17, 2025, to submit the classification review of the Court's Memorandum and Order in connection with the Defendant's Supplemental Motion to Suppress. The USIC has asked the government to convey to the Court that given the volume of the record, the number of agencies involved, and the difficulty coordinating between various agencies because of key individuals' leave schedules during the holiday season, the USIC will not be able to complete the review by January 3, 2025. Nevertheless, the USIC is working diligently to complete the review as soon as possible, and respectfully requests an adjournment until January 17, 2025.

             Respectfully submitted,

             BREON PEACE
             United States Attorney

          By:  /s/ Sara K. Winik
             Sara K. Winik
             Assistant U.S. Attorney
             (718) 254-7058

cc: Clerk of Court (LDH) (by ECF)
   Counsel of record (by ECF)