

U.S. Department of Justice

United States Attorney
Eastern District of New York

SKW
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

February 3, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Agron Hasbajrami
Criminal Docket No. 11-623 (LDH)

Dear Judge DeArcy Hall:

The government respectfully submits this letter, as ordered by the Court, in response to the defendant's January 24, 2025, letter requesting that the United States Intelligence Community (the "USIC") declassify certain information in the Court's December 2, 2024 Memorandum and Order. See Nos. ECF 219, 220.

The government has conferred with the USIC and conveyed the defendant's request. In response, the USIC has agreed to declassify the date on page 54 of the Court's Memorandum and Order so the defendant may use the information in any subsequent appeal. The government respectfully submits that the defendant does not have a "need to know" the additional requested information in order to file a substantive appeal.

The USIC anticipates providing an updated redacted version of the Court's Memorandum and Order later this week.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:    /s/ Sara K. Winik
Sara K. Winik
Assistant U.S. Attorney
(718) 254-7058

cc: Clerk of Court (LDH) (by ECF)
      Counsel of record (by ECF)