TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: TOM-A-B

FROM: 65794053
TO:
SUBJECT: doc1
DATE: 02/12/2025 12:14:42 PM

February 12, 2025

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Hasbajrami v United States
24-cv-07637

Dear Judge DeArcy Hall

In October 2024 I filed a 2255 motion which for unknown reason to me was filed in wrong docket-criminal docket. Since then no motion was filed in 24-cv-07637 and no scheduling order was issued. I am not certain if the court is aware of this or the busy schedule foreclosed her from taking actions.

I would wonder if the court would spare some of her time to issue a scheduling order, bearing in mind that my projected release date is September 9, 2025.

Thank you for your time in this matter.

Respectfully Submitted

Agron Hasbajrami

FCI Thomson
Hasbajrami, Agron
# 65794-053
Po Box 1002
Thomson, IL 61285

QUAD CITIES IL P&DF
IL 612 1T
FILED
IN CLERK'S OFFICE 14 FEB 2025 PM
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 19 2025 ★

AUSP Thomson

FEB 13 2025

Received in CSD

BROOKLYN OFFICE
Legal Mail

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

1120181892