**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States

v.

Agron Hasbajrami

Related 2d Cir. Cases: 15-2684 (L), 17-2669 (Con), and 24-1648.

Docket No.: 11 Cr. 623 (LDH)

DeArcy Hall, J.
(District Court Judge)

Notice is hereby given that Agron Hasbajrami appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✔ Order, dated, December 2, 2024 (Doc. No. 223) (specify) entered in this action on February 10, 2025 (by ECF).
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✔| Other |✔|

Defendant found guilty by plea |✔| trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✔| No [ ] N/A [ ]

Date of sentence: August 13, 2015     N/A |___|

Bail/Jail Disposition: Committed |✔| Not committed | | N/A | |

Appellant is represented by counsel? Yes ✔ | No | | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Michael K. Bachrach, Esq. / Joshua L. Dratel, Esq. |
| Counsel's Address: | Law Office of Michael K. Bachrach / Joshua L. Dratel P.C. |
| | 224 W. 30th St., Suite 302, NY, NY 10001 / 29 Broadway, Suite 1412, NY, NY 10006 |
| Counsel's Phone: | (212) 929-0592 / (212) 732-0707 |
| Assistant U.S. Attorney: | AUSA Saritha Komatireddy / AUSA Sara K. Winik |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | (718) 254-6054 / (718) 254-6058 |

_/s/ Michael K. Bachrach_
Signature