FROM: 65794053
TO:
SUBJECT: doc
DATE: 09/03/2025 02:22:17 PM

September 4, 2025

IN THE UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF NEW YORK

Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn Heights, NY 11201



Re: HASBAJRAMI v UNITED STATES
24-cv-07637
ref: 11-cr-623





Judge DeArcy Hall

On October 15, 2024, I filed a 2255 motion in this court. Since then, both, this court and clerk's office have refused to file the motion in docket # : 24-cv-07637 and issue a scheduling order, even after so many requests to do so. Purposefully concealing the records.

Clearly, this is a violation of Due Process that the Fifth Amendment guarantees to safeguard from governmental action that is unfair, irrational or arbitrary in it's furtherance of government interest, which is the case here. At the least, I should be allowed to make my case in the court.

Notably, in criminal case 11-cr-623 this court ruled that queries occurred in February 2011. All along, ignoring that any queries occurred from beginning of the investigation June 2010 (Sealed Indictment) until February 2011.

Moreover, the court ruled that Physical Surveillance began in May 2011. Nonetheless, the picture # 5(discovery pg. 55) that FBI agents showed to me during the interrogation was taken in October 2010, upon returning from the masjid.

It seems no amount of bothersome facts are enough to sway this court. Lies are more convincing. Unequivocally, this court is cherry-picking the government's controversial narrative, with one (1) purpose in mind, furthering government's interest. Hypocritically, blaming the "sparse records".

If this case were ever to be reopened, evidences discrediting court's ruling would be unearthed. The fact that I was the main "Target" would be established.

DOJ does not represent Department of Justice but rather DOC Department of Criminals, where judges, prosecutors and my attorneys plot to help government get away with collection of section 702 of FISA.

In sum, this court does not care of my Due Process Violation as long as government's interest is furthered. One day the Justice will prevail and what is in the dark will come to light, but NOT in the U.S. courts.

AGRON HASBAJRAMI

TRULINCS 65794053 - HASBAJRAMI, AGRON - Unit: TOM-F-B

65794-053
Agron Hasbajrami
PO BOX 1002
FCI Thomson
Thomson, IL 61285

QUAD CITIES IL 612
9 SEP 2025 AM 2 L



AUSP Thomson
SEP 04 2025
Received in CSD



Legal Mail

65794-053
Clerks Office
Eastern District OF NEW Y
225 Cadman PLZ E
US District Court
Brooklyn Heights, NY 11201
United States

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ SEP 15 2025 ☆

BROOKLYN OFFICE

11201-183299